BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendants: *Countrywide Home Loans, Inc. f/k/a Americas Wholesale Lender, Countrywide Home Loans, Inc.,* and *Countrywide Bank, FSB*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY PERALTA, STEVEN S. BIGVERDI, and JAMES MOSCOSO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. C 09-03288 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS COUNTRYWIDE HOME LOANS, INC. F/K/A AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC. AND COUNTRYWIDE BANK, FSB TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Removed from Alameda County Superior Court, Case No. RG 09455493<br><br>Judge: Hon. Phyllis J. Hamilton |

STIPULATION EXTENDING DEADLINE      Case No. C 09-03288 JL

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-1, plaintiffs Dorothy Peralta, Steven S. Bigverdi and James Moscoso (collectively, "Plaintiffs") and defendants named as Countrywide Home Loans, Inc., Countrywide Home Loans, Inc. f/k/a America's Wholesale Lender, and Countrywide Bank, FSB (collectively, the "Countrywide Defendants") (the Countrywide Defendants, together, with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 2, 2009, Plaintiffs filed their Class Action Complaint for: Fraudulent Omissions, Violation of Bus. & Prof. Code § 17200, *et seq.*, Breach of Contract, and Tortious Breach of the Covenant of Good Faith and Fair Dealing ("Complaint") in the Superior Court of California, Alameda County (the "State Court Action");

WHEREAS, on June 18, 2009, Plaintiffs filed their First Amended Class Action Complaint for: Fraudulent Omissions, Violation of Bus. & Prof. Code § 17200, et seq., Breach of Contract, and Tortious Breach of the Covenant of Good Faith and Fair Dealing ("FAC") in the State Court Action;

WHEREAS, service of the Complaint was not effected upon the Countrywide Defendants;

WHEREAS, on or about July 16, 2009, Plaintiffs effected service of the FAC upon Countrywide Home Loans, Inc.;

WHEREAS, before service of the FAC was effected upon the remaining Countrywide Defendants, they timely removed the State Court Action to this Court pursuant to 28 U.S.C. §§ 1331 and 1332, as amended in relevant part by the Class Action Fairness Act of 2005 and authorized by 28 U.S.C. §§ 1367, 1441 and 1453 on July 17, 2009;

WHEREAS, under Fed. R. Civ. P. 81(c)(2), Countrywide Home Loans, Inc.'s time to answer or otherwise plead in response following the removal was at least twenty (20) days after service of the FAC. Fed. R. Civ. P. 81(c)(2);

WHEREAS, inasmuch as service had not been effected upon the remaining Countrywide Defendants at the time of the removal, the Countrywide Defendants' counsel contacted Plaintiffs' counsel on July 20, 2009 to discuss a mutually agreeable date for the Countrywide Defendants to answer or otherwise plead in response to the FAC;

| | |
|---|---|
| 1 | WHEREAS, as a result of that conference and to ensure a coordinated response date, |
| 2 | Plaintiffs and the Countrywide Defendants agreed that the Countrywide Defendants should have |
| 3 | up to and including August 24, 2009 to answer or otherwise plead in response to the FAC; |
| 4 | WHEREAS, Plaintiffs and the Countrywide Defendants filed a Stipulation setting forth |
| 5 | their agreement on July 21, 2009. *See Stipulation* (July 21, 2009) (Docket No. 9); |
| 6 | WHEREAS, on August 19, 2009, the Countrywide Defendants' requested, and Plaintiffs' |
| 7 | counsel agreed to, a brief extension, up to and including September 1, 2009, of the current, agreed- |
| 8 | upon deadline for the Countrywide Defendants to answer or otherwise plead in response to the |
| 9 | FAC in light of a family medical emergency involving the mother one of its counsel, Robert B. |
| 10 | Bader, that has required him to travel out-of-state for an indefinite period; |
| 11 | WHEREAS, no party will be prejudiced by the stipulated-to extension of time; and |
| 12 | WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses |
| 13 | otherwise available to the Parties in this action. |
| 14 | |
| 15 | /// |
| 16 | |
| 17 | /// |
| 18 | |
| 19 | /// |
| 20 | |
| 21 | /// |
| 22 | |
| 23 | /// |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and the Countrywide Defendants, by their undersigned counsel, that the Countrywide Defendants shall have through and including September 1, 2009 to answer or otherwise respond to the FAC in this action.

Respectfully submitted,

Dated: August 19, 2009     By:  /s/ Brooks R. Brown
                                Brooks R. Brown
                                bbrown@goodwinprocter.com
                                **GOODWIN PROCTER LLP**
                                10250 Constellation Blvd.
                                Los Angeles, California 90067
                                Tel.: 310.788.5100

                                Robert B. Bader
                                rbader@goodwinprocter.com
                                **GOODWIN PROCTER LLP**
                                Three Embarcadero Center, 24th Floor
                                San Francisco, CA 94111
                                Tel.: 415.733.6000

                                Attorneys for Defendants:
                                *Countrywide Home Loans, Inc. f/k/a Americas Wholesale Lender; Countrywide Home Loans, Inc.; and Countrywide Bank, FSB*

///

///

///

///

3

STIPULATION EXTENDING DEADLINE                    Case No. 3:09-CV-03288-PJH

| | | |
|---|---|---|
| 1 | Dated: August 19, 2009 | /s/ David M. Arbogast |
| 2 | | David M. Arbogast, Esq. |
| | | *darbogast@law111.com* |
| 3 | | Jeffrey K. Berns, Esq. |
| | | *jberns@jeffbernslaw.com* |
| 4 | | **ARBOGAST & BERNS, LLP** |
| | | 19510 Ventura Blvd., Suite 200 |
| 5 | | Tarzana, CA 91356 |

Gerson H. Smoger
*gersonsmoger@gmail.com*
Steven M. Bronson
*steven.bronson@gmail.com*
Mark T. Baller
*mark.baller@gmail.com*
**SMOGER & ASSOCIATES**
3175 Monterey Boulevard
Oakland, CA 94602-3560

Jonathan Shub, Esq.
*jshub@seegerweiss.com*
Miriam L. Schimmel
*mschimmel@seegerweiss.com*
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102

Attorneys for Plaintiffs:
*Steven S. Bigverdi, Dorothy Peralta and James Moscoso*

///

///

///

///

///

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation Extending Time, and for good cause having been shown, IT IS HEREBY ORDERED THAT the Countrywide Defendants shall have up to and including September 1, 2009 to answer or otherwise plead in response to the FAC.

**IT IS SO ORDERED**.

Dated: _August 21, 2009_, 2009

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

5