```
A CERTIFIED TRUE COPY
       ATTEST

By Denise Morgan-Stone on Jan 29, 2010

     FOR THE UNITED STATES
     JUDICIAL PANEL ON
     MULTIDISTRICT LITIGATION
```

FILED
JAN 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 14, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE MARKETING AND
SALES PRACTICES LITIGATION

    Dorothy Peralta, et al. v. Countrywide Homes Loans, Inc.,
        et al., C.D. California, C.A. No. 2:09-8512 ) MDL No. 1988
    ~~Jerome Hart v. Bank of America Home Loans, Inc.,~~
        ~~D. Massachusetts, C.A. No. 1:09-11096~~
                       Opposed 01/29/10

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On October 14, 2008, the Panel transferred five civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 582 F.Supp.2d 1373 (J.P.M.L. 2008). Since that time, five additional actions have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Dana M. Sabraw.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Sabraw.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of October 14, 2008, and, with the consent of that court, assigned to the Honorable Dana M. Sabraw.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    Jan 29, 2010

   CLERK'S OFFICE
   UNITED STATES
   JUDICIAL PANEL ON
   MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

I hereby attest and certify on 1/29/10
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy