

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To**:  Clerk, United States District Court
_____ District of _____

**Re**:  MDL _____  In Re: _____
Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____  By _____
                                         Deputy Clerk

*cc:  All counsel of record*

===========================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

☐  CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐  CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐  CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____  By _____
                                         Deputy Clerk