CLOSED,ENE,MDL,PROTO,SEALDC

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:10-cv-00257-DMS-WMC
### Internal Use Only

**CV09-08512 AHS (FMOx)**
Dorothy Peralta et al v. Countrywide Homes Loans, Inc. et al

Dorothy Peralta et al v. Countrywide Homes Loans, Inc. et al
Assigned to: Judge Dana M. Sabraw
Referred to: Magistrate Judge William McCurine, Jr
Lead case: 3:08-md-01988-DMS-WMC
Member cases:

    3:08-cv-01348-DMS-LSP
    3:08-cv-01888-DMS-WMC
    3:08-cv-01313-DMS-LSP
    3:08-cv-01903-DMS-LSP
    3:08-cv-01957-DMS-WMC
    3:08-cv-01968-DMS-LSP
    3:08-cv-01972-DMS-WMC
    3:08-cv-02110-DMS-LSP
    3:09-cv-00064-DMS-WMC
    3:09-cv-00285-DMS-LSP
    3:09-cv-00289-DMS-LSP
    3:09-cv-00293-DMS-LSP
    3:10-cv-00257-DMS-WMC

Case in other court: California Central, 2:09-cv-08512
Cause: 28:1441 Petition for Removal- Fraud

Date Filed: 02/01/2010
Date Terminated: 05/11/2012
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question



FILED
CLERK, U.S. DISTRICT COURT

**May 18, 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY: RRP DEPUTY

**Plaintiff**

**Dorothy Peralta**
*on behalf of themselves and others
similarly situated*

represented by **David Mills Arbogast**
Arbogast Bowen LLP
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
310-477-7200
Fax: 310-943-2309
Email: david@arbogastbowen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Mark Moore**
Spiro Moore LLP
11377 W Olympic Boulevard
5th Floor
Los Angeles, CA 90064
(310) 235-2468
Fax: (310) 235-2456

I hereby attest and certify on **May 16, 2012** that the foregoing
document is a full, true and correct copy of the original on file
in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: **s/ K. Johnson**
Deputy

Email: mark@spiromoore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K Berns**
Berns Weiss LLP
20700 Ventura Boulevard
Suite 140
Woodland Hills, CA 91364
(818)961-2000
Fax: (81)936-0232
Email: jberns@law111.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennie Lee Anderson**
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
(415) 986-1400
Fax: (415) 986-1474
Email: jennie@andrusanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger Weiss LLP
0960 Wilshire Boulevard
Los Angeles, CA 90024
(310) 477-2244
Email: jshub@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Erin Andrus**
Andrus Anderson LLP
155 Montgomery Street, Ste 900
San Francisco, CA 94104
415-986-1400
Fax: 415-986-1474
Email: lori@andrusanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Cuker**
Williams Cuker Berezofsky LLC
1515 Market Street
Suite 1300
Philadelphia, PA 19102

(215) 557-0099
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
Williams Cuker Berezofsky LLC
1515 Market Street
Suite 1300
Philadelphia, PA 19102
(215)557-0099
Fax: (215)557-0673
Email: mquirk@wcblegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Ira Spiro**
Spiro Moore LLP
11377 West Olympic Boulevard
5th Floor
Los Angeles, CA 90064
(310)235-2468
Fax: (310)235-2456
Email: ira@spiromoore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Joseph O'Reardon , II**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619)338-1100
Fax: (619)338-1101
Email: toreardon@bholaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Gordon Blood**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619)338-1100
Fax: (619)338-1101
Email: tblood@bholaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerson Harry Smoger**
Smoger & Associates

3175 Monterey Boulevard Suite 3
Oakland, CA 94602-3560
510-531-4529
Fax: 510-531-4377
Email: gerson@texasinjurylaw.com
*TERMINATED: 12/08/2009*

**Mark Baller**
Smoger & Associates
3175 Monterey Blvd.
Oakland, CA 94602-3560
510-531-4529
Fax: 510-531-4377
*TERMINATED: 12/08/2009*

**Sang J Park**
Spiro Moss LLP
11377 West Olympic Boulevard, 5th Floor
Los Angeles, CA 90064
(310) 235-2468
Fax: (310) 235-2456
Email: sangjpark@gmail.com
*TERMINATED: 03/23/2012*
*ATTORNEY TO BE NOTICED*

**Steven Michael Bronson**
Smoger & Associates PC
3175 Monterey Boulevard
Oakland, CA 94602-3560
(510)531-4529
Fax: (510)531-4377
Email: steven.bronson@gmail.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Steven S. Bigverdi**                     represented by  **J Mark Moore**
*on behalf of themselves and others*                      (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey K Berns**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennie Lee Anderson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Jonathan Shub**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Erin Andrus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Cuker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Ira Spiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerson Harry Smoger**
(See above for address)
*TERMINATED: 12/08/2009*

**Mark Baller**
(See above for address)
*TERMINATED: 12/08/2009*

**Steven Michael Bronson**
(See above for address)
*TERMINATED: 12/08/2009*

**Plaintiff**

**James Moscoso**                    represented by   **J Mark Moore**
*on behalf of themselves and others*                  (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jeffrey K Berns**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jennie Lee Anderson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Erin Andrus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Cuker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Ira Spiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerson Harry Smoger**
(See above for address)
*TERMINATED: 12/08/2009*

**Mark Baller**
(See above for address)
*TERMINATED: 12/08/2009*

**Steven Michael Bronson**
(See above for address)
*TERMINATED: 12/08/2009*

V.

**<u>Defendant</u>**

**Countrywide Homes Loans, Inc.**                represented by   **Brooks R. Brown**
*formerly known as*                                              Goodwin Procter LLP
Americas Wholesale Lender                                        601 S. Figueroa Street
                                                                 41st Floor

Los Angeles, CA 90017
213.426.2500
Fax: 213.623.1673
Email: bbrown@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432
(202)346-4000
Fax: (202)346-4444
Email: dpermut@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
Goodwin Procter
3 Embarcadero Center
24th Floor
San Francisco, CA 94111
(415)733-6055
Fax: (415)677-9041
Email: rbader@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202)346-4000
Fax: (202)346-4444
Email: thefferon@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Bank, FSB**                represented by  **Brooks R. Brown**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David L. Permut**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**          represented by          **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2009 | 1 | NOTICE OF REMOVAL from Alameda County Superior Court. Their case number is RG 09455493. (Filing fee $350 receipt number 34611034481). Filed byCountrywide Homes Loans, Inc., Countrywide Home Loans, Inc., Countrywide Bank, FSB. (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/17/2009 | 2 | Declaration of Richard Pohl in Support of 1 Notice of Removal, filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Related document(s) 1 ) (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |

| 07/17/2009 | 3 | Declaration of Devra Lindgren in Support of 1 Notice of Removal, filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Related document(s) 1 ) (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/17/2009 | 4 | Declaration of Robert B. Bader in Support of 1 Notice of Removal, filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Related document(s) 1 ) (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/17/2009 | 5 | DISCLOSURE Statement by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/17/2009 | 6 | Certificate of Interested Entities by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. identifying Other Affiliate Bank of America, N.A., Other Affiliate Bank of America Corporation for Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/17/2009 | 7 | ADR SCHEDULING ORDER: Case Management Statement due by 10/21/2009. Case Management Conference set for 10/28/2009 10:30 AM. (Attachments: # 1 Standing Order)(sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/17/2009 | | CASE DESIGNATED for Electronic Filing. (sis, COURT STAFF) (Filed on 7/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/21/2009 | 8 | NOTICE by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. *Notice of Removal to All Adverse Parties* (Attachments: # 1 Exhibit A)(Brown, Brooks) (Filed on 7/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/21/2009 | 9 | STIPULATION *Setting Deadline for Defendants Countrywide Home Loans, Inc. F/K/A Americas Wholesale Lender, Countrywide Home Loans, Inc. and Countrywide Bank, FSB to Respond to First Amended Complaint* by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Brown, Brooks) (Filed on 7/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 07/21/2009) |
| 07/28/2009 | 10 | MOTION for attorney David L. Permut leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611034853.) filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 7/28/2009) [Transferred from California Northern on 11/19/2009.] |

| | | |
|---|---|---|
| | | [Transferred from California Central on 2/2/2010.] (Entered: 08/05/2009) |
| 08/06/2009 | 11 | ORDER by Judge James Larson Granting Admission of Attorney David Permut 10 Motion for Pro Hac Vice. (jlsec, COURT STAFF) (Filed on 8/6/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/06/2009) |
| 08/06/2009 | 🔒 | (Court only) ***Attorney David L. Permut for Countrywide Bank, FSB,David L. Permut for Countrywide Home Loans, Inc.,David L. Permut for Countrywide Homes Loans, Inc. added. (ga, COURT STAFF) (Filed on 8/6/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/13/2009) |
| 08/11/2009 | 12 | Declination to Proceed Before a U.S. Magistrate Judge by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Brown, Brooks) (Filed on 8/11/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/11/2009) |
| 08/12/2009 | 13 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 8/12/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/12/2009) |
| 08/12/2009 | 14 | MOTION to Remand filed by Dorothy Peralta. Motion Hearing set for 9/16/2009 09:00 AM. (Attachments: # 1 Proposed Order)(Arbogast, David) (Filed on 8/12/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/12/2009) |
| 08/12/2009 | 15 | Brief re 14 MOTION to Remand filed byDorothy Peralta. (Related document(s) 14 ) (Arbogast, David) (Filed on 8/12/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/12/2009) |
| 08/12/2009 | 16 | Declaration of David M Arbogast in Support of 14 MOTION to Remand, 15 Brief filed byDorothy Peralta. (Attachments: # 1 Exhibit Nos 1-13, # 2 Exhibit Nos 14-28)(Related document(s) 14 , 15 ) (Arbogast, David) (Filed on 8/12/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/12/2009) |
| 08/14/2009 | 🔒🔒 17 | *SEALED* ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case.. Signed by Executive Committee on 8/14/09. (as, COURT STAFF) (Filed on 8/14/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/14/2009) |
| 08/14/2009 | 18 | Amended MOTION to Remand filed by Steven S. Bigverdi, James Moscoso, Dorothy Peralta. Motion Hearing set for 9/16/2009 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Bronson, Steven) (Filed on 8/14/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/14/2009) |

| | | |
|---|---|---|
| 08/14/2009 | 🔒 | (Court only) ***Motions terminated: 14 MOTION to Remand filed by Dorothy Peralta. (far, COURT STAFF) (Filed on 8/14/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/17/2009) |
| 08/17/2009 | 19 | STIPULATION re 14 MOTION to Remand, 15 Brief, 16 Declaration in Support *AND [PROPOSED] ORDER RE CONTINUING HEARING AND BRIEFING DATES RE PLAINTIFFS MOTION TO REMAND ACTION BACK TO STATE COURT* by Dorothy Peralta. (Arbogast, David) (Filed on 8/17/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/17/2009) |
| 08/18/2009 | 20 | STIPULATION re 18 Amended MOTION to Remand, 15 Brief, 19 Stipulation, 16 Declaration in Support *STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING AND BRIEFING DATES RE PLAINTIFFS MOTION TO REMAND ACTION BACK TO STATE COURT* by Steven S. Bigverdi, James Moscoso, Dorothy Peralta. (Berns, Jeffrey) (Filed on 8/18/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/18/2009) |
| 08/19/2009 | 21 | STIPULATION *and [Proposed] Order Extending Deadline for Defendants Countrywide Home Loans, Inc. F/K/A Americas Wholesale Lender, Countrywide Home Loans, Inc. and Countrywide Bank, FSB to Respond to First Amended Complaint* by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Brown, Brooks) (Filed on 8/19/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/19/2009) |
| 08/20/2009 | 22 | STIPULATION AND ORDER CONTINUING HEARING AND BRIEFING DATES RE PLAINTIFFS' MOTION TO REMAND re 20 Stipulation, filed by Steven S. Bigverdi, Dorothy Peralta, James Moscoso. Signed by Judge Phyllis J. Hamilton on 8/20/09. (nah, COURT STAFF) (Filed on 8/20/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/20/2009) |
| 08/20/2009 | 23 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 8/20/09. (nah, COURT STAFF) (Filed on 8/20/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/20/2009) |
| 08/20/2009 | | Set Deadlines/Hearings: Joint Case Management Statement due by 10/29/2009. Initial Case Management Conference set for 11/5/2009 02:30 PM. (nah, COURT STAFF) (Filed on 8/20/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 08/20/2009) |
| 08/21/2009 | 24 | ORDER Granting re 21 Stipulation Extending deadline for Defendants Countrywide Home Loans, Inc. F/K/A Americas Wholesale Lender, Countrywide Home Loans, Inc., and Countrywide Bank, FSB to respond to first amended complaint, filed by Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc.. Signed by Judge Phyllis J. Hamilton on 8/21/09. (sv, COURT STAFF) (Filed on 8/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from |

| | | |
|---|---|---|
| | | California Central on 2/2/2010.] (Entered: 08/21/2009) |
| 09/01/2009 | 25 | MOTION to Dismiss *First Amended Complaint* filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. Motion Hearing set for 10/21/2009 09:00 AM in Courtroom 5, 17th Floor, San Francisco. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Proposed Order Proposed Order)(Bader, Robert) (Filed on 9/1/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/01/2009 | 26 | Request for Judicial Notice re 25 MOTION to Dismiss *First Amended Complaint* filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 25 ) (Bader, Robert) (Filed on 9/1/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/01/2009 | 27 | Appendix re 25 MOTION to Dismiss *First Amended Complaint* filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Related document(s) 25 ) (Bader, Robert) (Filed on 9/1/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/01/2009 | 28 | NOTICE of Change of Address by David M. Arbogast (Arbogast, David) (Filed on 9/1/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/01/2009 | 29 | MOTION to Transfer Case filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. Motion Hearing set for 10/21/2009 09:00 AM in Courtroom 5, 17th Floor, San Francisco. (Bader, Robert) (Filed on 9/1/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/01/2009 | 30 | Appendix re 29 MOTION to Transfer Case filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Related document(s) 29 ) (Bader, Robert) (Filed on 9/1/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/01/2009 | 31 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 33 . \*\*\***<br>Proposed Order re 29 MOTION to Transfer Case by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Bader, Robert) (Filed on 9/1/2009) Modified on 9/2/2009 (feriab, COURT STAFF). [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/01/2009) |
| 09/02/2009 | 32 | NOTICE of Appearance by Jonathan Shub (Shub, Jonathan) (Filed on 9/2/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/02/2009) |

| 09/02/2009 | 33 | Proposed Order re 29 MOTION to Transfer Case *CORRECTION OF DOCKET # 31* by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Bader, Robert) (Filed on 9/2/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/02/2009) |
|---|---|---|
| 09/04/2009 | 34 | CLERKS NOTICE<br><br>Effective September 14, 2009, Judge Phyllis Hamilton's courtroom and chambers will be located in the Oakland Courthouse, Courtroom #3, 3rd floor, 1301 Clay Street, Oakland, California 94612.<br><br>On or after September 14, 2009, all filings for matters pending on Judge Hamiltons docket, all court appearances, and all deliveries of chambers' copies of documents must be made at the Oakland Courthouse.<br><br>The days and times for law and motion calendars and all currently scheduled proceedings remain unchanged.<br><br>Please note that all of Judge Hamilton's case files will be moved to the Oakland Courthouse, therefore all cases numbers assigned to her will be changed slightly to reflect the correct venue. Previously, all case numbers started with "3:" to indicate the San Francisco office (Example: 3:09-cv-12345-PJH). As of September 14th, 2009, all of Judge Hamilton's case files will begin with "4:" to indicate the Oakland office, but everything else will stay the same (Example: 4:09-cv-12345-PJH). When e-filing, using the short case number format will always avoid problems when searching for the correct case: 09-12345 (YY-NNNNN).<br><br>For information on the Oakland Courthouse's accessibility, parking, driving directions, public transit, hotels and other helpful links, please visit our website: http://www.cand.uscourts.gov, click on "Court Information" on the right hand side of our main page, then select the Oakland link under "Address and Jurisdiction". The main telephone number for the Oakland Division is 510 637-3530.<br><br>(cjl, COURT STAFF) (Filed on 9/4/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/04/2009) |
| 09/09/2009 | 35 | CLERKS NOTICE REGARDING CHAMBERS COPIES (nah, COURT STAFF) (Filed on 9/9/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/09/2009) |
| 09/10/2009 | 36 | Amended MOTION to Dismiss *First Amended Complaint; Memorandum of Points and Authorities in Support Thereof* filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. Motion Hearing set for 10/28/2009 09:00 AM in Courtroom 5, 17th Floor, San Francisco. (Attachments: # 1 Appendix of Slip Opinions/Westlaw Cases with Tabs 1-13, # 2 Declaration of Mariela Garcia, # 3 Exhibits A-G to the Declaration of Mariela Garcia, # 4 Exhibits H-L to the Declaration of |

| | | |
|---|---|---|
| | | Mariela Garcia, # 5 Proposed Order)(Bader, Robert) (Filed on 9/10/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/10/2009) |
| 09/10/2009 | 37 | Request for Judicial Notice re 36 Amended MOTION to Dismiss *First Amended Complaint; Memorandum of Points and Authorities in Support Thereof* filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Exhibits A-C)(Related document(s) 36 ) (Bader, Robert) (Filed on 9/10/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/10/2009) |
| 09/15/2009 | 38 | STIPULATION *CONTINUING HEARINGS ON PLAINTIFFS MOTION TO REMAND AND DEFENDANTS AMENDED MOTION TO DISMISS AND MOTION TO TRANSFER, AND MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS MOTION TO REMAND* by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Proposed Order)(Brown, Brooks) (Filed on 9/15/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/15/2009) |
| 09/15/2009 | 39 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 44611004129.) filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (vlk, COURT STAFF) (Filed on 9/15/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/16/2009) |
| 09/15/2009 | 45 | Proposed Order Granting re 39 MOTION for leave to appear in Pro Hac Vice of Thomas M. Hefferon ( Filing fee $ 210, receipt number 44611004129.) by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (vlk, COURT STAFF) (Filed on 9/15/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/05/2009) |
| 09/21/2009 | 40 | STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' AMENDED MOTION TO DISMISS AND MOTION TO TRANSFER AND MODIFYING BRIEFING SCHEDULE ON PLAINTFFS' MOTION TO REMAND re 38 Stipulation, filed by Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc. Signed by Judge Phyllis J. Hamilton on 9/21/09. (nah, COURT STAFF) (Filed on 9/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/21/2009) |
| 09/21/2009 | | Set/Reset Deadlines as to 29 MOTION to Transfer Case, 18 Amended MOTION to Remand, 36 Amended MOTION to Dismiss *First Amended Complaint; Memorandum of Points and Authorities in Support Thereof*. Motion Hearing set for 11/4/2009 09:00 AM in Courtroom 3, 3rd Floor, Oakland. (nah, COURT STAFF) (Filed on 9/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/21/2009) |

| 09/22/2009 | 41 | Declaration of Steven M. Bronson in Support of 15 Brief filed bySteven S. Bigverdi, James Moscoso, Dorothy Peralta. (Related document(s) 15 ) (Bronson, Steven) (Filed on 9/22/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/22/2009) |
| 09/23/2009 | 42 | Memorandum in Opposition re 18 Amended MOTION to Remand filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Appendix)(Brown, Brooks) (Filed on 9/23/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/23/2009) |
| 09/23/2009 | 43 | Declaration of Todd D. Hammond in Support of 42 Memorandum in Opposition *to Plaintiffs' Motion to Remand* filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Related document(s) 42 ) (Brown, Brooks) (Filed on 9/23/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/23/2009) |
| 09/23/2009 | 44 | NOTICE by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. *Amended Corporate Disclosure Statement* (Brown, Brooks) (Filed on 9/23/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 09/23/2009) |
| 10/07/2009 | 46 | ORDER by Judge Phyllis J. Hamilton granting 39 Motion for Pro Hac Vice for Thomas M. Hefferon. (nah, COURT STAFF) (Filed on 10/7/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/07/2009) |
| 10/07/2009 | 🔒 | (Court only) ***Attorney Thomas M. Hefferon for Countrywide Bank, FSB,Thomas M. Hefferon for Countrywide Home Loans, Inc.,Thomas M. Hefferon for Countrywide Homes Loans, Inc. added. (vlk, COURT STAFF) (Filed on 10/7/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/08/2009) |
| 10/14/2009 | 47 | REPLY Memorandum in Support of re 18 Amended MOTION to Remand filed bySteven S. Bigverdi, James Moscoso, Dorothy Peralta. (Bronson, Steven) (Filed on 10/14/2009) Modified on 10/15/2009 (vlk, COURT STAFF). [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/14/2009) |
| 10/14/2009 | 48 | Memorandum in Opposition re 29 MOTION to Transfer Case filed bySteven S. Bigverdi, James Moscoso, Dorothy Peralta. (Bronson, Steven) (Filed on 10/14/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/14/2009) |
| 10/14/2009 | 49 | Memorandum in Opposition re 36 Amended MOTION to Dismiss *First Amended Complaint; Memorandum of Points and Authorities in Support Thereof* filed bySteven S. Bigverdi, James Moscoso, Dorothy Peralta. (Bronson, Steven) (Filed on 10/14/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/14/2009) |

| | | |
|---|---|---|
| 10/14/2009 | 50 | MOTION to Strike 43 Declaration in Support, *and Objections Thereto* filed by Steven S. Bigverdi, James Moscoso, Dorothy Peralta. Motion Hearing set for 11/4/2009 09:00 AM in Courtroom 3, 3rd Floor, Oakland. (Bronson, Steven) (Filed on 10/14/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/14/2009) |
| 10/14/2009 | 51 | Declaration of Steven M. Bronson in Support of 47 Reply Memorandum, 50 MOTION to Strike 43 Declaration in Support, *and Objections Thereto* MOTION to Strike 43 Declaration in Support, *and Objections Thereto*, 49 Memorandum in Opposition, 48 Memorandum in Opposition filed bySteven S. Bigverdi, James Moscoso, Dorothy Peralta. (Attachments: # 1 Exhibit Nos. 1-13)(Related document(s) 47 , 50 , 49 , 48 ) (Bronson, Steven) (Filed on 10/14/2009) Modified on 10/15/2009 (vlk, COURT STAFF). [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/14/2009) |
| 10/16/2009 | 52 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 10/16/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/16/2009) |
| 10/21/2009 | 53 | Reply Memorandum re 36 Amended MOTION to Dismiss *First Amended Complaint; Memorandum of Points and Authorities in Support Thereof*, 25 MOTION to Dismiss *First Amended Complaint* filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Brown, Brooks) (Filed on 10/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/21/2009) |
| 10/21/2009 | 54 | Reply Memorandum re 29 MOTION to Transfer Case filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Brown, Brooks) (Filed on 10/21/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/21/2009) |
| 10/21/2009 | 55 | Memorandum in Opposition *to re 50 Plaintiffs' Objections and Notice of Intention to Strike Portions of the Declaration of Todd D. Hammond* filed byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Attachments: # 1 Affidavit Supplemental Declaration of Todd D. Hammond, # 2 Affidavit Declaration of Brooks R. Brown, # 3 Exhibit A to Brown Declaration, # 4 Affidavit Declaration of Radhi Thayu, Esq., # 5 Exhibit A to Thayu Decl)(Brown, Brooks) (Filed on 10/21/2009) Modified on 10/22/2009 (vlk, COURT STAFF). [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/21/2009) |
| 10/26/2009 | 56 | STIPULATION *AND [PROPOSED] ORDER RE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES* by Dorothy Peralta. (Arbogast, David) (Filed on 10/26/2009) Modified on 10/28/2009 (kk, COURT STAFF). [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/26/2009) |

| | | |
|---|---|---|
| 10/26/2009 | 57 | Emergency Ex Parte Application *FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETION OF THE JURISDICTIONAL DISCOVERY THAT IS PARTICULARLY RELEVANT TO THE PENDING MOTION TO REMAND THIS ACTION BACK TO STATE COURT* filed by Dorothy Peralta. Motion Hearing set for 11/4/2009 09:00 AM. (Attachments: # 1 Proposed Order) (Arbogast, David) (Filed on 10/26/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/26/2009) |
| 10/28/2009 | 58 | Reply Memorandum re 50 MOTION to Strike 43 Declaration in Support, *and Objections Thereto* MOTION to Strike 43 Declaration in Support, *and Objections Thereto* filed bySteven S. Bigverdi, James Moscoso, Dorothy Peralta. (Bronson, Steven) (Filed on 10/28/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/28/2009) |
| 10/29/2009 | 59 | Emergency MOTION Administrative Motion for Order Shortening Time re 57 Emergency Ex Parte Application *FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETION OF THE JURISDICTIONAL DISCOVERY THAT IS PARTICULARLY RELEVANT TO THE P* filed by Dorothy Peralta. Motion Hearing set for 11/4/2009 09:00 AM. (Arbogast, David) (Filed on 10/29/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/29/2009) |
| 10/30/2009 | 60 | Declaration of Jeffrey K. Berns in Support of 57 Emergency Ex Parte Application *FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETION OF THE JURISDICTIONAL DISCOVERY THAT IS PARTICULARLY RELEVANT TO THE P RE NEWLY DISCOVERED EVIDENCE* filed byDorothy Peralta. (Related document(s) 57 ) (Arbogast, David) (Filed on 10/30/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/30/2009) |
| 10/30/2009 | 61 | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE re 56 Stipulation filed by Dorothy Peralta. Signed by Judge Phyllis J. Hamilton on 10/30/09. (nah, COURT STAFF) (Filed on 10/30/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/30/2009) |
| 10/30/2009 | | Set Deadlines/Hearings: Joint Case Management Statement due by 12/3/2009. Case Management Conference set for 12/10/2009 02:00 PM in Courtroom 3, 3rd Floor, Oakland. (nah, COURT STAFF) (Filed on 10/30/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 10/30/2009) |
| 10/30/2009 | | ***Deadlines terminated. (kk, COURT STAFF) (Filed on 10/30/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/06/2009) |

| 11/02/2009 | 62 | Response re 58 Reply Memorandum, *to Plaintiffs' Objections and Request to Strike* byCountrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Bader, Robert) (Filed on 11/2/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/02/2009) |
|---|---|---|
| 11/02/2009 | 63 | Memorandum in Opposition re 57 Emergency Ex Parte Application *FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETION OF THE JURISDICTIONAL DISCOVERY THAT IS PARTICULARLY RELEVANT TO THE P filed by*Countrywide Bank, FSB, Countrywide Home Loans, Inc., *Countrywide Homes Loans, Inc.. (Brown, Brooks) (Filed on 11/2/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/02/2009)* |
| 11/02/2009 | 64 | Declaration of Jeffrey K. Berns in Support of 57 Emergency Ex Parte Application *FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETION OF THE JURISDICTIONAL DISCOVERY THAT IS PARTICULARLY RELEVANT TO THE P, 60 Declaration in Support, SUPPLEMENTAL DECLARATION OF JEFFREY K. BERNS RE NEWLY DISCOVERED EVIDENCE filed by*Dorothy Peralta. (Related document(s) 57 , 60 ) (Arbogast, David) (Filed on 11/2/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/02/2009) |
| 11/04/2009 | 65 | Minute Entry: Motion Hearing held on 11/4/2009 before Phyllis J. Hamilton (Date Filed: 11/4/2009) re 18 Amended MOTION to Remand filed by Steven S. Bigverdi, Dorothy Peralta, James Moscoso, 50 MOTION to Strike 43 Declaration in Support, *and Objections Thereto* MOTION to Strike 43 Declaration in Support, *and Objections Thereto* filed by Steven S. Bigverdi, Dorothy Peralta, James Moscoso, 36 Amended MOTION to Dismiss *First Amended Complaint; Memorandum of Points and Authorities in Support Thereof* filed by Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc., 59 Emergency MOTION Administrative Motion for Order Shortening Time re 57 Emergency Ex Parte Application *FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETIEmergency MOTION Administrative Motion for Order Shortening Time re 57 Emergency Ex Parte Application FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETI filed by Dorothy Peralta, 57 Emergency Ex Parte Application FOR ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND ORDER CONTINUING MOTIONS SET FOR HEARING ON NOVEMBER 4, 2009 SO AS TO ALLOW COMPLETION OF THE JURISDICTIONAL DISCOVERY THAT IS PARTICULARLY RELEVANT TO THE P filed by Dorothy Peralta, 29 MOTION to Transfer Case filed by Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc.* (Court Reporter Diane Skillman.) (nah, COURT STAFF) |

|  |  |  |
|---|---|---|
|  |  | *(Date Filed: 11/4/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/04/2009)* |
| 11/06/2009 | 66 | Proposed Order *Directing the Office of the Comptroller of the Currency to Provide Information Regarding the Merger of Countrywide Bank, N.A. with and into Bank of America, N.A.* by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc.. (Bader, Robert) (Filed on 11/6/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/06/2009) |
| 11/09/2009 | 67 | Letter from Gerson H. Smoger, Esq. re 66 Proposed Order. (Attachments: # 1 Proposed Order)(Bronson, Steven) (Filed on 11/9/2009) Modified on 11/10/2009 (vlk, COURT STAFF). [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/09/2009) |
| 11/16/2009 | 68 | ORDER by Judge Hamilton Denying 18 Motion to Remand and 50 to Strike and Granting 29 Motion to Transfer (pjhlc2, COURT STAFF) (Filed on 11/16/2009) [Transferred from California Northern on 11/19/2009.] [Transferred from California Central on 2/2/2010.] (Entered: 11/16/2009) |
| 11/19/2009 | 🔒 69 | ORIGINAL file, certified copy of transfer order and docket sheet received from California Northern [Transferred from California Central on 2/2/2010.] (Entered: 11/19/2009) |
| 11/19/2009 | 70 | NOTICE OF RECEIPT OF CASE TRANSFERRED IN: Formerly Case Number: 4:09-CV-3288 PJH from Northern District of California at Oakland. The above-referenced case has been transferred to this district and assigned the Civil Case Number: CV 09-8512 PA (VBKx) (ghap) [Transferred from California Central on 2/2/2010.] (Entered: 11/19/2009) |
| 11/19/2009 | 71 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jonathan Shub for Plaintiffs James Moscoso, Dorothy Peralta, Steven S. Bigverdi. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-ResidentAttorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $185.00fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U. S. Department of Justiceare required to file a Pro Hac Vice application; no filing fee is required. (ghap) [Transferred from California Central on 2/2/2010.] (Entered: 11/19/2009) |
| 11/19/2009 | 72 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney David L. Permut for Defendants Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-ResidentAttorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $185.00fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U. S. Department of Justiceare required to file a Pro Hac Vice application; no filing fee is required. (ghap) [Transferred from California Central on 2/2/2010.] (Entered: 11/19/2009) |

| 11/19/2009 | 73 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Thomas M. Hefferon for Plaintiffs James Moscoso, Dorothy Peralta, Steven S. Bigverdi. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-ResidentAttorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $185.00fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U. S. Department of Justiceare required to file a Pro Hac Vice application; no filing fee is required. (ghap) (ghap). [Transferred from California Central on 2/2/2010.] (Entered: 11/19/2009) |
|---|---|---|
| 11/19/2009 | 74 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Notice of Filing Fee Due (PHV), 73 . Document # 73 NOTICE OF FILING FEE DUE filed on 11/19/09 was not served by CM/ECF System. This document is being attached to this Noctice to Comply with service of the document. (Attachments: # 1 G-109) (ghap) [Transferred from California Central on 2/2/2010.] (Entered: 11/19/2009) |
| 11/19/2009 | 75 | STANDING ORDER by Judge Percy Anderson: This action has been assigned to the calendar of Judge Percy Anderson. All counsel are ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. Counsel for plaintiff shall immediately serve this Order on all parties, including any new parties to the action. If this case came to the Court by noticed removal, defendant shall serve this Order on all other parties. See document for further details. (jre) [Transferred from California Central on 2/2/2010.] (Entered: 11/20/2009) |
| 11/30/2009 | 🔒 | (Court only) PREPARED ORDER RE TRANSFER Pursuant to General Order 08-05 (Related Case) by Clerk; related to SACV 07-00612 AHS(FMOx). (rn) [Transferred from California Central on 2/2/2010.] (Entered: 11/30/2009) |
| 12/03/2009 | 76 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 -Related Case- filed. Related Case No: SACV 07-00612 AHS(FMOx). Case transferred from Judge Percy Anderson and Magistrate Judge Victor B. Kenton to Judge Alicemarie H. Stotler and Magistrate Judge Fernando M. Olguin for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 09-08512 AHS (FMOx).Signed by Judge Alicemarie H. Stotler (rn) [Transferred from California Central on 2/2/2010.] (Entered: 12/03/2009) |
| 12/03/2009 | 🔒 | (Court only) Related cases: : Create association to 8:07-cv-00612-AHS-FMO. (rn) [Transferred from California Central on 2/2/2010.] (Entered: 12/03/2009) |
| 12/08/2009 | 77 | NOTICE of Appearance filed by attorney James Mark Moore on behalf of Plaintiff Dorothy Peralta (Moore, James) [Transferred from California Central on 2/2/2010.] (Entered: 12/08/2009) |
| 12/08/2009 | 78 | NOTICE of Change of Attorney Information for attorney David Mills Arbogast counsel for Plaintiff Dorothy Peralta. Adding David M. Arbogast as attorney as counsel of record for Plaintiffs DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO for the reason indicated in |

| | | |
|---|---|---|
| | | the G-06 Notice. Filed by Plaintiff David M. Arbogast (Arbogast, David) [Transferred from California Central on 2/2/2010.] (Entered: 12/08/2009) |
| 12/08/2009 | 79 | NOTICE NOTICE OF DISASSOCIATION OF COUNSEL: GERSON H. SMOGER, STEVEN M. BRONSON, AND MARK T. BALLER, AND THE LAW FIRM OF SMOGER & ASSOCIATES filed by Plaintiff Dorothy Peralta. (Arbogast, David) [Transferred from California Central on 2/2/2010.] (Entered: 12/08/2009) |
| 12/08/2009 | 80 | APPLICATION for attorney Thomas M. Hefferon to Appear Pro Hac Vice (PHV Fee of $185 receipt number 0973000000006251125 paid.) filed by defendants Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc.. (Attachments: # 1 Proposed Order)(Brown, Brooks) [Transferred from California Central on 2/2/2010.] (Entered: 12/08/2009) |
| 12/08/2009 | 81 | APPLICATION for attorney David L. Permut to Appear Pro Hac Vice (PHV Fee of $185 receipt number 0973000000006251856 paid.) filed by defendants Countrywide Bank, FSB, Countrywide Home Loans, Inc.. (Attachments: # 1 Proposed Order)(Brown, Brooks) [Transferred from California Central on 2/2/2010.] (Entered: 12/08/2009) |
| 12/08/2009 | 82 | MINUTES OF IN CHAMBERS ORDER to Parties Requiring Rule 26(f) Report to be Filed Upon Transfer of Case held before Judge Alicemarie H. Stotler. Pursuant to General Order 08-05, this matter has been transferred for all further proceedings from the Hon. Percy Anderson, to the calendar of Judge Alicemarie H. Stotler, Ronald Reagan Federal Building and U.S. Courthouse, Courtroom 10A, 411 West Fourth Street, Santa Ana, California. The Court concurrently issues its Order to Parties Requiring Rule 26(f) Report To Be Filed No Later Than February 1, 2010. The Clerk shall serve this minute order on counsel for all parties in this action. (db) [Transferred from California Central on 2/2/2010.] (Entered: 12/09/2009) |
| 12/08/2009 | 83 | ORDER to Parties Requiring Rule 26(f) Report to be Filed no later than 02/01/2010 by Judge Alicemarie H. Stotler. (db) [Transferred from California Central on 2/2/2010.] (Entered: 12/09/2009) |
| 12/08/2009 | 🔒 | (Court only) ***Attorneys James Mark Moore and Ira Robert Spiro for James Moscoso, Dorothy Peralta and Steven S. Bigverdi added. (lt) [Transferred from California Central on 2/2/2010.] (Entered: 12/10/2009) |
| 12/08/2009 | 🔒 | (Court only) *** Attorney Gerson Harry Smoger; Mark Baller and Steven Michael Bronson terminated. (lt) [Transferred from California Central on 2/2/2010.] (Entered: 12/10/2009) |
| 12/09/2009 | 🔒 | (Court only) ***Attorney David Mills Arbogast for James Moscoso, Dorothy Peralta and Steven S. Bigverdi added. (lt) [Transferred from California Central on 2/2/2010.] (Entered: 12/10/2009) |
| 12/11/2009 | 84 | ORDER by Judge Alicemarie H. Stotler: granting 81 Application to Appear Pro Hac Vice by Attorney David L. Permut on behalf of defendant Countrywide Home Loans, Inc., designating Brooks R. Brown as local counsel. (db) [Transferred from California Central on 2/2/2010.] (Entered: 12/11/2009) |

| | | |
|---|---|---|
| 12/11/2009 | 85 | ORDER by Judge Alicemarie H. Stotler: granting 80 Application to Appear Pro Hac Vice by Attorney Thomas M. Hefferon on behalf of defendant Countrywide Home Loans, Inc., designating Brooks R. Brown as local counsel. (db) [Transferred from California Central on 2/2/2010.] (Entered: 12/11/2009) |
| 12/11/2009 | 86 | NOTICE of Change of Attorney Information for attorney Robert B Bader counsel for Defendants Countrywide Bank, FSB, Countrywide Home Loans, Inc.. Adding Robert B. Bader as attorney as counsel of record for Countrywide Home Loans, Inc.; Countrywide Bank, FSB for the reason indicated in the G-06 Notice. Filed by defendants Countrywide Home Loans, Inc.; Countrywide Bank, FSB (Bader, Robert) [Transferred from California Central on 2/2/2010.] (Entered: 12/11/2009) |
| 02/01/2010 | 87 | Joint STIPULATION to Continue Deadlines filed by defendants Countrywide Homes Loans, Inc., Countrywide Bank, FSB, Countrywide Home Loans, Inc.. (Attachments: # 1 Proposed Order)(Brown, Brooks) [Transferred from California Central on 2/2/2010.] (Entered: 02/01/2010) |
| 02/01/2010 | 88 | COPY OF CONDITIONAL TRANSFER ORDER FROM THE JUDICIAL PANEL regarding case number MDL 1988. (JS-6) (rla) [Transferred from California Central on 2/2/2010.] (Entered: 02/01/2010) |
| 02/01/2010 | 89 | TRANSMITTAL LETTER - MDL CASE TRANSFER OUT (rla) [Transferred from California Central on 2/2/2010.] (Entered: 02/01/2010) |
| 02/01/2010 | 🔒 | (Court only) ***(MD JS-6. Case Terminated.) (rla) [Transferred from California Central on 2/2/2010.] (Entered: 02/01/2010) |
| 02/01/2010 | 🔒 | (Court only) ***Set transfer Flag (rla) [Transferred from California Central on 2/2/2010.] (Entered: 02/01/2010) |
| 02/01/2010 | 91 | Judge Dana M. Sabraw and Magistrate Judge William McCurine, Jr assigned to transfer case from Central District of CA. (All non-registered users served via U.S. Mail Service)(kaj) (Entered: 02/02/2010) |
| 02/02/2010 | 🔒 90 | Case transferred in from District of California Central; Case Number 2:09-cv-08512. Original file received electronically (kaj) (Entered: 02/02/2010) |
| 02/11/2010 | 92 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Status Hearing held on 2/11/2010. Supplemental briefing, 10 pages or less, due within 2 weeks. (Court Reporter LeeAnn Pence). (Plaintiff Attorney David M. Arbogast). (Defendant Attorney Brooks R Brown). Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(jak) (Entered: 02/11/2010) |
| 02/24/2010 | 93 | Joint MOTION for Extension of Time to File *Supplemental Briefs* by Countrywide Bank, FSB, Countrywide Home Loans, Inc. (Brown, Brooks) (lao). (Entered: 02/24/2010) |
| 02/25/2010 | 94 | ORDER granting Joint Motion to Extend Time to File Supplemental Briefs; (253) in case 3:08-md-01988-DMS -WMC; (93) 3:10-cv-00257-DMS -WMC. The Parties shall file their respective Supplemental Briefs on or before March 1, 2010. Signed by Judge Dana M. Sabraw on 2/25/10. |

| | | |
|---|---|---|
| | | Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 02/25/2010) |
| 03/01/2010 | 95 | SUPPLEMENTAL BRIEF filed as RESPONSE re 92 Status Hearing, *Re: Defendants Supplemental Brief in Support of Amended Motion to Dismiss* filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc.. (Attachments: # 1 Appendix of Cases Cited in Defendants' Supplemental Brief in Support of Amended Motion to Dismiss with Tabs 1-7)(Brown, Brooks) Modified on 3/2/2010 to reflect document type (lao). (Entered: 03/01/2010) |
| 03/01/2010 | 96 | SUPPLEMENTAL BRIEF filed as RESPONSE re 92 Status Hearing, filed by Dorothy Peralta. (Arbogast, David) Modified on 3/2/2010 to clarify text (lao). (Entered: 03/01/2010) |
| 03/24/2010 | 97 | ORDER granting in part and denying in part Motion to Stay Peralta action re (266) in case 3:08-md-01988-DMS -WMC. This stay shall remain in effect until the Ninth Circuit issues its decision on the appeal, Case Number 10-15413. Counsel for Plaintiff shall immediately give notice to the Court and parties of the Ninth Circuit's decision on appeal. Signed by Judge Dana M. Sabraw on 3/24/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 03/25/2010) |
| 04/06/2010 | 98 | NOTICE of Withdrawal of Jeffrey D. Fox as Counsel for Certain Defendants by Countrywide Bank, FSB, Countrywide Home Loans, Inc. (Fox, Jeffrey) Modified on 4/6/2010 to reflect document title (lao). (Entered: 04/06/2010) |
| 04/15/2010 | 99 | NOTICE by Countrywide Bank, FSB, Countrywide Home Loans, Inc. *Re: Dismissal of Plaintiffs' Ninth Circuit Appeal* (Brown, Brooks) (lao). (Entered: 04/15/2010) |
| 04/16/2010 | 100 | Statement of Recent Decisions and MOTION for leave to file Supplemental Brief filed as NOTICE by Dorothy Peralta re 49 Response in Opposition to Motion, 96 Response. (Attachments: # 1 Proof of Service)(Arbogast, David) Modified on 4/19/2010 to correct event type; text should not be capitalized (lao). (Entered: 04/16/2010) |
| 04/29/2010 | 101 | PRO HAC VICE APPLICATION and ORDER: Attorney Michael J. Quirk appearing for Plaintiffs Dorothy Peralta, et al. Signed by Judge Dana M. Sabraw on 4/28/10. (All non-registered users served via U.S. Mail Service)(lao) (Entered: 04/29/2010) |
| 05/14/2010 | 102 | ORDER granting in part and denying in part Defendants' motion to dismiss first amended complaint. Signed by Judge Dana M. Sabraw on 5/14/2010.(All non-registered users served via U.S. Mail Service)(tkl)(mam). (Entered: 05/17/2010) |
| 06/14/2010 | 103 | NOTICE AND ORDER for Early Neutral Evaluation Conference. (Early Neutral Evaluation set for 7/8/2010 02:00 PM in chambers in Courtroom C before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 6/14/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. |

| | | Mail Service)(lao) (jrl). (Entered: 06/14/2010) |
|---|---|---|
| 06/24/2010 | 104 | NOTICE of Appearance by Jennie Lee Anderson on behalf of Dorothy Peralta, Steven S. Bigverdi, James Moscoso (Anderson, Jennie) Modified on 6/25/2010 to add parties; Lori Andrus must file separate notice of appearance; emailed Attny re missing case number in caption (lao). (Entered: 06/24/2010) |
| 06/25/2010 | 105 | NOTICE of Appearance by Lori Erin Andrus on behalf of Steven S. Bigverdi, James Moscoso, Dorothy Peralta (Andrus, Lori) missing proper case number in caption (lao). (Entered: 06/25/2010) |
| 06/25/2010 | 106 | ANSWER to First Amended Class Action Complaint and Affirmative Defenses by Countrywide Home Loans, Inc. (Brown, Brooks) (lao). (Entered: 06/25/2010) |
| 07/08/2010 | 107 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Early Neutral Evaluation Conference held on 7/8/2010.(Tape #n/a). (Plaintiff Attorney David Mills Arborgast). (Defendant Attorney Thomas Hefferon). (rab) (Entered: 07/27/2010) |
| 08/20/2010 | 108 | NOTICE of Appearance by Timothy Gordon Blood on behalf of Dorothy Peralta (Blood, Timothy) (lao). (Entered: 08/20/2010) |
| 08/20/2010 | 109 | NOTICE of Appearance by Thomas Joseph O'Reardon, II on behalf of Dorothy Peralta (O'Reardon, Thomas) emailed attny re wrong s/signature (lao). (Entered: 08/20/2010) |
| 08/26/2010 | 110 | ORDER Following Early Neutral Evaluation Conference, Setting Rule 26 Compliance and Notice of Case Management Conference. A telephonic Case Management Conference is set for 9/30/2010 at 9:00 AM before Magistrate Judge William McCurine Jr. Signed by Magistrate Judge William McCurine, Jr on 8/26/2010. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC (srm) (cap). (Entered: 08/27/2010) |
| 09/24/2010 | 111 | ORDER re Telephonic Case Management Conference. (Telephonic Case Management Conference continued to 9/30/2010 04:15 PM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 9/24/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao)(jrl). (Entered: 09/24/2010) |
| 09/30/2010 | 112 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Discovery Conference held on 9/30/2010. Order to issue.(CD# 9/30/2010 n/a). (Plaintiff Attorney David Arbogast). (Defendant Attorney Thomas Hefferon, Robert Bader). (axk) (Entered: 10/01/2010) |
| 10/03/2010 | 113 | ORDER re Status Conference. A Telephonic Status Conference was held on 09/30/10. (Telephonic Status Conference set for 12/7/2010 04:30 PM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 10/3/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 10/04/2010) |

| 12/07/2010 | 114 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Telephonic Discovery Conference held on 12/7/2010. Order to issue.(CD# 12/7/2010 n/a). (Plaintiff Attorney David Arbogast). (Defendant Attorney Brooks Brown, Robert Bader). (axk) (Entered: 12/07/2010) |
| --- | --- | --- |
| 12/10/2010 | 115 | NOTICE of Change of Address by Brooks R. Brown (Brown, Brooks) emailed attny re document missing s/signature (lao). (Entered: 12/10/2010) |
| 12/13/2010 | 116 | AMENDED DOCUMENT: Notice of Change of Address by Countrywide Bank, FSB, Countrywide Home Loans, Inc. Amendment to 115 Notice of Change of Address of Brooks R. Brown. (Brown, Brooks) Modified on 12/14/2010 to clarify text (lao). (Entered: 12/13/2010) |
| 01/24/2011 | 117 | ORDER regulating Discovery and other pretrial proceedings. Plaintiff shall file its motion for class certification on or before September 2, 2011. Defendant may file its response/opposition on or before September 23, 2011. Plaintiff may file a reply on or before October 10, 2011. The motion for class certification will be heard November 4, 2011, at 1:30 p.m. before Judge Dana M. Sabraw. Signed by Magistrate Judge William McCurine, Jr on 1/21/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (Entered: 01/25/2011) |
| 02/03/2011 | 118 | PRO HAC VICE APPLICATION and ORDER: Attorney Mark R. Cuker appearing for Plaintiffs Steven S. Bigverdi, James Moscoso, Dorothy Peralta. Signed by Judge Dana M. Sabraw on 2/3/11. (All non-registered users served via U.S. Mail Service)(lao) (Entered: 02/04/2011) |
| 02/07/2011 | | Minute Order by Judge Dana M. Sabraw: Motions terminated: 100 MOTION for Leave to File filed by Dorothy Peralta - Denied as moot.(jak) (Entered: 02/07/2011) |
| 03/11/2011 | 119 | Amended SCHEDULING ORDER. Plaintiff's motion for class certification, together with all evidence relied upon by Plaintiff and other papers required by Local Rule 7.1 in support of her motion for class certification, shall be filed on or before August 23, 2011. Defendant's opposition to the class certification motion, together with all evidence relied upon by Defendant and other papers required by Local Rule 7.1 in opposition to the motion for class certification, shall be filed on or before September 30, 2011. Plaintiff's class certification reply papers responding to the arguments and evidence advanced by Defendant in its class certification opposition submission shall be filed on or before October 25, 2011. The class certification motion shall be heard on November 4, 2011 at 1:30 p.m. Signed by Judge Dana M. Sabraw on 3/11/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 03/11/2011) |
| 05/25/2011 | 120 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 5/25/2011. Further Status Conference set for 6/23/2011 02:00 PM in Courtroom 10 before Judge Dana M. Sabraw. (Court Reporter LeeAnn Pence).(Attorneys appearing: David Arbogast, Alan McQuarrie Mansfield, Nicholas Roth, Donna Siegel-Moffa, Amanda Trask, Joe Whatley, Jr., Brooks Brown, Maria Green, Thomas Hefferon.) |

| | | |
|---|---|---|
| | | Associated Cases: 3:08-md-01988-DMS -WMC et al. CC: MDL Panel(lsf) (Entered: 05/25/2011) |
| 05/26/2011 | 121 | ORDER (1) Denying request for Continuance, (2) adjusting dates and (3) Scheduling Status Conference. A Telephonic Status Conference was held on 5/25/11. A further telephonic status conference shall be held on June 23, 2011, at 2:00 p.m., with status reports to be filed by June 21, 2011. Signed by Judge Dana M. Sabraw on 5/26/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 05/26/2011) |
| 06/03/2011 | 122 | Joint MOTION for entry of consent Protective Order by Countrywide Home Loans, Inc. (Attachments: # 1 Exhibit A)(Brown, Brooks) proposed orders should be emailed directly to chambers; emailed attny to refile Joint Motion in master case 08md1988 (lao). (Entered: 06/03/2011) |
| 06/03/2011 | 🔒 | (Court only) 122 Joint MOTION for entry of consent Protective Order. Motion set before William McCurine, Jr.(lao) (Entered: 06/06/2011) |
| 06/03/2011 | 🔒 | (Court only) ***Motion and Judge Association terminated: 122 Joint MOTION for entry of consent Protective Order filed by Countrywide Home Loans, Inc. (lao) (Entered: 06/08/2011) |
| 06/07/2011 | 123 | Amended Joint MOTION for Protective Order by Countrywide Homes Loans, Inc. (Brown, Brooks) Modified on 6/8/2011 to delete duplicate text (lao). Modified on 6/8/2011 to reflect amended per attny (lao). (Entered: 06/07/2011) |
| 06/07/2011 | 🔒 | (Court only) 123 Joint MOTION for Protective Order. Motion set before William McCurine, Jr.(lao) (Entered: 06/08/2011) |
| 06/15/2011 | 124 | PROTECTIVE ORDER re [Docket entry (368)] Motion in case 3:08-md-01988-DMS -WMC; [Docket entry (123)] Motion in case 3:10-cv-00257-DMS -WMC. Signed by Magistrate Judge William McCurine, Jr on 6/14/11. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service) (lao)(jrd) (Entered: 06/15/2011) |
| 08/17/2011 | 125 | NOTICE of Appearance by Steven Michael Bronson on behalf of Dorothy Peralta (Bronson, Steven) emailed attny re no certificate of service attached (lao). (Entered: 08/17/2011) |
| 08/22/2011 | 126 | CERTIFICATE OF SERVICE by Dorothy Peralta re 125 Notice of Appearance (Bronson, Steven) missing case number in caption (lao). (Entered: 08/22/2011) |
| 08/23/2011 | 127 | MOTION to Certify Class by Dorothy Peralta. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration David M Arbogast, # 3 Declaration J Mark Moore, # 4 Request for Judicial Notice, # 5 Declaration Chumahan Bowen, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9)(Arbogast, David) Modified on 8/24/2011 to delete duplicate text (lao). (Entered: 08/23/2011) |

| | | |
|---|---|---|
| 08/23/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 127 MOTION to Certify *Class*. Motion Hearing set for 11/4/2011 09:00 AM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 08/24/2011) |
| 09/20/2011 | 128 | NOTICE of Hearing on Motion 127 MOTION to Certify *Class*: Clarification of Hearing Time. Motion Hearing set for 11/4/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (jak) (Entered: 09/20/2011) |
| 09/30/2011 | 129 | MOTION to File Documents Under Seal (Bader, Robert)(leh). (Entered: 09/30/2011) |
| 09/30/2011 | 🔒 130 | [FILED AS SEALED DOCUMENT ON 10/27/2011] - SEALED LODGED Proposed Document re: 129 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Bader, Robert) (leh). Modified on 10/27/2011 to add file date of lodgment(leh). (Entered: 09/30/2011) |
| 09/30/2011 | 131 | RESPONSE in Opposition re 127 MOTION to Certify *Class* filed by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Brown, Brooks) (lao). (Entered: 09/30/2011) |
| 09/30/2011 | 132 | DECLARATION *of Robert B. Bader in support of Opposition to Plaintiff's Motion for Class Certification)* re 131 Response in Opposition to Motion, by Defendants Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Declaration 18)(Bader, Robert)(lao). (Entered: 09/30/2011) |
| 09/30/2011 | 133 | REQUEST FOR JUDICIAL NOTICE by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. re 131 Response in Opposition to Motion, *for Class Certification* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bader, Robert) (lao). (Entered: 09/30/2011) |
| 10/17/2011 | 134 | Joint MOTION for Leave to File Excess Pages *for Plaintiff's Reply Brief in Support of Plaintiff's Motion for Class Certification* by Dorothy Peralta. (Berns, Jeffrey) no certificate of service attached (lao). (Entered: 10/17/2011) |
| 10/19/2011 | 135 | ORDER Granting Joint Motion to Exceed Page Limitation on Plaintiff's Reply Brief in Support of Plaintiff's Motion for Class Certification re (460) Motion in case 3:08-md-01988-DMS-WMC; (134) Motion in case 3:10-cv-00257-DMS -WMC. Signed by Judge Dana M. Sabraw on 10/19/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao)(jrd) (Entered: 10/19/2011) |
| 10/25/2011 | 136 | OBJECTION by Dorothy Peralta re 132 Declaration *Evidentiary Objections to Declaration of Robert B. Bader Submitted in Opposition to Class* |

| | | |
|---|---|---|
| | | *Certification.* (Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 137 | MOTION to Strike Expert Report of David M. Skanderson, Ph.D. re 132 Declaration filed by Defendant Countrywide Home Loans, Inc. by Dorothy Peralta. (Attachments: # 1 Memo of Points and Authorities)(Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 138 | MOTION to Strike *and Evidentiary Objections to, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* re 131 Response in Opposition to Motion by Dorothy Peralta. (Attachments: # 1 Memo of Points and Authorities)(Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 139 | DECLARATION *of J. Mark Moore in Support of Plaintiff's Motions to Strike and Evidentiary Objections To Evidence Offered by Defendant in Opposition to Class Certification* re 137 MOTION to Strike 132 Declaration, 138 MOTION to Strike 131 Response in Opposition to Motion by Plaintiff Dorothy Peralta. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 - Part 1 of 2, # 4 Exhibit 3 - Part 2 of 2, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 140 | DECLARATION of Steven M. Bronson filed as AFFIDAVIT in Support re 127 MOTION to Certify *Class* filed by Dorothy Peralta. (Arbogast, David) emailed attny re wrong s/signature; no certificate of service attached (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 141 | Redacted REPLY to Response to Motion re 127 MOTION to Certify *Class* filed by Dorothy Peralta. (Arbogast, David) document exceeds page limit; emailed attny re no certificate of service attached (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 142 | MOTION to File Documents Under Seal (Arbogast, David) (lmt). (Entered: 10/25/2011) |
| 10/25/2011 | 🔒 143 | [Filed as Sealed Document on 10/26/11] - SEALED LODGED Proposed Document re: 142 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Arbogast, David) (lmt). (Main Document 143 replaced on 10/26/2011) (lmt). Modified on 10/26/2011 (lmt). (Entered: 10/25/2011) |
| 10/25/2011 | 🔒 | (Court only) Set/Reset Deadlines as to (464 in 3:08-md-01988-DMS-WMC) MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification*; (463 in 3:08-md-01988-DMS-WMC) MOTION to Strike *Expert Report of David M. Skanderson, Ph.D.* re (454) Declaration, (138 in 3:10-cv-00257-DMS -WMC) MOTION to Strike (131) Response in Opposition to Motion, (137 in 3:10-cv-00257-DMS -WMC) MOTION to Strike Expert Report of David M. Skanderson, Ph.D. re (132) Declaration. Motion Hearings set for 11/4/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(lao) (Entered: 10/26/2011) |

| 10/26/2011 | 144 | CERTIFICATE OF SERVICE by Dorothy Peralta re 137 MOTION to Strike Expert Report of David M. Skanderson, Ph.D. re 132 Declaration filed by Defendant Countrywide Home Loans, Inc. MOTION to Strike Expert Report of David M. Skanderson, Ph.D., 141 Reply to Response to Motion, 139 Declaration,, 136 Objection, 140 Affidavit in Support of Motion, 142 MOTION to File Documents Under Seal, 143 Sealed Lodged Proposed Document, 138 MOTION to Strike 131 Response in Opposition to Motion, *Notice of Motion and Motion to Strike, and Evidentiary Objections to, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* MOTION to Strike (Arbogast, David) wrong case number in caption (lao). (Entered: 10/26/2011) |
| --- | --- | --- |
| 10/26/2011 | 145 | ORDER granting 129 Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 10/26/11. (All non-registered users served via U.S. Mail Service)(lmt) Modified on 10/27/2011 to fix motion ruled on(leh)(jrd) (Entered: 10/26/2011) |
| 10/26/2011 | 🔒 146 | *SEALED* Sealed Document: Unredacted Reply Memorandum in Support of Plaintiff's Motion for Class Certification. (lmt) (Entered: 10/26/2011) |
| 10/26/2011 | 147 | ORDER Granting (468) Countrywide's Motion to File Documents Under Seal in case 3:08-md-01988-DMS-WMC. Signed by Judge Dana M. Sabraw on 10/26/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC (All non-registered users served via U.S. Mail Service) (lmt)(jrd) (Entered: 10/26/2011) |
| 10/26/2011 | 🔒 148 | *SEALED* Sealed Document: Unredacted Reply Memorandum In Support of Plaintiff's Motion for Class Certification. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(lmt) (Entered: 10/26/2011) |
| 10/27/2011 | 149 | ORDER granting 142 Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 10/27/2011. (All non-registered users served via U.S. Mail Service)(leh)(jrd) (Entered: 10/27/2011) |
| 10/27/2011 | 🔒 150 | *SEALED* Sealed Document. Countrywide Home Loans. Inc.'s Opposition to Plaintiff's Motion for Class Certification and Supporting Documents. (Attachments: # 1 Opposition to Plaintiff's Motion for Class Certification, # 2 Declaration of Kathleen Keener, # 3 Declaration of Davis Lee)(leh) (Entered: 10/27/2011) |
| 10/27/2011 | 🔒 151 | *SEALED* Sealed Document. Countrywide Home Loans, Inc.'s Opposition to Plaintiff's Motion for Class Certification. (Attachments: # 1 Opposition to Motion, # 2 Declaration of Kathleen Keener, # 3 Declaration of Davis Lee)Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(leh) (Entered: 10/27/2011) |
| 10/27/2011 | 152 | NOTICE *of Recent Decision: Shramm, et al. v. JPMorgan Chase Bank, N.A.* by Dorothy Peralta re 141 Reply to Response to Motion, 127 MOTION to Certify *Class* (Attachments: # 1 Exhibit A, # 2 Proof of Service)(Moore, J) (lao). (Entered: 10/27/2011) |
| 11/01/2011 | 153 | NOTICE by Dorothy Peralta *OF FIRM AND ADDRESS CHANGE* (Arbogast, David)(aef). (Entered: 11/01/2011) |

| | | |
|---|---|---|
| 11/02/2011 | 154 | NOTICE *of Change of Firm Name* by Dorothy Peralta (Berns, Jeffrey) emailed attny re no certificate of service (lao). (Entered: 11/02/2011) |
| 11/04/2011 | 155 | CERTIFICATE OF SERVICE by Dorothy Peralta re 154 Notice *of Change of Firm Name* (Berns, Jeffrey) (lao). (Entered: 11/04/2011) |
| 11/04/2011 | 156 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Motion Hearing held on 11/4/2011. Motions taken under submission. (Court Reporter LeeAnn Pence).(Plaintiff Attorney David Mills Arbogast, Chumahan B Bowen, Steve Bronson, J Mark Moore,). (Defendant Attorney Robert B Bader, Brooks R Brown, Thomas Hefferon). Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS-WMC(jak) (Entered: 11/04/2011) |
| 11/08/2011 | 157 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Motion Hearing) held on 11/4/2011, before Judge Dana M. Sabraw. Court Reporter/Transcriber: LeeAnn Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 11/29/2011. Redacted Transcript Deadline set for 12/9/2011. Release of Transcript Restriction set for 2/6/2012. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS-WMC. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 11/08/2011) |
| 11/14/2011 | 158 | RESPONSE in Opposition re 137 MOTION to Strike Expert Report of David M. Skanderson, Ph.D. re 132 Declaration filed by Countrywide Home Loans, Inc. (Attachments: # 1 Declaration of Robert B. Bader in Support, # 2 Exhibit 1)(Brown, Brooks) Modified on 11/15/2011 to delete duplicate text; missing case number in caption (lao). (Entered: 11/14/2011) |
| 11/14/2011 | 159 | Second DECLARATION *of Al Hensling in Support of Countrywide Home Loans, Inc.'s Opposition to Plaintiff's Motion for Class Certification)* re 131 Response in Opposition to Motion, by Defendant Countrywide Home Loans, Inc. (Bader, Robert) Modified on 11/15/2011 to clarify text (lao). (Entered: 11/14/2011) |
| 11/14/2011 | 160 | RESPONSE in Opposition re 138 MOTION to Strike 131 Response in Opposition to Motion to Strike, and Evidentiary Objections to, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification filed by Countrywide Home Loans, Inc. (Attachments: # 1 Declaration of Brooks R. Brown in Support, # 2 Exhibit 1 to Brown Declaration, # 3 Exhibit 2 to Brown Declaration, # 4 Exhibit 3 to Brown Declaration, # 5 Exhibit 4 to Brown Declaration, # 6 Exhibit 5 to Brown Declaration, # 7 Exhibit 6 to Brown Declaration, # 8 Exhibit 7 to Brown Declaration)(Brown, Brooks) Modified on 11/15/2011 to delete duplicate text (lao). (Entered: 11/14/2011) |

| 11/21/2011 | 🔒 161 | OBJECTION by Dorothy Peralta re 159 Declaration, *of Al Hensling in Support of Countrywide Home Loans, Inc.'s Opposition to Plaintiff's Motion for Class Certification*. (Moore, J). (Additional attachment(s) added on 11/22/2011: # 1 Exhibit A). (akr). emailed attny re no certificate of service attached (lao). Modified on 11/22/2011 to split the document into the main pleading and Exhibit A. Set restriction for Exhibit A. The full official transcript, a portion of which is included within Exhibit A, was filed at doc 157 on 11/8/2011. (akr). (Entered: 11/21/2011) |
|---|---|---|
| 11/21/2011 | 162 | REPLY *Memorandum of Points and Authorities in Support of Motion to Strike Expert Report of David M. Skanderson, Ph.D.* re 137 MOTION re 132 Declaration filed by Dorothy Peralta. (Moore, J) Modified on 11/22/2011 to clarify text emailed attny re certificate of service (lao). (Entered: 11/21/2011) |
| 11/21/2011 | 163 | REPLY to Response to 138 MOTION to Strike 131 Response in Opposition to Motion, MOTION to Strike 131 Response in Opposition to Motion, *Notice of Motion and Motion to Strike, and Evidentiary Objections to, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* filed by Dorothy Peralta. (Moore, J) emailed attny re certificate of service (lao). (Entered: 11/21/2011) |
| 11/21/2011 | 164 | Supplemental DECLARATION *of J. Mark Moore in Support of Plaintiff's Motions to Strike and Evidentiary Objections* re 163 Reply to Response to Motion, 138 MOTION to Strike 131 Response in Opposition to Motion *to Strike by Plaintiff Dorothy Peralta. (Moore, J) Modified on 11/22/2011 to clarify text; emailed attny re certificate of service (lao). (Entered: 11/21/2011)* |
| 11/22/2011 | 165 | CERTIFICATE OF SERVICE by Dorothy Peralta re 162 Reply to Response to Motion, 164 Declaration, 163 Reply to Response to Motion, 161 Objection (Moore, J) (lao). (Entered: 11/22/2011) |
| 12/16/2011 | 166 | ORDER denying Plaintiff's Motion for Class Certification re Document (439) in case 3:08-md-01988-DMS-WMC; re Document (127) in case 3:10-cv-00257-DMS-WMC. Signed by Judge Dana M. Sabraw on 12/16/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS-WMC(All non-registered users served via U.S. Mail Service)(lao) (Entered: 12/16/2011) |
| 12/23/2011 | 167 | NOTICE of Appearance by Sang Park on behalf of Dorothy Peralta (Attachments: # 1 Proof of Service)(Park, Sang) (lmt). (Entered: 12/23/2011) |
| 02/06/2012 | 168 | NOTICE of Change of Address by Jeffrey K Berns (Attachments: # 1 Proof of Service)(Berns, Jeffrey) missing case number in caption; emailed attny re updating cm/ecf account (lao). (Entered: 02/06/2012) |
| 03/23/2012 | 169 | NOTICE of Change of firm name and Withdrawal of Sang Park as counsel for Plaintiff Dorothy Peralta by Steven S. Bigverdi, James Moscoso, Dorothy Peralta (Attachments: # 1 Certificate of Service)(Moore, J) Modified text on 3/26/2012 to reflect document title (lao). (Entered: 03/23/2012) |
| 03/26/2012 | 170 | RESPONSE TO ORDER TO SHOW CAUSE by Countrywide Bank, FSB, Countrywide Home Loans, Inc., Countrywide Homes Loans, Inc. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A)(Brown, Brooks) proposed orders should be emailed directly to chambers (lao). (Entered: 03/26/2012) |
| 03/26/2012 | 171 | RESPONSE TO ORDER TO SHOW CAUSE by Dorothy Peralta. (Arbogast, David) (lao). (Entered: 03/26/2012) |
| 04/20/2012 | 172 | ORDER Suggesting Remand and Termination of Coordinated Proceedings. Signed by Judge Dana M. Sabraw on 4/20/2012.Associated Cases: 3:08-md-01988-DMS-WMC et al.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(aef)(jrd) (Entered: 04/24/2012) |
| 05/11/2012 | 173 | NOTICE of MDL Filing: CONDITIONAL REMAND ORDER from the Judicial Panel on Multidistrict Litigation. The actions on this remand order are to be remanded to their respective transferor court(s): 08cv1972, 10cv00257, 08cv01888, 08cv01957, 09cv00064 (All non-registered users served via U.S. Mail Service)(kaj) (Entered: 05/14/2012) |
| 05/11/2012 | 🔒 | (Court only) ***Civil Case Terminated. (kaj) (Entered: 05/15/2012) |