# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:08-md-01988-DMS-WMC
#### Internal Use Only

**CV09-08512 AHS (FMOx)**

Dorothy Peralta et al v. Countrywide Homes Loans, Inc. et al

In Re Countrywide Financial Corp Mortgage Marketing and Sales Practices Litigation

Assigned to: Judge Dana M. Sabraw

Referred to: Magistrate Judge William McCurine, Jr

Member cases:

[3:08-cv-01348-DMS-LSP](#)
[3:08-cv-01888-DMS-WMC](#)
[3:08-cv-01313-DMS-LSP](#)
[3:08-cv-01903-DMS-LSP](#)
[3:08-cv-01957-DMS-WMC](#)
[3:08-cv-01968-DMS-LSP](#)
[3:08-cv-01972-DMS-WMC](#)
[3:08-cv-02110-DMS-LSP](#)
[3:09-cv-00064-DMS-WMC](#)
[3:09-cv-00285-DMS-LSP](#)
[3:09-cv-00289-DMS-LSP](#)
[3:09-cv-00293-DMS-LSP](#)
[3:10-cv-00257-DMS-WMC](#)

Case in other court:  USCA, 10-56180
                      USCA, 10-80103
                      USCA, 11-80272

Cause: 15:1601 Truth in Lending

Date Filed: 10/14/2008

Jury Demand: Defendant

Nature of Suit: 371 Truth in Lending

Jurisdiction: Federal Question

**FILED**
**CLERK, U.S. DISTRICT COURT**

**May 18, 2012**

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___RRP___ DEPUTY

**Plaintiff**

**Roy V. Hursh**                    represented by    **Alan McQuarrie Mansfield**
                                                      The Consumer Law Group
                                                      10200 Willow Creek Road
                                                      Suite 160
                                                      San Diego, CA 92131
                                                      (619) 308-5034
                                                      Fax: (888) 341-5048
                                                      Email: alan@clgca.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Edward W Ciolko**
                                                      Kessler Topaz Meltzer Check LLP
                                                      280 King of Prussia Road

I hereby attest and certify on **MAY 16, 2012** that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: **s/ K. Johnson**
      Deputy

Radnor, PA 19087
(610)667-7706
Fax: (610)667-7056
Email: eciolko@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. Rego**
Law Offices of Joseph J Rego
8765 Aero Drive
Suite 306
San Diego, CA 92123
(858)598-6628
Fax: (858)598-6631
Email: joerego@regolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
Whatley Drake & Kallas LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203
(205)328-9576
Email: rrouco@qwwdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
Strom Law Firm LLC
2210 Beltline Bouelvard
Suite A
Columbia, DC 29204
(803)252-4800
Fax: (803)252-4801
Email: rmadden@stromlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**People of the State of Illinois, The**          represented by  **Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan N Ellis**
Office of Illinois Attorney General
500 S. Second Street

Springfield, IL 62706
(217)782-4436
Email: sellis@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronica Lucile Spicer**
Office of the Illinois Attorney General
100 West Randolph Street
12th Floor
Chicago, IL 60625
(312) 814-8553
Fax: (312) 814-2593
Email: vspicer@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Symone Leyvas**                     represented by   **Alan McQuarrie Mansfield**
*on behalf of themselves and all others*             (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Amanda R. Trask**
                                                      Kessler Topaz Meltzer & Check, LLP
                                                      280 King of Prussia Road
                                                      Radnor, PA 19087
                                                      (610) 667-7706
                                                      Fax: (610)667-7056
                                                      Email: atrask@ktmc.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Christopher Kim**
                                                      Kim and Andrews
                                                      1055 West 7th Street
                                                      Suite 2800
                                                      Los Angeles, CA 90017
                                                      (213)955-9500
                                                      Email: christopher.kim@lrklawyers.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Donna Siegel Moffa**
                                                      Kessler Topaz Meltzer & Check LLP
                                                      280 King of Prussia Road
                                                      Radnor, PA 19087
                                                      (610)667-7706
                                                      Fax: (610)667-7056

Email: dmoffa@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George T Busu**
Lim Ruger and Kim
1055 West 7th Street, Suite 2800
Los Angeles, CA 90017
213-955-9500
Email: george.busu@lrklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Meltzer**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)667-7706
Email: jmeltzer@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A Weeden**
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087
(610)667-7709
Fax: (610)667-7056
Email: jweeden@ktmc.com
*TERMINATED: 12/05/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **June Harding Brown** | represented by | **Alan McQuarrie Mansfield** |
| *on behalf of themselves and all others similarly situated* | | (See above for address) |

**June Harding Brown**
*on behalf of themselves and all others similarly situated*

represented by

**Alan McQuarrie Mansfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda R. Trask**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna Siegel Moffa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George T Busu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A Weeden**
(See above for address)
*TERMINATED: 12/05/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Leyvas**                  represented by    **Alan McQuarrie Mansfield**
*on behalf of themselves and all others*                  (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda R. Trask**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna Siegel Moffa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George T Busu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Meltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A Weeden**
(See above for address)
*TERMINATED: 12/05/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**People of the State of California**            represented by   **Benjamin G. Diehl**
Office of the California Attorney General
300 S. Spring Street
Los Angeles, CA 90013
(213)897-5548
Fax: (213)897-4951
Email: benjamin.diehl@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Karlin**
Office of the City Attorney
Civil Division
1200 Third Avenue
Suite 1100
San Diego, CA 92101-4100
(619)533-5816
Fax: (619)533-5856
Email: dkarlin@sandiego.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathrin Sears**
Office of the Attorney General
455 Golden Gate Avenue Suite 11000
San Francisco, CA 94102-7004
(415)703-5503
Fax: (415)703-5480
Email: kathrin.sears@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda M. Hoos**
California Department of Justice
Attorney General
300 S. Spring Street
Suite 1702
Los Angeles, CA 90013
(213)897-2633
Fax: (213)897-4951
Email: linda.hoos@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Aguirre**
Office of the City Attorney
1200 3rd Avenue
Suite 1620
San Diego, CA 92101
(619)236-6220
Fax: (619)236-7215
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robyn C. Smith**
California Department of Justice
300 South Spring Street
Suite 1702
Los Angeles, CA 90013
(213)897-2015
Fax: (213)897-4951
Email: robyn.smith@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly A. Jackson**
*on behalf of herself and all others*
*similarly situated*

represented by **Alan McQuarrie Mansfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K Gray**
Franklin Gray & White
505 W. Ormsby Avenue
Louisville, KY 40203
(502)637-6000
Fax: (502)637-1413

Email: mgray@franklingrayandwhite.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L White**
Franklin Gray & White
505 W. Ormsby Avenue
Louisville, KY 40203
(502)637-6000
Fax: (502)637-1413
Email: mwhite@franklingrayandwhite.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Marini**                    represented by    **Alan McQuarrie Mansfield**
*TERMINATED: 04/29/2009*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Edward W Ciolko**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joe R. Whatley , Jr**
                                                       Whatley Drake & Kallas LLC
                                                       380 Madison Avenue
                                                       23rd Floor
                                                       New York, NY 10017
                                                       (212)447-7070
                                                       Fax: (212)447-7077
                                                       Email: jwhatley@wdklaw.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph P. Strom , Jr.**

Strom Law Firm LLC
2110 Beltline Boulevard
Suite A
Columbia, SC 29204
(803) 252-4810
Email: petestrom@stromlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Anthony Pacella**
Strom Law Firm LLC
2110 Beltline Boulevard
Suite A
Columbia, SC 29204
(803) 252-4800
Fax: (803)252-4801
Email: mpacella@stromlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lili R Sabo**
Whatley Drake and Kallas LLC
1540 Broadway
37th Floor
New York, NY 10036
212-447-7070
Fax: 212-447-7077
Email: lsabo@wdklaw.com
*TERMINATED: 04/20/2009*

**Plaintiff**

**Kimberly Menichetti**                    represented by   **Alan McQuarrie Mansfield**
*TERMINATED: 07/16/2010*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Edward W Ciolko**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joe R. Whatley , Jr**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph P. Strom , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mario Anthony Pacella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lili R Sabo**
(See above for address)
*TERMINATED: 04/20/2009*

**Thomas J. Butler**
Whatley Drake & Kallas LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203
(205)328-9576
*TERMINATED: 03/03/2010*
*PRO HAC VICE*

**Plaintiff**

**Philip D Menichetti**                represented by   **Alan McQuarrie Mansfield**
*TERMINATED: 05/18/2009*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Edward W Ciolko**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joe R. Whatley , Jr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph P. Strom , Jr.**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Anthony Pacella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lili R Sabo**
(See above for address)
*TERMINATED: 04/20/2009*

**Plaintiff**

**Francis G Sizemore**                 represented by   **Alan McQuarrie Mansfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe R. Whatley , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Strom , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Anthony Pacella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lili R Sabo**
(See above for address)
*TERMINATED: 04/20/2009*

**Thomas J. Butler**
(See above for address)
*TERMINATED: 03/03/2010*
*PRO HAC VICE*

**Plaintiff**

**Rebecca G Sizemore**                  represented by   **Alan McQuarrie Mansfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe R. Whatley , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Strom , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Anthony Pacella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lili R Sabo**
(See above for address)
*TERMINATED: 04/20/2009*

**Thomas J. Butler**
(See above for address)
*TERMINATED: 03/03/2010*
*PRO HAC VICE*

<u>**Plaintiff**</u>

**Sequesta L Washington**                represented by   **Alan McQuarrie Mansfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe R. Whatley , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Strom , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Anthony Pacella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lili R Sabo**
(See above for address)
*TERMINATED: 04/20/2009*

**Thomas J. Butler**
(See above for address)

*TERMINATED: 03/03/2010*
*PRO HAC VICE*

**Plaintiff**

**Howard Pitkin**                    represented by    **Alan McQuarrie Mansfield**
*Comm of Banking of the State of CT*                           (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brendan T. Flynn**
                                                      Attorney General's Office
                                                      110 Sherman St.
                                                      Hartford, CT 06105
                                                      860-808-5400
                                                      Fax: 860-808-5593
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Edward W Ciolko**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Mark F. Kohler**
                                                      Attorney General's Office
                                                      55 Elm St., PO Box 120
                                                      Hartford, CT 06141-0120
                                                      860-808-5270
                                                      Email: mark.kohler@po.state.ct.us
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Phillip Rosario**
                                                      Attorney General's Office - Htfd
                                                      110 Sherman St.
                                                      Hartford, CT 06105
                                                      860-808-5400
                                                      Email: phillip.rosario@po.state.ct.us
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Richard M. Porter**
                                                      Office of the Attorney General - Elm Htfd
                                                      55 Elm Street
                                                      Hartford, CT 06141
                                                      860-808-5355
                                                      Fax: 860-808-5391
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Connecticut**                    represented by   **Brendan T. Flynn**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5400
Fax: 860-808-5593
Email: brendan.flynn@po.state.ct.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark F. Kohler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Rosario**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard M. Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randall Buckley**                         represented by   **Ari Y. Brown**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
(206) 623-7292

Email: ari@hbsslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim D Stephens**
TOUSLEY BRAIN STEPHENS
1700 SEVENTH AVE
STE 2200
SEATTLE, WA 98101
206-682-5600
Email: kstephens@tousley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Estok**
Tousley Brain Stephens PLLC
1700 7th Avenue
Suite 2200
Seattle, WA 98101
(206)682-5600
Fax: (206) 682-2992
Email: mestok@tousley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Pacharzina**
Tousley Brain Stephens PLLC
1700 Seventh Avenue
Suite 2200
Seattle, WA 98101
(206)682-5600
Fax: (206)682-2992
Email: nancy@pachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens Berman Sopol Shapiro
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
(206)623-7292
Fax: (206)623-0594
Email: steve@hbsslaw.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Eric Loeser**
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
(206)623-7292
Fax: (206)623-0594
Email: toml@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Taylor**                    represented by   **Ari Y. Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim D Stephens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Estok**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Pacharzina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Eric Loeser**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indiana State of**                      represented by   **Edward W Ciolko**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas M Fisher**
                                                          Indiana Attorney General's Office -
                                                          IAG/302
                                                          Indiana Government Center South
                                                          302 W Washington Street 5th Floor
                                                          Indianapolis, IN 46204-2770
                                                          317-232-6255
                                                          Fax: 317-232-7979
                                                          Email: Tom.Fisher@atg.in.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gabrielle J Owens**
                                                          Indiana Attorney General's Office -
                                                          IAG/302
                                                          Indiana Government Center South
                                                          302 W Washington Street 5th Floor
                                                          Indianapolis, IN 46204-2770
                                                          317-233-0878
                                                          *TERMINATED: 08/10/2009*

                                                          **Paula J Beller**
                                                          Indiana Attorney General's Office -
                                                          IAG/302
                                                          Indiana Government Center South
                                                          302 W Washington Street 5th Floor
                                                          Indianapolis, IN 46204-2770
                                                          317-232-6330
                                                          Fax: 317-233-4393
                                                          Email: jennie.beller@atg.in.gov
                                                          *TERMINATED: 08/10/2009*

**Plaintiff**

**Office of the Attorney General,**       represented by   **Edward W Ciolko**
**Department of Legal Affairs, State of**                  (See above for address)
**Florida**                                               *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Fulvio Joseph Gentili**
                                                          Attorney General Office
                                                          Economic Crimes Division

110 SE 6th Street
9th Division
Fort Lauderdale, FL 33301
(954)712-4600
Fax: (954)712-4658
Email: Fulvio.Gentili@myfloridalegal.com
*TERMINATED: 10/15/2009*

**George E. Rudd**
Attorney General Office
Economic Crimes Division
110 SE 6th Street
9th Division
Fort Lauderdale, FL 33301
*TERMINATED: 10/15/2009*

**Jack A. Norris , Jr.**
Attorney General Office
Department of Legal Affairs
110 SE 6th Street
9th & 10th Floor Republic Tower
Fort Lauderdale, FL 33301
305-985-4780
*TERMINATED: 10/15/2009*

**Robert Ronald Julian**
Office of the Attorney General
110 SE 6 Street
10th Floor
Fort Lauderdale, FL 33301
(954)712-4600
Fax: (954)712-4658
Email: robert.julian@myfloridalegal.com
*TERMINATED: 10/15/2009*

**Plaintiff**

**Darrell V. McGraw, Jr.**               represented by   **Douglas L. Davis**
*Attorney General*                                         OFFICE OF ATTORNEY GENERAL
                                                           Consumer Protection Division
                                                           P. O. Box 1789
                                                           Charleston, WV 25326-1789
                                                           304/558-8986
                                                           Fax: 304/558-0184
                                                           Email: doug.davis@wvago.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Edward W Ciolko**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kimberly Stitzinger Jones**
OFFICE OF ATTORNEY GENERAL
Consumer Protection Division
P. O. Box 1789
Charleston, WV 25326-1789
304/558-8986
Fax: 304/558-0184
Email: ksj@wvago.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**West Virginia State of**          represented by   **Douglas L. Davis**
*ex rel*                                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Edward W Ciolko**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kimberly Stitzinger Jones**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Preston Givens**                  represented by   **Alan McQuarrie Mansfield**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Amanda R. Trask**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Edward W Ciolko**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Richard P. Rouco**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Prezola**                    represented by **Alan McQuarrie Mansfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda R. Trask**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn W. Madden**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Orr**                          represented by **Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Peralta**                  represented by **Christopher A. Seeger**
*on behalf of themselves and others*          Seeger Weiss LLP
*similarly situated*                          One William Street
New York, NY 10004
(212) 584-0700
Fax: (212) 584-0799

Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Mills Arbogast**
Arbogast Bowen LLP
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
310-477-7200
Fax: 310-943-2309
Email: david@arbogastbowen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diogenes P. Kekatos**
Seeger Weiss LLP
77 Water Street
26th Floor
New York, NY 10005
(212) 584-0700
Email: dkekatos@seegerweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Mark Moore**
Spiro Moore LLP
11377 W Olympic Boulevard
5th Floor
Los Angeles, CA 90064
(310) 235-2468
Fax: (310) 235-2456
Email: mark@spiromoore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K Berns**
Berns Weiss LLP
20700 Ventura Boulevard
Suite 140
Woodland Hills, CA 91364
(818)961-2000
Fax: (81)936-0232
Email: jberns@law111.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennie Lee Anderson**
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
(415) 986-1400
Fax: (415) 986-1474
Email: jennie@andrusanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger Weiss LLP
0960 Wilshire Boulevard
Los Angeles, CA 90024
(310) 477-2244
Email: jshub@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Erin Andrus**
Andrus Anderson LLP
155 Montgomery Street, Ste 900
San Francisco, CA 94104
415-986-1400
Fax: 415-986-1474
Email: lori@andrusanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Ira Spiro**
Spiro Moore LLP
11377 West Olympic Boulevard
5th Floor
Los Angeles, CA 90064
(310)235-2468
Fax: (310)235-2456
Email: ira@spiromoore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TerriAnne Benedetto**
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Fax: (215)851-8029
Email: tbenedetto@seegerweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chumahan Benjamin Bowen**
Arbogast & Berns
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA 91367
(310) 775-5169
Fax: (818) 936-0232
Email: cbowen@law111.com
*ATTORNEY TO BE NOTICED*

**Sang J Park**
Spiro Moss LLP
11377 West Olympic Boulevard, 5th Floor
Los Angeles, CA 90064
(310) 235-2468
Fax: (310) 235-2456
Email: sangjpark@gmail.com
*TERMINATED: 03/23/2012*
*ATTORNEY TO BE NOTICED*

**Steven Michael Bronson**
Smoger & Associates PC
3175 Monterey Boulevard
Oakland, CA 94602-3560
(510)531-4529
Fax: (510)531-4377
Email: steven.bronson@gmail.com
*ATTORNEY TO BE NOTICED*

**Thomas Joseph O'Reardon , II**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619)338-1100
Fax: (619)338-1101
Email: toreardon@bholaw.com
*ATTORNEY TO BE NOTICED*

**Timothy Gordon Blood**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619)338-1100
Fax: (619)338-1101

Email: tblood@bholaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven S. Bigverdi**            represented by    **Christopher A. Seeger**
*on behalf of themselves and others*               (See above for address)
*similarly situated*                               *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Diogenes P. Kekatos**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Edward W Ciolko**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **J Mark Moore**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jeffrey K Berns**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennie Lee Anderson**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jonathan Shub**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Lori Erin Andrus**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Robert Ira Spiro**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Moscoso**                    represented by   **Christopher A. Seeger**
*on behalf of themselves and others*                  (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Diogenes P. Kekatos**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Edward W Ciolko**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **J Mark Moore**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jeffrey K Berns**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jennie Lee Anderson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jonathan Shub**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lori Erin Andrus**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert Ira Spiro**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Countrywide Financial Corporation**                 represented by   **Brooks R. Brown**
Goodwin Procter LLP
601 S. Figueroa Street
41st Floor
Los Angeles, CA 90017
213.426.2500
Fax: 213.623.1673
Email: bbrown@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron E. Leet**
Wyatt, Tarrant & Combs, LLP
500 W. Jefferson Street
2500 PNC Plaza
Louisville, KY 40202
502-562-7354
Fax: 502-589-0309
Email: bleet@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
Goodwin Procter, LLP
53 State Street
Boston, MA 02109
(617) 570-1348
Fax: (617) 523-1231
Email: CAzuero@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Tyson Gorman**
Wyatt, Tarrant & Combs LLP
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202
502-562-7332
Fax: 502-589-0309
Email: tgorman@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432
(202)346-4000

Fax: (202)346-4444
Email: dpermut@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Forrest A Hainline , III**
Goodwin Procter
Three Embarcadero Center
24th Floor
San Francisco, CA 94111
(415)733-6000
Fax: (415)677-9041
Email: fhainline@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
Goodwin Procter
10250 Constellation Boulevard
21st Floor
Los Angeles, CA 90067
310-788-5100
Email: jhan@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001
(202)346-4000
Fax: (202) 326-4444
Email: mgreen@goodwinprocter.com
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109-2802
(617) 570-1000
Fax: (617) 523-1231
Email:
MLindenbaum@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Matthew S. Sheldon**
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC 20001-4432
(202) 346-4000
Email: msheldon@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
O'Melveny and Myers LLP
400 South Hope Street
Suite 1500
Los Angeles, CA 90071-2899
(213)430-6430
Fax: (213)430-6407
Email: pmcnamara@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
Goodwin Procter
3 Embarcadero Center
24th Floor
San Francisco, CA 94111
(415)733-6055
Fax: (415)677-9041
Email: rbader@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001-4432
(202)346-4000
Fax: (202) 346-4444
Email: SRoseSmith@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001
(202)346-4182

Fax: (202)346-4444
Email: spullman@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202)346-4000
Fax: (202)346-4444
Email: thefferon@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
Goodwin Procter LLP
4365 Executive Drive
Suite 300
San Diego, CA 92121
(858) 202-2700
Fax: (858) 457-1255
Email: anorris@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Daniel L. FitzMaurice**
Day Pitney LLP-Htfd-CT
242 Trumbull St.
Hartford, CT 06103-1212
860-275-0100
Fax: 860-275-0343
Email: dfitzmaurice@daypitney.com
*TERMINATED: 04/02/2009*

**David I Hurwitz**
O'Melveny and Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(213)430-6000
Fax: (213)430-6407
Email: dhurwitz@omm.com
*TERMINATED: 03/24/2009*

**Erick M. Sandler**
Day Pitney LLP-Htfd-CT
242 Trumbull St.
Hartford, CT 06103-1212
860-275-0138

Fax: 860-275-0343
Email: emsandler@daypitney.com
*TERMINATED: 04/02/2009*

**Jeffrey D. Fox**
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001
(202) 346-4000
Fax: (202)346-4444
Email: jfox@goodwinprocter.com
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Stanley A. Twardy , Jr.**
Day Pitney LLP-Stmfd-CT
One Canterbury Green
Stamford, CT 06901-2047
203-977-7368
Fax: 203-977-7301
Email: satwardy@daypitney.com
*TERMINATED: 04/02/2009*

**Defendant**

**Countrywide Home Loans Inc**                represented by **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron E. Leet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Tyson Gorman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Forrest A Hainline , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel L. FitzMaurice**
(See above for address)
*TERMINATED: 04/02/2009*

**David I Hurwitz**
(See above for address)
*TERMINATED: 03/24/2009*

**Erick M. Sandler**
(See above for address)
*TERMINATED: 04/02/2009*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Stanley A. Twardy , Jr.**
(See above for address)
*TERMINATED: 04/02/2009*

**Defendant**

**Full Spectrum Lending Inc**            represented by   **Brian D. Boyle**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202)383-5300
Fax: (202)383-5414
Email: bboyle@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carrie Goodwin Fenwick**
GOODWIN & GOODWIN
P. O. Box 2107

Charleston, WV 25328-2107
304/346-7000
Fax: 304/344-9692
Email: cgf@goodwingoodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Shors**
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202)383-5373
Fax: (202)383-5414
Email: mshors@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan C. Wittemeier**
GOODWIN & GOODWIN
P. O. Box 2107
Charleston, WV 25328-2107
304/346-7000

Fax: 344-9692
Email: scw@goodwingoodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M. Riordan**
O'Melveny & Myers LLP
400 S Hope Street
15th Floor
Los Angeles, CA 90071
(213)430-6000
Fax: (213)430-6407
Email: triordan@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*TERMINATED: 03/24/2009*

**John H. Beisner**
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202)371-7410
Fax: (202)393-5760
Email: John.Beisner@skadden.com
*TERMINATED: 05/22/2009*

**Defendant**

**Countrywide Financial Corporation**          represented by   **Andrew John Schaefer**
*a Delaware corporation*                                        Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Boyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carrie Goodwin Fenwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D Catalano PHV**
O'Melveny & Myers LLP - Was/DC
1625 Eye Street NW Suite 10
Washington, DC 20006-4001
202-383-5300
Fax: 202-383-5414
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher William Kammerer**
Gunster Yoakley & Stewart
777 S Flagler Drive
Suite 500 E
West Palm Beach, FL 33401-6194
561-655-1980
Email: ckammerer@gunster.com
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dara Janan Garel**
Gunster Yoakley & Stewart
450 E Las Olas Blvd
Suite 1400
Fort Lauderdale, FL 33301
954-712-1497
Fax: 954-523-1722
Email: dgarel@gunster.com
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Cole**
Perkins Coie LLP
131 S. Dearborn St.
Suite 1700
Chicago, IL 60603
(312) 520-3231

Email:
courtnotification@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George S. LeMieux**
Gunster Yoakley & Stewart
500 E Broward Boulevard
Suite 1400 PO Box 14636
Fort Lauderdale, FL 33302-4636
954-468-1352
Fax: 523-1722
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Mariani**
Gunster Yoakley & Stewart
777 S Flagler Drive
Suite 500 E
West Palm Beach, FL 33401-6194
561-650-0600
Fax: 561-655-5677
Email: jmariani@gunster.com
*TERMINATED: 03/11/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Ann Conahan**
Gunster Yoakley & Stewart
450 East Las Olas Boulevard
Suite 1400 PO Box 14636
Fort Lauderdale, FL 33301
954-468-1370
Fax: 954-523-1722
Email: lconahan@gunster.com
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Shors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott M Edson PHV**
O'Melveny & Myers LLP - Was/DC
1625 Eye Street NW Suite 10
Washington, DC 20006-4001
202-383-5300
Fax: 202-383-5414
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan C. Wittemeier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M. Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J Filer**
Foster Pepper And Shefelman
1111 Third Avenue
Suite 3400
Seattle, WA, WA 98101
(206)447-2904
Fax: (206)447-9700
Email: FileT@Foster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyrone C. Fahner**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*TERMINATED: 03/24/2009*

**Jeffrey C McDermott**
Krieg DeVault LLP - Ind/IN
One Indiana Square Suite 2800
Indianapolis, IN 46204-2079
317-238-6228
Fax: 317-636-1507
Email: jmcdermott@kdlegal.com
*TERMINATED: 08/14/2009*

**John H. Beisner**
(See above for address)
*TERMINATED: 05/22/2009*

**Libby Y Mote**
Krieg DeVault LLP - Ind/IN
One Indiana Square Suite 2800
Indianapolis, IN 46204-2079
317-238-6282
Fax: 317-636-1507
Email: lmote@kdlegal.com

*TERMINATED: 08/14/2009*

**Defendant**

**Countrywide Home Loans Servicing LP**          represented by   **Andrew John Schaefer**
*a Texas partnership*                                            (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Brian D. Boyle**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Carrie Goodwin Fenwick**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David K. Cole**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Matthew M. Shors**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Paul G McNamara**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Susan C. Wittemeier**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Tyrone C. Fahner**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Daniel L. FitzMaurice**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/02/2009*

                                                                 **David I Hurwitz**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/24/2009*

**Erick M. Sandler**
(See above for address)
*TERMINATED: 04/02/2009*

**John H. Beisner**
(See above for address)
*TERMINATED: 05/22/2009*

**Stanley A. Twardy , Jr.**
(See above for address)
*TERMINATED: 04/02/2009*

**Defendant**

**Countrywide Home Loans Inc.**                represented by   **Andrew John Schaefer**
*a New York corporation*                                        (See above for address)
*doing business as*                                             *LEAD ATTORNEY*
Full Spectrum Lending                                           *ATTORNEY TO BE NOTICED*

                                                               **Brian D. Boyle**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Brooks R. Brown**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Carrie Goodwin Fenwick**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Catalina E. Azuero**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Christopher D Catalano PHV**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Christopher William Kammerer**
                                                               (See above for address)
                                                               *TERMINATED: 03/14/2011*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Dara Janan Garel**
(See above for address)
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George S. LeMieux**
(See above for address)
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Mariani**
(See above for address)
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Ann Conahan**
(See above for address)
*TERMINATED: 03/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Shors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott M Edson PHV**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan C. Wittemeier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M. Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J Filer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyrone C. Fahner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*TERMINATED: 03/24/2009*

**Jeffrey C McDermott**
(See above for address)
*TERMINATED: 08/14/2009*

**John H. Beisner**
(See above for address)
*TERMINATED: 05/22/2009*

**Libby Y Mote**
(See above for address)
*TERMINATED: 08/14/2009*

**Robert B Bader**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Full Spectrum Lending**                  represented by   **Andrew John Schaefer**
*a California corporation formerly doing*                    (See above for address)
*business in Illinois*                                       *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Catalina E. Azuero**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David K. Cole**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David L. Permut**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew G. Lindenbaum**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew S. Sheldon**
                                                            (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyrone C. Fahner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooks R. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Angelo Mozilo**                    represented by   **Andrew John Schaefer**
*individually and in his capacity as Chief*          (See above for address)
*Executive Officer of defendant*                     *LEAD ATTORNEY*
*Countrywide Financial Corporation*                  *ATTORNEY TO BE NOTICED*

**Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carrie Goodwin Fenwick**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Siegel**
Irell and Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310)277-1010
Fax: (310)203-7199
Email: dsiegel@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Mittleman**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Email: hmittleman@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Holly Lynn Gershow**
Irell & Mandella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310)203-7062
Fax: (310)203-7199
Email: hgershow@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M Rodin**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900

Los Angeles, CA 90067
(310) 203-7924
Fax: (310) 203-7199
Email: jrodin@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth R Heitz**
Irell and Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310)203-7980
Fax: (310)203-1099
Email: kheitz@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M. Shors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Louis Jackson**
Irell & Mandella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310)203-7081
Fax: (310)203-7199
Email: rjackson@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan C. Wittemeier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyrone C. Fahner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loren Harley Cohen**
Mitrani, Rynor, Adamsky & Toland, P.A

2200 SunTrust International Center
One SE 3rd Avenue
Miami, FL 33131
305-358-0050
Fax: 358-0550
Email: lcohen@mitrani.com
*TERMINATED: 11/02/2009*

**Defendant**

**Bank of America Corp**                    represented by    **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*TERMINATED: 03/24/2009*

<u>**Defendant**</u>

**Countrywide Bank FSB**              represented by   **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Defendant**

**David Sambol**
*an individual*

represented by **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Torpey**
Orrick Herrington & Sutcliffe
Orrick Building
405 Howard Street
San Francisco, CA 94105
(415)773-5700
Fax: (415)773-5759
Email: mtorpey@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Rae Davis**
Gray Cary Ware & Freidenrich
153 Townsend Street
Suite 800
San Francisco, CA 94107
(415)836-2500
Email: pdavis@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank Of America**
*a Delaware Corporation*

represented by **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*TERMINATED: 10/27/2011*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Defendant**

**Carlos Garcia**                represented by   **Brooks R. Brown**
*an individual*                                   (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **David I Hurwitz**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Francisca M Mok**
                                                  Reed Smith LLP
                                                  1901 Avenue of the Stars, Suite 700
                                                  Los Angeles, CA 90067
                                                  (310) 734-5200
                                                  Fax: (310) 734-5299
                                                  Email: fmok@reedsmith.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Paul G McNamara**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Stanford Kurland**             represented by   **Brooks R. Brown**
*an individual*                                   (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Christopher G Caldwell**
Caldwell Leslie & Proctor
1000 Wilshire Boulevard
Suite 600
Los Angeles, CA 90017
(213)629-9040
Fax: (213)629-9022
Email: caldwell@caldwell-leslie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROES 1-500, inclusive**

**Defendant**

**Does 1-200**

**Defendant**

**Countrywide Bank, N.A.**          represented by **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron E. Leet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Tyson Gorman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Forrest A Hainline , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jeffrey D. Fox
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Defendant**

**Countrywide Tax Services Corp.**          represented by   **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron E. Leet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Tyson Gorman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LandSafe Appraisal Services, Inc.**          represented by   **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LandSafe Credit, Inc.**                represented by  **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LandSafe Flood Determination, Inc.**   represented by  **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)

*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LandSafe, Inc.**                represented by  **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catalina E. Azuero**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jung W Han**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria B. Green**
(See above for address)
*TERMINATED: 09/09/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Sheldon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Bader**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabrina M. Rose-Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sallie F. Pullman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Fox**
(See above for address)
*TERMINATED: 04/06/2010*
*PRO HAC VICE*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1 - 20**

**Defendant**

**Countrywide KB Home Loans, LLC**        represented by **Brooks R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew G. Lindenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alison M. Norris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hefferon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**                represented by   **Brooks R. Brown**
*formerly known as*                                             (See above for address)
Americas Wholesale Lender                                       *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Catalina E. Azuero**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David L. Permut**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew G. Lindenbaum**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew S. Sheldon**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert B Bader**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Thomas Hefferon**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2008 | 1 | Transfer Order, MDL No. 1988; Lead Case: 3:08-md-01988-DMS-LSP, Associated Cases: 3:08-cv-01313-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01903-DMS-LSP CC: MDL Panel(kaj) (Entered: 10/22/2008) |
| 10/17/2008 | 2 | NOTICE of Order Setting Initial Conference docketed in member cases 08cv1888-DMS(LSP), 08cv1313-DMS(LSP), 08cv1348-DMS(LSP), |

|  |  | 08cv1903-DMS(LSP) CC: MDL Panel(All non-registered users served via U.S. Mail Service).(kaj) (Entered: 10/23/2008) |
|---|---|---|
| 10/24/2008 | 3 | NOTICE of Appearance by Peter A. Muhic on behalf of Symone Leyvas, June Harding Brown, John Leyvas (Meltzer, Joseph)(lao). Contacted Attny re wrong s/signature and CM/ECF registration (Entered: 10/24/2008) |
| 10/24/2008 | 4 | Joint MOTION to Appoint Counsel *as Co-Lead Interim Class Counsel* by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Roy V. Hursh, Symone Leyvas, June Harding Brown, John Leyvas. (Attachments: # 1 Exhibit Exhibit Index and Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Proof of Service Proof of Service)(Mansfield, Alan) (lao). (Entered: 10/24/2008) |
| 10/27/2008 | 5 | Joint MOTION to Dismiss *Defendants Countrywide Financial Corporation, Countrywide Home Loans Inc. and Full Spectrum Lending Inc. (case no. 08 cv 1968)* by People of the State of California. (Attachments: # 1 Memo of Points and Authorities In Support of Joint Ex Parte Motion to Dismiss Countrywide Financial Corporation, Countrywide Home Loans Inc. and Full Spectrum Lending Inc., # 2 Declaration of Benjamin Diehl In Support of Joint Ex Parte Motion, # 3 Declaration of John Beisner in Support of Joint Ex Parte Motion to Dismiss, # 4 Proof of Service for Joint Ex Parte Motion to Dismiss)(Diehl, Benjamin) (lao). (Entered: 10/27/2008) |
| 10/27/2008 | 6 | Notice of letter addressed to MDL Panel re existence of potential tag-along actions (kaj) (Entered: 10/28/2008) |
| 10/28/2008 | 🔒 | (Court only) Set/Reset Hearings: Telephonic Status Conference set for 10/29/2008 02:45 PM in Courtroom 10 before Judge Dana M. Sabraw. Associated Cases: 3:08-md-01988-DMS-LSP et al.(jak) (Entered: 10/28/2008) |
| 10/28/2008 | 🔒 | (Court only) Set/Reset Hearings: Status Conference set for 10/29/2008 02:45 PM in Courtroom 10 before Judge Dana M. Sabraw. (jak) (Entered: 10/28/2008) |
| 10/29/2008 | 7 | DECLARATION *of Benjamin G. Diehl in Support of Joint Ex Parte Motion to Dismiss Defendants Countrywide Financial Corporation, Countrywide Home Loans Inc. and Full Spectrum Lending Inc. (resubmitted to include exhibits) (relating only to case 08-cv-1968)* by Plaintiff People of the State of California. (Attachments: # 1 Exhibit 1 To Declaration of Benjamin G. Diehl, # 2 Exhibit 2 to Declaration of Benjamin Diehl, # 3 Exhibit 3 to Declaration of Benjamin Diehl, # 4 Exhibit 4 to Declaration of Benjamin Diehl, # 5 Proof of Service of Declaration of Benjamin Diehl (resubmitted to include exhibits))(Diehl, Benjamin) (lao). (Entered: 10/29/2008) |
| 10/29/2008 | 8 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 10/29/2008. Magistrate Judge Papas also participated. Court to issue order. (Court Reporter LeeAnn Pence). (Plaintiff Attorneys: Michael J Aguirre, Edward W Ciolko, Benjamin G Diehl, Susan N Ellis, Mark K Gray, David J Karlin, Alan M Mansfield, Peter Muhic, Joseph J Rego, Nicholas Roth, Joseph Strom, Joe R Whatley). |

| | | |
|---|---|---|
| | | (Defendant Attorneys: John Beisner, Brooks R Brown, Pamela R Davis, Andrew Esbenshade, Thomas Hefferon, Paul G McNamara, Joshua M Rodin, David Siegel, Lisa Stone ). Associated Cases: 3:08-md-01988-DMS-LSP et al. (jak) (Entered: 10/30/2008) |
| 10/29/2008 | 13 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Status Conference held on 10/29/2008Associated Cases: 3:08-md-01988-DMS-LSP et al. CC: MDL Panel(jmy) (Entered: 10/31/2008) |
| 10/30/2008 | 9 | MINUTE ORDER: (Telephonic Settlement Conference set for 10/30/2008 11:00 AM before Magistrate Judge Leo S. Papas. Telephonic Settlement Conference set for 10/30/2008 01:30 PM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 10/30/08. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01903-DMS-LSP, 3:08-cv-01968-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (av1). (Entered: 10/30/2008) |
| 10/30/2008 | 12 | ORDER Following Status Conference. A telephonic status conference was held on 10/29/08. (The States Attorney Generals shall file their Motions to Remand by 11/21/08. Oppositions due by 12/05/08. Reply briefs due by 12/12/08. Motion hearing set for 12/19/2008 1:30 PM in courtroom 10 before Judge Dana M. Sabraw.) The Court grants 4 the Application for Appointment of Whatley Drake and Schiffrin Barroway as Co-Lead Interim Class Counsel, the Strom Law Firm, Eyster Key, and Franklin, Gray & White as members of Plaintiffs' Steering Committee, and Alan M. Mansfield of Rosner and Mansfield as Liaison Counsel. The class action plaintiffs shall file their Consolidated Amended Complaint on or before 11/21/08. (Defendants shall file their Motion to Dismiss the Complaint on or before 12/22/08. Opposition due by 01/19/09. Reply briefs due by 01/19/09. Motion hearing set for 01/30/2009 1:30 PM in courtroom 10 before Judge Dana M. Sabraw. Telephonic Status Conference set for 12/4/2008 02:30 PM before Judge Dana M. Sabraw.) Counsel shall submit status reports to the Court on or before December 1, 2008. Signed by Judge Dana M. Sabraw on 10/30/08. Associated Cases: 3:08-md-01988-DMS-LSP et al. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (av1). (Entered: 10/30/2008) |
| 10/30/2008 | 🔒 | (Court only) Set/Reset Deadlines: Opposition to Motion to Dismiss due by 1/09/2009; Reply Briefs due by 1/19/2009. Associated Cases: 3:08-md-01988-DMS-LSP et al.(lao) (Entered: 10/30/2008) |
| 11/03/2008 | 14 | MINUTE ORDER: (Settlement Conference set for 12/2/2008 02:00 PM before Magistrate Judge Leo S. Papas involving claims made in the civil prosecution actions that have been initiated by government entities.) Signed by Magistrate Judge Leo S. Papas on 11/3/08. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01903-DMS-LSP, 3:08-cv-01968-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao)(av1). (Entered: 11/03/2008) |
| 11/06/2008 | 15 | NOTICE OF MASTER SERVICE LIST by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Roy V. Hursh, Symone Leyvas, June Harding Brown, John Leyvas (Attachments: # 1 Proof of |

| | | |
|---|---|---|
| | | Service)(Mansfield, Alan)(lao). (Entered: 11/06/2008) |
| 11/07/2008 | 19 | Conditional Transfer Order from the MDL Panel re Transfer of Case 08cv1301 from the District of Connecticut CC: MDL Panel(All non-registered users served via U.S. Mail Service).(kaj) (Entered: 11/17/2008) |
| 11/10/2008 | 16 | MINUTE ORDER: (Telephonic Settlement Conference set for 11/12/2008 01:30 PM before Magistrate Judge Leo S. Papas with regard to the State of Illinois and State of California cases. Telephonic Settlement Conference set for 11/12/2008 02:30 PM before Magistrate Judge Leo S. Papas with regard to the State of California cases.) Signed by Magistrate Judge Leo S. Papas. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01903-DMS-LSP, 3:08-cv-01968-DMS-LSP CC: MDL Panel. (All non-registered users served via U.S. Mail Service).(lao) (Additional attachment(s) added on 11/12/2008: # 1 Main Document) (lao). (kaj). (Entered: 11/12/2008) |
| 11/12/2008 | 17 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 11/12/2008Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01903-DMS-LSP, 3:08-cv-01968-DMS-LSP CC: MDL Panel(jmy) (Entered: 11/13/2008) |
| 11/12/2008 | 18 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 11/12/2008Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01968-DMS-LSP CC: MDL Panel(jmy) (Entered: 11/13/2008) |
| 11/17/2008 | 20 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 11/17/2008Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP CC: MDL Panel(jmy) (Entered: 11/19/2008) |
| 11/21/2008 | 21 | MINUTE ORDER: The date and time of the Settlement Conference on December 2, 2008, at 2 PM is Vacated. Signed by Magistrate Judge Leo S. Papas on 11/21/08. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01348-DMS-LSP, 3:08-cv-01903-DMS-LSP, 3:08-cv-01968-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (av1). (Entered: 11/21/2008) |
| 11/21/2008 | 22 | MOTION to Appoint Counsel *for Buckley v. Countrywide* by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Roy V. Hursh, Howard Pitkin, Symone Leyvas, June Harding Brown, John Leyvas. (Attachments: # 1 Declaration of Joe Whatley, # 2 Proof of Service) (Mansfield, Alan) Missing Notice of Motion, no separately captioned memorandum of points and authorities (lao). Contacted Attny re s/signature (Entered: 11/21/2008) |
| 11/21/2008 | 23 | AMENDED COMPLAINT with Jury Demand against Countrywide Bank, N.A., Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Servicing LP, Countrywide Home Loans Inc., Full Spectrum |

| | | |
|---|---|---|
| | | Lending, Angelo Mozilo, Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, David Sambol, Countrywide Home Loans Inc, Bank Of America, Carlos Garcia, Stanford Kurland, Full Spectrum Lending Inc, ROES 1-500, inclusive, Does 1-200, filed by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Roy V. Hursh, Howard Pitkin, Symone Leyvas, June Harding Brown, John Leyvas. (Attachments: # 1 Proof of Service)(Mansfield, Alan) wrong s/ signature; no signature on proof of service (lao). (Entered: 11/21/2008) |
| 11/21/2008 | 🔒 | (Court only) Set/Reset Deadlines as to 22 MOTION to Appoint Counsel *for Buckley v. Countrywide*. Motion Hearing set for 12/19/2008 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 11/24/2008) |
| 11/24/2008 | 25 | NOTICE of Document filed with the Judicial Panel on Multidistrict Litigation: Notice of No Opposition by Washington Plaintiffs, Randall D. Buckley and June Taylor, to Transfer t/w Proof of Service (kaj) (Entered: 11/25/2008) |
| 11/25/2008 | 24 | ORDER Continuing Hearing Date on Motion to Remand. Plaintiffs shall file their Motion to Remand on or before 01/09/09. (Oppositions due by 1/23/2009, Reply due by 1/30/2009. The Motion to Remand this case shall be continued to 02/06/2009 1:30 PM in courtroom 10 before Judge Dana M. Sabraw. Signed by Judge Dana M. Sabraw on 11/21/08. Associated Cases: 3:08-md-01988-DMS-LSP et al. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (av1). (Entered: 11/25/2008) |
| 12/03/2008 | 61 | Conditional Transfer Order from the MDL Panel re Transfer of Case 08cv1200 from Western Dist of WA; case opened in Southern Dist of CA as 09cv0064-DMS(LSP) (kaj) (Entered: 01/15/2009) |
| 12/04/2008 | 27 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 12/4/2008. (Court Reporter LeeAnn Pence).Associated Cases: 3:08-md-01988-DMS-LSP et al.(jak) (Entered: 12/08/2008) |
| 12/05/2008 | 26 | ORDER granting 22 Motion to Appoint Counsel for Buckley v. Countrywide. The Court hereby appoints Hagens Berman and Tousley Brain to represent the plaintiffs in Buckley v Countrywide Home Loans, Inc. Signed by Judge Dana M. Sabraw on 12/4/08. (All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/05/2008) |
| 12/08/2008 | 28 | ORDER Following Status Conference. A Telephonic Status Conference was held on 12/04/08. (Telephonic Status Conference set for 1/15/2009 02:30 PM before Judge Dana M. Sabraw. Counsel shall submit Status Reports to the Court's e-mail address by 01/12/09 at 4:30PM.)(19 in 3:08-cv-01348-DMS-LSP)(63 in 3:08-cv-01903-DMS-LSP)(78 in 3:08-cv-01968-DMS-LSP) Counsel may appear telephonically at the Motion Hearings. (Motion for Remand Hearing set for 12/19/08 1:30PM before Judge Dana M. Sabraw. Oppositions due by 12/10/2008. Reply Briefs due by 12/15/2008, at 12:00 noon.) (Motion to Dismiss Consolidated class action Complaint hearing set for 01/30/09 1:30 PM before Judge Dana M. Sabraw.) Dismissal |

| | | |
|---|---|---|
| | | of case 08cv1348 shall be filed by 12/17/08. Counsel shall contact the Court on or before 12/08/08, to set a motions hearing date in Buckley. Counsel in the Hursh case shall contact Judge Papas's chambers to schedule a Settlement Conference. Signed by Judge Dana M. Sabraw on 12/5/08. Associated Cases: 3:08-md-01988-DMS-LSP et al. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/08/2008) |
| 12/08/2008 | 29 | ORDER setting Hearing Date and Briefing Schedule. (Opposition due by 1/26/2009, Reply due by 2/2/2009. Motion to Dismiss the Buckley Complaint Hearing set for 2/6/2009 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) Counsel indicated they are working to resolve the motion regarding communication with class members. Absent resolution, that motion shall be filed on 12/22/08. (Opposition due by 1/26/2009, Reply due by 2/02/2009. Motion Hearing re communication with class members set for 2/6/2009 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 12/8/08. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) Modified text on 12/9/2008 to include motion due date (lao). (Entered: 12/08/2008) |
| 12/09/2008 | 30 | MINUTE ORDER: (Telephonic Settlement Conference set for 12/18/2008 10:30 AM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 12/9/08. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01313-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/11/2008) |
| 12/12/2008 | 31 | PRO HAC VICE Application and ORDER: Attorney Maria B. Green appearing for Defendants Countrywide Bank, N.A., Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. Signed by Judge Dana M. Sabraw on 12/11/08. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/12/2008) |
| 12/12/2008 | 42 | NOTICE of document filed with the Judicial Panel on Multidistrict Litigation: Countrywide's Memorandum in Response to Indiana and West Virginia's Motions to Vacate Conditional Transfer Order (CTO-1) (kaj) (Entered: 12/16/2008) |
| 12/15/2008 | 32 | SUPPLEMENTAL REPLY re 28 Order, Set Hearings, Set Motion and R&R Deadlines/Hearings,,,,,,,,,,,, *Supplemental Reply to Defendant Mozilo's Supplemental Opposition to Plaintiff's Motion to Remand* filed by People of the State of California. (Attachments: # 1 Proof of Service Supplemental Reply to Defendant Mozilo's Supplemental Opposition to Plaintiff's Motion to Remand)(Hoos, Linda) Modified text on 12/16/2008 to reflect supplemental (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 33 | NOTICE by Angelo Mozilo *of Supplemental Opposition to Remand Motions* (Gershow, Holly) (lao). (Entered: 12/15/2008) |

| | | |
|---|---|---|
| 12/15/2008 | 34 | MOTION to Remand filed as NOTICE by People of the State of Illinois, The re 12 Order, Terminate Motions, Set Hearings, Set Motion and R&R Deadlines/Hearings,,,,,,,,,,,,,,,,,,,, *Motion to Remand* (Spicer, Veronica) no hearing date and time; no memorandum of points and authorities; Modified text on 12/18/2008 to reflect document type (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 35 | NOTICE by People of the State of Illinois, The re 34 Notice (Other) *Memorandum of Points and Authorities in Support of Motion to Remand* (Spicer, Veronica) document should be an attachment (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 36 | REPLY filed as NOTICE by People of the State of Illinois, The re 35 Notice (Other), 34 Notice (Other) *Reply in Support of Motion to Remand* (Spicer, Veronica) Modified text on 12/18/2008 to reflect document type (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 37 | Amended MOTION to Remand by People of the State of California. (Attachments: # 1 Proof of Service California Attorney General's Amended Notice of Motion and Motion to Remand)(Hoos, Linda) document not timely with hearing; Contacted Attny re separately captioned memorandum of points and authorities (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 38 | Joint MOTION to Dismiss by People of the State of California. (Attachments: # 1 Proof of Service Marianne Troxell)(Karlin, David) (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 39 | AMENDED CERTIFICATE OF SERVICE filed as DECLARATION re 32 Reply, *Amended Certificate of Service for Supplemental Reply* by Plaintiff People of the State of California. (Hoos, Linda) Modified text on 12/18/2008 to reflect document type (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 40 | NOTICE of Appearance by Thomas Eric Loeser on behalf of Randall Buckley, June Taylor (Loeser, Thomas) (lao). (Entered: 12/15/2008) |
| 12/15/2008 | 🔒 | (Court only) Set/Reset Deadlines as to 37 Amended MOTION to Remand. (Motion Hearing set for 12/19/2008 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) (lao) (Entered: 12/18/2008) |
| 12/16/2008 | 41 | NOTICE by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Bank of America Corp, Countrywide Home Loans Inc, Full Spectrum Lending Inc / *Joint Notice of Corporate Defendants and State of Connecticut Concerning Settlement Status* (Attachments: # 1 Proof of Service)(McNamara, Paul) (lao). (Entered: 12/16/2008) |
| 12/16/2008 | 43 | ORDER of Dismissal re 38 Joint Motion to Dismiss. It is hereby Ordered that the matter of the People of the State of California v Countrywide Financial Corporation, et al., 08cv1348-DMS (LSP), be dismissed with prejudice. Each party is to bear its own costs and fees. Signed by Judge Dana M. Sabraw on 12/16/08. (All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/16/2008) |
| 12/16/2008 | 44 | ORDER granting 5 Joint Ex Parte Motion to Dismiss Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Full Spectrum Lending, Inc. Defendants Countrywide Financial Corporation |

| | | and Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. are dismissed from this action. This action remains pending against all other Defendants. Signed by Judge Dana M. Sabraw on 12/16/08. (All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/16/2008) |
|---|---|---|
| 12/18/2008 | 45 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 12/18/2008Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01313-DMS-LSP CC: MDL Panel(jmy) (Entered: 12/18/2008) |
| 12/18/2008 | 46 | NOTICE by Angelo Mozilo *of Lodging* (Attachments: # 1 Exhibit Handout 1, # 2 Exhibit Handout 2, # 3 Exhibit Handout 3)(Gershow, Holly) no proof of service attached (lao). (Entered: 12/18/2008) |
| 12/18/2008 | 47 | MINUTE ORDER. Telephonic Settlement Conference was held on 12/18/08. (Telephonic Settlement Conference set for 1/15/2009 11:30 AM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 12/18/08. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(Plaintiff Attorney Joseph Rego).(Defendants Attorney Brooks Brown, Thomas Hefferon).(lao) (Entered: 12/18/2008) |
| 12/18/2008 | 48 | ORDER providing Tentative Ruling re Motions to Remand. The Court has reviewed the motions, opposition and reply briefs, and all supporting documents and the record on file herein, and in anticipation of the hearing, provides the following tentative ruling: (1) Plaintiffs' motions to remand are granted. (2) No further briefing on these issues is required, nor will the Court accept any further briefing at this time. Signed by Judge Dana M. Sabraw on 12/18/08. [(63) in case 3:08-cv-01903-DMS-LSP; (34) Motion to Remand; (37) Motion to Remand in case 3:08-md-01988-DMS-LSP; (78) Motion to Remand in case 3:08-cv-01968-DMS-LSP.] Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01903-DMS-LSP, 3:08-cv-01968-DMS-LSP(All non-registered users served via U.S. Mail Service).(lao) (Entered: 12/18/2008) |
| 12/19/2008 | 49 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Motion Hearing held on 12/19/2008 re Motions to remand. Motions taken under submission. Court to issue order. (Court Reporter LeeAnn Pence).(Attorneys appearing: Ken R Heitz, Holly Gershow, Angela Padilla, Pamela Davis, Kathrin Sears, Veronica Spicer. Appearing telephonically: Susan Ellis, Amanda Schlager Wick, Nicholas B Roth, Paul McNamara.) Associated Cases: 3:08-md-01988-DMS-LSP et al.(jak) (Entered: 12/19/2008) |
| 12/22/2008 | 50 | MOTION to Dismiss *Consolidated Class Action Complaint* by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Home Loans Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB. (Attachments: # 1 Memo of Points and Authorities in Support of Motion to Dismiss, # 2 Exhibits A-C to Memo of Points and Authorities)(Brown, Brooks) Motion exceeds page limit (lao). (Entered: 12/22/2008) |

| 12/22/2008 | 51 | DECLARATION re 50 MOTION to Dismiss *Consolidated Class Action Complaint (Declaration of Mariela Garcia in Support of Motion to Dismiss Consolidated Class Action Complaint)* by Defendants Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Countrywide Home Loans Inc., Bank of America Corp, Countrywide Bank FSB. (Attachments: # 1 Exhibits A-H to the Garcia Declaration, # 2 Exhibits I-P to the Garcia Declaration)(Brown, Brooks) document should have been attachment (lao). (Entered: 12/22/2008) |
| 12/22/2008 | 52 | Request for Judicial Notice filed as NOTICE by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc., Bank of America Corp, Countrywide Bank FSB re 50 MOTION to Dismiss *Consolidated Class Action Complaint (Defendants' Request for Judicial Notice in Support of Motion to Dismiss Consolidated Class Action Complaint)* (Attachments: # 1 Exhibits A-D to Request for Judicial Notice) (Brown, Brooks) Modified text on 1/7/2009 to reflect document type; document should have been attachment (lao). (Entered: 12/22/2008) |
| 12/22/2008 | 53 | NOTICE by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc., Bank of America Corp, Countrywide Bank FSB re 50 MOTION to Dismiss *Consolidated Class Action Complaint (Appendix of Unpublished Cases in Support of Motion to Dismiss Consolidated Class Action Complaint)* (Attachments: # 1 Tabs 1-6 to the Appendix, # 2 Tabs 7-18 to the Appendix)(Brown, Brooks) document should have been attachment (lao). (Entered: 12/22/2008) |
| 12/22/2008 | 🔒 | (Court only) Set/Reset Deadlines as to 50 MOTION to Dismiss *Consolidated Class Action Complaint*. Motion Hearing set for 1/30/2009 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 01/07/2009) |
| 12/23/2008 | 54 | ORDER granting 37 Plaintiff's Motion to Remand. The Court finds that neither 28 U.S.C. § 1331 nor 28 U.S.C. § 1334 provides a basis for this Court to exercise subject matter jurisdiction in this case. Accordingly, the Court grants Plaintiff's motion to remand. Signed by Judge Dana M. Sabraw on 12/23/08. (Civil Case 08cv1968-DMS-LSP)(All non-registered users served via U.S. Mail Service).(certified copy sent to Los Angeles Superior Ct) (lao) (Entered: 12/23/2008) |
| 12/23/2008 | 55 | NOTICE by Countrywide Bank, N.A., Countrywide Tax Services Corp., Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Servicing LP, Countrywide Home Loans Inc., Full Spectrum Lending, Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc, Bank Of America, Full Spectrum Lending Inc */ SECOND JOINT NOTICE OF CORPORATE DEFENDANTS AND STATE OF CONNECTICUT CONCERNING SETTLEMENT STATUS* (Attachments: # 1 Proof of Service)(McNamara, Paul) text should not be entered using all capitalization (lao). (Entered: |

| | | 12/23/2008) |
|---|---|---|
| 12/23/2008 | 🔒 | (Court only) ***Deadlines terminated as to Motion 37 to Remand. ORDER 54 filed on 12/23/08. Pending Reply and Response Deadlines as set on 10/30/08 by document 12 , on 11/25/08 by document 24 , and on 12/8/08 by document 28 - Terminated. (mjm) (Entered: 02/18/2010) |
| 12/30/2008 | 56 | ORDER Granting Plaintiff's Motion To Remand (Re Doc. 34 ): The Court grants Plaintiff's motion to remand. Pursuant to 28 U.S.C. Section 1446(c), the Clerk of Court shall provide a certified copy of this order to the clerk of the Circuit Court of Cook County, State of Illinois, County Department, Chancery Division. Signed by Judge Dana M. Sabraw on 12/30/2008. (Associated Case: 08cv1903-DMS-LSP; NEF cc: MDL Panel; per Order, certified copy of Order mailed to clerk of the Circuit Court of Cook County, State of Illinois, County Department, Chancery Division; all non-registered users served via U.S. Mail Service.) (mdc) (Entered: 12/31/2008) |
| 01/07/2009 | 57 | Joint MOTION to Dismiss *Without Prejudice Pursuant To Fed. R. Civ. P. 41* by Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc., Full Spectrum Lending Inc. (Brown, Brooks) (lao). (Entered: 01/07/2009) |
| 01/07/2009 | 58 | ORDER of Dismissal without Prejudice re 57 . It is Hereby Ordered that Hursh v. Countrywide Financial Corporation, et al., Case No. 3:08cv1313-DMS-LSP is dismissed as to all claims and all parties without prejudice, without the award of costs, attorneys' fees or expenses to Plaintiff and Defendants, and with Plaintiff and Defendants waiving all rights to appeal. Signed by Judge Dana M. Sabraw on 1/7/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 01/07/2009) |
| 01/09/2009 | 59 | RESPONSE in Opposition re 50 MOTION to Dismiss *Consolidated Class Action Complaint* filed by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Howard Pitkin, Randall Buckley, June Taylor, Symone Leyvas, June Harding Brown, John Leyvas. (Attachments: # 1 Appendix of Unpublished Cases, # 2 Exhibit 1-10 to Appendix, # 3 Exhibit 11-17 to Appendix, # 4 Exhibit 18-22 to Appendix, # 5 Proof of Service) (Mansfield, Alan) wrong s/signature on proof of service (lao). (Entered: 01/09/2009) |
| 01/09/2009 | 60 | NOTICE of Document filed with the MDL Panel (kaj) (Entered: 01/12/2009) |
| 01/15/2009 | 62 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Status Conference held on 1/15/2009 CC: MDL Panel(jmy) (Entered: 01/15/2009) |
| 01/15/2009 | 63 | ORDER Following Status Conference. A Telephonic status conference was held on 1/15/09. (Telephonic Status Conference set for 2/26/2009 02:30 PM before Judge Dana M. Sabraw.) Counsel in the Connecticut case shall file a joint motion for dismissal of that case on or before 02/25/09. Signed by Judge Dana M. Sabraw on 1/15/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 01/16/2009) |

| 01/15/2009 | 64 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Status Conference held on 1/15/2009. Further Status Conference set for 2/26/09 2:30 PM. (Court Reporter LeeAnn Pence).(Participating Attorneys: Amanda S Wick, Brooks R Brown, Tomas M Hefferon, Peter Muhic, Joseph J Rego, Kenneth R Heitz, Paul McNamara, Kim D Stephens, Joseph Weeden, Mark K Gray, Lili Sabo, Joe R Whatley). CC: MDL Panel (jak) (Entered: 01/16/2009) |
| 01/20/2009 | 65 | REPLY re 50 MOTION to Dismiss *Consolidated Class Action Complaint (In Further Support of)* filed by Countrywide Bank, N.A., Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc, Bank Of America. (Brown, Brooks) document exceeds page limit (lao). (Entered: 01/20/2009) |
| 01/20/2009 | 66 | Notice of Documents filed with the MDL Panel: Notice of Potential Tag-Along Action (Attachments: # 1 Response Letter, # 2 Certificate of Service)(kaj) (Entered: 01/21/2009) |
| 01/21/2009 | 67 | NOTICE of Appearance by Michael John Estok on behalf of Randall Buckley, June Taylor (Estok, Michael) (lao). (Entered: 01/21/2009) |
| 01/27/2009 | 68 | NOTICE of Appearance by Joseph H Meltzer on behalf of Symone Leyvas, June Harding Brown, John Leyvas (Meltzer, Joseph) contacted Attny re s/signature (lao). (Entered: 01/27/2009) |
| 01/27/2009 | 69 | NOTICE of Appearance by Donna Siegel Moffa on behalf of Symone Leyvas, June Harding Brown, John Leyvas (Moffa, Donna)(lao). (Entered: 01/27/2009) |
| 01/30/2009 | 70 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Motion Hearing held on 1/30/2009. Motions taken under submission. Court to issue order. (Court Reporter LeeAnn Pence).(Plaintiff Attorney Alan M Mansfield, Joseph H Meltzer, Donna Siegel Moffa, Joseph A Weeden, Joe R Whatley).(Defendant Attorney Brooks R Brown, Maria B Green (telephonically), Thomas Hefferon, Paul McNamara (telephonically).Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:08-cv-02110-DMS-LSP, 08-cv-1888-DMS-LSP. (jak) (Entered: 01/30/2009) |
| 02/02/2009 | 71 | NOTICE by Randall Buckley, June Taylor *of Buckley Plaintiffs' Opposition to Defendants' Motion to Dismiss (filed in member case)* (Attachments: # 1 Appendix of Unpublished Authorities and Washington Law)(Loeser, Thomas) (lao). (Entered: 02/02/2009) |
| 02/02/2009 | 72 | NOTICE by Randall Buckley, June Taylor *of Additional Authority re Buckley Plaintiffs' Opposition to Motion to Dismiss* (Attachments: # 1 Exhibit A)(Loeser, Thomas) supplemental documents require leave of Court (lao). (Entered: 02/02/2009) |
| 02/02/2009 | 73 | NOTICE of REPLY Memorandum in support of Motion to Dismiss Complaint filed by Countrywide Financial Corporation, Countrywide Home |

| | | |
|---|---|---|
| | | Loans Inc. (Attachments: # 1 Exhibits A-B)(Brown, Brooks) Modified text on 2/3/2009 to reflect document title per Attny (lao). (Entered: 02/02/2009) |
| 02/03/2009 | 74 | ORDER Re: Oral Argument. Defendants' motion to dismiss the Complaint is currently scheduled for hearing on 02/06/09. The Court has reviewed the motion, opposition and reply briefs, and all supporting documents and the record on file herein. Pending further court order, the Court finds the motion suitable for decision without oral argument. Accordingly, no appearances are required on 02/06/09. If the Court determines that argument or additional briefing would be helpful, it will issue an order to that effect. Signed by Judge Dana M. Sabraw on 2/3/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 02/03/2009) |
| 02/05/2009 | 75 | ORDER granting in part and denying in part 50 Motion to Dismiss. Plaintiffs shall file their First Amended CAC on or before March 6, 2009. If Plaintiffs' First Amended CAC fails to address the pleading deficiencies outlined above or otherwise fails to state a claim upon which relief can be granted, it will be dismissed with prejudice and without any further leave to amend. (Early Neutral Evaluation set for 3/25/2009 09:00 AM before Magistrate Judge Leo S. Papas.) Signed by Judge Dana M. Sabraw on 2/5/09. (All non-registered users served via U.S. Mail Service).(lao) (Entered: 02/05/2009) |
| 02/05/2009 | 🔒 | (Court only) ***Deadlines terminated as to Motion 50 to Dismiss Consolidated Class Action Complaint. ORDER 75 filed on 2/5/09. Pending Reply and Response Deadlines as set on 12/8/09 by document 29 - Terminated. (mjm) (Entered: 02/18/2010) |
| 02/10/2009 | 76 | NOTICE of Document from the MDL Panel: Transfer Order (certified copy of transfer order transmitted to each transferor court) (kaj) (Entered: 02/10/2009) |
| 02/24/2009 | 77 | Joint MOTION to Dismiss / By Corporate Defendants and State Of Connecticut by Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Servicing LP, Countrywide Home Loans Inc. (Attachments: # 1 Proof of Service)(Hurwitz, David) (lao). (Entered: 02/24/2009) |
| 02/25/2009 | 78 | ORDER granting 77 Joint Motion to Dismiss. It is Hereby Ordered that this component action captioned as State of Connecticut v. Countrywide Financial Corporation, Case No. 3:08-cv-02110-DMS-LSP ("Action"), is dismissed as to all claims and all parties without prejudice, without the award of costs, attorneys' fees or expenses to Countrywide Entities and Connecticut, and with the Parties waiving all rights to appeal. Signed by Judge Dana M. Sabraw on 2/25/09. Signed by Judge Dana M. Sabraw on 2/25/09. (All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 02/25/2009) |
| 02/26/2009 | 79 | NOTICE by Angelo Mozilo of Withdrawal of Joinder to Countrywide Defendant's Opposition to West Virginia's Remand Motion (Gershow, Holly) Joinder filed in case 09CV293 DMS(LSP) [Docket #24 - withdrawn]. Modified text on 2/27/2009 to reflect document in withdrawn in case 09cv293 (lao). (Entered: 02/26/2009) |

| | | |
|---|---|---|
| 02/26/2009 | 80 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 2/26/2009. (Further Status Hearing set for 4/23/2009 02:30 PM, Motion Hearing set for 5/8/2009 1:30 PM in Courtroom 10 before Judge Dana M. Sabraw.). Court to issue order. (Court Reporter LeeAnn Pence). (Plaintiff Attorneys Paula J Beller, Fulvio J Gentili, Mark K Gray, Kimberly Stitzinger Jones, Thomas Loeser, Alan M Mansfield, Peter Muhic, Donna Siegel-Moffa, Kim Stephens, Joseph P Strom, Joe R Whatley, Amanda Schlager Wick).(Defendant Attorneys Brooks R Brown, Maria B Green, Thomas M Hefferon, Kenneth R Heitz, David Hurwitz). (jak) (Entered: 02/27/2009) |
| 02/26/2009 | 81 | ORDER setting Status Conference and Early Neutral Evaluation Conference. (Telephonic Status Conference set for 3/4/2009 01:30 PM before Magistrate Judge Leo S. Papas. Early Neutral Evaluation Conference will be held on 03/25/2009 9:00 AM before United States Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 2/26/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 02/27/2009) |
| 02/27/2009 | 82 | ORDER Following Status Conference. A Telephonic status conference was held on 02/26/09. It is Hereby Ordered: In the Florida action, counsel shall file their respective oppositions to the motion to dismiss and the motion to remand on or before 03/26/09. Reply briefs shall be filed on or before 04/06/09. The motions shall be heard on 04/17/2009 1:30 PM. In the West Virginia action, counsel for Defendant Mozilo has indicated that Plaintiff's motion to remand will not be opposed. Accordingly, Defendant Mozilo shall file a notice of non-opposition to the motion to remand on or before 03/05/09. In the Indiana action, counsel shall file a joint motion for dismissal of this action on or before March 30, 2009. In the event a settlement is not reached, counsel shall file a status report with the Court on or before March 30, 2009. In the Leyvas private class action, the Court confirms that the First Amended Consolidated Class Action Complaint ("FAC") will be filed on or before March 6, 2009. Defendants shall file their motion to dismiss the FAC on or before March 23, 2009, Plaintiffs shall file their opposition to the motion on or before April 6, 2009, and Defendants shall file their reply on or before April 16, 2009. The motion and opposition briefs may be up to 35 pages in length, and the reply brief may be up to 25 pages in length. The motion shall be heard on May 8, 2009, at 1:30 p.m. A further telephonic status conference shall be held on April 23, 2009, at 2:30 PM, with status reports to be filed by April 20, 2009. Signed by Judge Dana M. Sabraw on 2/27/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 02/27/2009) |
| 03/02/2009 | 83 | ORDER Granting Plaintiff's Motion to Remand. This matter comes before the Court on Plaintiff's motion to remand this case to state court. The corporate Defendants filed an opposition to the motion, but have since entered into a Consent Decree. Defendant Mozilo filed a joinder in the opposition to the motion, but has since withdrawn that joinder. In light of the Consent Decree and Defendant Mozilo's withdrawal of his joinder to the opposition, the motion to remand is currently unopposed. Accordingly, the court grants Plaintiff's motion to remand this case to state court.Signed by Judge Dana M. Sabraw on 3/2/09. (certified copy sent to Circuit Court of |

| | | Putnam County, West Virginia) CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 03/02/2009) |
|---|---|---|
| 03/04/2009 | 84 | ORDER Granting in part and denying in part Defendant's Motion to Dismiss. The Court (1) grants the motion to dismiss Plaintiff Taylor's claim as preempted by the NBA, (2) denies the motion to dismiss Plaintiff Buckleys claim as preempted by TILA or RESPA, (3) grants the motion to dismiss Plaintiff Buckley's claim to the extent it relies on the Notice of Right to Cancel, (4) denies the motion to dismiss the remainder of Plaintiff Buckleys claim, and (5) denies the motion to dismiss Defendant Countrywide Financial Corp. Signed by Judge Dana M. Sabraw on 3/4/09. (related case 09cv0064-DMS-LSP) CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 03/04/2009) |
| 03/04/2009 | 85 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Status Conference held on 3/4/2009 CC: MDL Panel(jmy) (Entered: 03/05/2009) |
| 03/04/2009 | 86 | ORDER Following Status Conference and setting Telephonic Settlement and Discovery Conferences. A Telephonic Settlement Conference was held on 03/04/09. (Telephonic Settlement and Discovery Conference set for 3/06/2009 02:00 PM before Magistrate Judge Leo S. Papas (as to case 09cv64-DMS-LSP Only.) Telephonic Settlement and Discovery Conference set for 3/17/2009 02:00 PM before Magistrate Judge Leo S. Papas. Telephonic Settlement and Discovery Conference set for 3/20/2009 09:00 AM before Magistrate Judge Leo S. Papas., Telephonic Settlement and Discovery Conference set for 4/3/2009 09:00 AM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 3/4/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 03/05/2009) |
| 03/06/2009 | 87 | AMENDED COMPLAINT with Jury Demand *(First Amended Consolidated Class Action Complaint)* against Countrywide Bank, N.A., Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Full Spectrum Lending, Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc, Bank Of America, Full Spectrum Lending Inc, filed by Preston Givens, Paula Prezola, Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Symone Leyvas, June Harding Brown, John Leyvas. (Attachments: # 1 Proof of Service) (Mansfield, Alan) Contacted Attny re s/signatures (lao). (Entered: 03/06/2009) |
| 03/06/2009 | 88 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 3/6/2009 Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(jmy) (Entered: 03/09/2009) |
| 03/09/2009 | 89 | NOTICE of Appearance by Mario Anthony Pacella on behalf of Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, |

| | | |
|---|---|---|
| | | Rebecca G Sizemore, Sequesta L Washington (Pacella, Mario) contacted Attny re proof of service (lao). (Entered: 03/09/2009) |
| 03/09/2009 | 90 | NOTICE of Appearance by Joseph P. Strom, Jr on behalf of Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington (Strom, Joseph) contacted Attny re proof of service (lao). (Entered: 03/09/2009) |
| 03/09/2009 | 91 | ORDER Following Telephonic Settlement and Discovery Conference. A Telephonic Discovery and Settlement Conference was held on 03/06/09. The Rule 26(f) conference shall be completed no later that 03/17/09. A joint discovery plan shall be lodged with Magistrate Judge Papas on or before 03/20/09. Signed by Magistrate Judge Leo S. Papas on 3/9/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 03/09/2009) |
| 03/10/2009 | 🔓 92 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Motion Hearing) held on 1/30/2009, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 4/2/2009. Redacted Transcript Deadline set for 4/10/2009. Release of Transcript Restriction set for 6/5/2009. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr). Modified on 3/26/2009 to correct dates of deadlines. (akr). (Entered: 03/10/2009) |
| 03/10/2009 | 93 | CERTIFICATE OF SERVICE by Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington re 89 Notice of Appearance *for Mario A. Pacella* (Pacella, Mario) (lao). (Entered: 03/10/2009) |
| 03/10/2009 | 94 | CERTIFICATE OF SERVICE by Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington re 90 Notice of Appearance *for J. Preston Strom, Jr.* (Strom, Joseph) (lao). (Entered: 03/10/2009) |
| 03/16/2009 | 🔓 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 2/26/2009, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 4/6/2009. Redacted Transcript Deadline set for 4/16/2009. Release of Transcript Restriction set for 6/11/2009. CC: MDL |

| | | |
|---|---|---|
| | | Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr). Modified on 3/26/2009 to correct dates of deadlines. (akr). (Entered: 03/16/2009) |
| 03/16/2009 | 96 | MOTION for Partial Reconsideration re 84 Order,, by Randall Buckley, June Taylor. (Loeser, Thomas) Modified text on 3/17/2009 to include partial reconsideration; contacted Attny re separately captioned memorandum of points and authorities (lao). (Entered: 03/16/2009) |
| 03/17/2009 | 97 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 3/17/2009Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP CC: MDL Panel(jmy) (Entered: 03/17/2009) |
| 03/18/2009 | 98 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Status Conference) held on 1/15/2009, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Melinda S. Setterman. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 4/9/2009. Redacted Transcript Deadline set for 4/18/2009. Release of Transcript Restriction set for 6/15/2009. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr). Modified on 3/26/2009 to correct dates of deadlines. (akr). (Entered: 03/18/2009) |
| 03/18/2009 | 99 | NOTICE by Countrywide Home Loans Inc., Countrywide Financial Corporation *of Filing Answer to Buckley Class Action Complaint and Affirmative Defenses (Related Case No.: 09-CV-0064-DMS(LSP))* (Brown, Brooks)(lao). (Entered: 03/18/2009) |
| 03/20/2009 | 100 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Settlement Conference held on 3/20/2009Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(jmy) (Entered: 03/23/2009) |
| 03/23/2009 | 101 | MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. (Attachments: # 1 Memorandum of Points and Authorities in Support, # 2 Request for Judicial Notice with Exhibits 1-4, # 3 Appendix of Unpublished Cases)(Brown, Brooks) Motion to Strike not set as pending motion (lao). (Entered: 03/23/2009) |
| 03/23/2009 | | (Court only) Set/Reset Deadlines as to 101 MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* MOTION to Dismiss *and to Strike First Amended Consolidated Class Action* |

| | | |
|---|---|---|
| | | *Complaint (Partial)* MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)*. (Motion Hearing set for 5/8/2009 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) (lao) (jrl). (Entered: 03/24/2009) |
| 03/24/2009 | 102 | NOTICE of Change of Attorney Information, withdrawal of Attorney David I. Hurwitz filed as MOTION to Withdraw as Attorney */ Notice of Change of Attorney Information* by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Bank of America Corp, Countrywide Home Loans Inc, Full Spectrum Lending Inc. (Hurwitz, David) Modified text on 3/25/2009 to reflect document type; contacted Attny re certificate of service (lao). (Entered: 03/24/2009) |
| 03/25/2009 | 103 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Early Neutral Evaluation Conference held on 3/25/2009Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(jmy) (Entered: 03/25/2009) |
| 03/26/2009 | 104 | ORDER Following Early Neutral Evaluation Conference. An Early Neutral Evaluation Conference was held on 03/25/09. (Telephonic Settlement Conference set for 4/14/2009 02:00 PM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 3/25/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 03/26/2009) |
| 03/26/2009 | 105 | NOTICE by Angelo Mozilo *of Opposition to Florida's Motion to Remand* (Attachments: # 1 Declaration Kenneth R. Heitz)(Gershow, Holly) wrong s/signature (lao). (Entered: 03/26/2009) |
| 03/30/2009 | 106 | STATUS REPORT */Joint Status Report Regarding Indiana Action* by Countrywide Home Loans Servicing LP, Countrywide Home Loans Inc., Countrywide Financial Corporation, Bank of America Corp, Full Spectrum Lending Inc. (Attachments: # 1 Proof of Service)(McNamara, Paul) (lao). (Entered: 03/30/2009) |
| 04/02/2009 | 107 | ORDER Continuing Deadline. Counsel shall file a joint motion for dismissal of the Indiana action on or before April 20, 2009. In the event a settlement is not reached, counsel shall file another status report with the Court on or before that date. Signed by Judge Dana M. Sabraw on 4/2/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00285-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/02/2009) |
| 04/02/2009 | 114 | NOTICE of Change of Attorney Information. Attorney Erick M. Sandler is removed as Attorney of record in this case for Defendants Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. filed by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Proof of Service) CC: MDL Panel(lao) (Entered: 04/07/2009) |

| 04/02/2009 | 115 | NOTICE of Non-Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re 114 Notice of Change of Attorney Information. CC: MDL Panel(lao) (Entered: 04/07/2009) |
| 04/02/2009 | 116 | NOTICE of Change of Attorney Information. Attorney Stanley A. Twardy, Jr. is removed as Attorney of record in this case for Defendants Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. filed by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Proof of Service) CC: MDL Panel(lao) (Entered: 04/07/2009) |
| 04/02/2009 | 117 | NOTICE of Non-Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re 116 Notice of Change of Attorney Information. CC: MDL Panel(lao) (Entered: 04/07/2009) |
| 04/02/2009 | 118 | NOTICE of Change of Attorney Information. Attorney Daniel L. FitzMaurice is removed as Attorney of record in this case for Defendants Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. filed by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Proof of Service) CC: MDL Panel(lao) (Entered: 04/07/2009) |
| 04/02/2009 | 119 | NOTICE of Non-Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re 118 Notice of Change of Attorney Information. CC: MDL Panel(lao) (Entered: 04/07/2009) |
| 04/03/2009 | 108 | Case Management Conference Order regulating Discovery and other Pretrial proceedings. (Motion for Class Certification hearing set for 11/13/2009 1:30 PM in Courtroom 10 before Judge Dana M. Sabraw. Motion due by 09/09/09. Responses due 10/09/09. Reply due 10/30/09. Memorandum of Contentions of Fact and Law due by 1/21/2011. Proposed Pretrial Order due by 2/4/2011. Final Pretrial Conference set for 2/11/2011 10:30 AM in Courtroom 10 before Judge Dana M. Sabraw. Jury Trial set for 3/14/2011 09:00 AM in Courtroom 10 before Judge Dana M. Sabraw.) Signed by Magistrate Judge Leo S. Papas on 4/2/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/03/2009) |
| 04/03/2009 | 🔒 | (Court only) Set/Reset Deadlines: Responses due by 10/9/2009. Reply due by 10/30/2009. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP(lao) (Entered: 04/03/2009) |
| 04/03/2009 | 109 | ORDER setting Status Conference. (Telephonic Status Conference set for 5/21/2009 02:00 PM before Magistrate Judge Leo S. Papas. Telephonic Status Conference set for 6/17/2009 09:00 AM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 4/2/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/03/2009) |

| 04/03/2009 | 110 | RESPONSE in Opposition re 96 MOTION for Reconsideration re 84 Order,, filed by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Brown, Brooks) (lao). (Entered: 04/03/2009) |
| 04/06/2009 | 111 | MOTION to Substitute Party *(Substituting Tom Orr as Chapter 7 Bankruptcy Trustee for Bankruptcy Estate of Edward Marini)* by Edward Marini. (Attachments: # 1 Memo of Points and Authorities, # 2 Exhibit A--Bankruptcy Order, # 3 Proof of Service)(Pacella, Mario) no hearing date and time (lao). (Entered: 04/06/2009) |
| 04/06/2009 | 112 | NOTICE of Filing "Stipulation Concerning Exemption" establishing that Philip D. Menichetti's Chapter 7 Bankruptcy Trustee considers the asset of this case, and any recovery that might come from the case, to be exempt from the Chapter 7 Bankruptcy Estate filed as NOTICE Regarding Exhibit Attachment by Philip D Menichetti (Attachments: # 1 Exhibit 1--Stipulation of Exempt Property, # 2 Exhibit 2--Bankruptcy Schedules B and C, # 3 Proof of Service)(Pacella, Mario) Modified text on 4/7/2009 to reflect document type (lao). (Entered: 04/06/2009) |
| 04/06/2009 | 113 | RESPONSE in Opposition re 101 MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* filed by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Symone Leyvas, June Harding Brown, Preston Givens, Paula Prezola, John Leyvas. (Moffa, Donna) (lao). (Entered: 04/06/2009) |
| 04/07/2009 | 120 | NOTICE by Office of the Attorney General, Department of Legal Affairs, State of Florida *Plaintiff's Reply to Defendant Mozilo's Opposition to Motion for Remand* (Gentili, Fulvio) no hearing date and time; case number 08md1988 not listed in caption (lao). (Entered: 04/07/2009) |
| 04/10/2009 | 121 | REPLY to Response to Motion re 96 MOTION for Reconsideration re 84 Order,, filed by Randall Buckley. (Loeser, Thomas) (lao). (Entered: 04/10/2009) |
| 04/13/2009 | 122 | ORDER Re: Oral Argument. Plaintiff's motion to remand is currently scheduled for hearing on April 17, 2009. The Court has reviewed the motion, opposition and reply briefs, and all supporting documents and the record on file herein. Pending further court order, the Court finds the motion suitable for decision without oral argument. Accordingly, no appearances are required on April 17, 2009. Signed by Judge Dana M. Sabraw on 4/13/09. (51 in 3:09-cv-00289-DMS-LSP) Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00289-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/13/2009) |
| 04/13/2009 | 123 | ORDER Re: Oral Argument. Plaintiff's motion for partial reconsideration is currently scheduled for hearing on April 17, 2009. The Court has reviewed the motion, opposition and reply briefs, and all supporting documents and the record on file herein. Pending further court order, the Court finds the motion suitable for decision without oral argument. Accordingly, no appearances are |

| | | |
|---|---|---|
| | | required on April 17, 2009. Signed by Judge Dana M. Sabraw on 4/13/09. (date has been modified from February 6, 2009 to reflect proper hearing date per chambers) (96 in 3:08-md-01988-DMS-LSP) MOTION for Reconsideration re (84) Order,,, (42 in 3:09-cv-00064-DMS-LSP) MOTION for Reconsideration re (38) Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/13/2009) |
| 04/13/2009 | 124 | ORDER Re: Oral Argument. Defendant Mozilo's motion to dismiss is currently scheduled for hearing on April 17, 2009. Pending further court order, the Court finds the motion suitable for decision without oral argument. Accordingly, no appearances are required on April 17, 2009. If the Court determines that argument or additional briefing would be helpful, it will issue an order to that effect. Signed by Judge Dana M. Sabraw on 4/13/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00289-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/13/2009) |
| 04/14/2009 | 125 | ORDER setting deadline for exchange of FED.R.CIV.P.26(a)(1) Disclosures. The Parties shall exchange initial disclosures pursuant to Rule 26 (a)(1)(A-D) on or before 05/15/09. Signed by Magistrate Judge Leo S. Papas on 4/2/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/14/2009) |
| 04/14/2009 | 126 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Status Conference held on 4/14/2009Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(jmy) (Entered: 04/14/2009) |
| 04/14/2009 | 127 | MINUTE ORDER: Status Conference held on 04/14/09 In re: Countrywide Financial Corp. Signed by Magistrate Judge Leo S. Papas on 4/14/09. (Plaintiffs Attorneys Joe Whatley, Ilze Theilmann, Joseph Strom, Donna Siegel-Moffa, Nicholas Roth, Tim Stephens, Nancy Pacharzina, Alan Mansfield, Tom Loeser, Ari Brown).(Defendants Attorneys Thomas Hefferon, Brooks Brown). Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/15/2009) |
| 04/15/2009 | 128 | ORDER re-setting Status Conference. (Telephonic Status Conference is continued to 6/17/2009 11:00 AM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 4/15/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/15/2009) |
| 04/15/2009 | 129 | ORDER re PRO HAC VICE APPLICATION: Jeffrey D. Fox appearing for Countrywide Bank, N.A., Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, |

| | | |
|---|---|---|
| | | Inc., Full Spectrum Lending, Countrywide Financial Corporation, Countrywide Bank FSB, Countrywide Home Loans Inc, Bank Of America. Signed by Judge Dana M. Sabraw on 04/15/09. (All non-registered users served via U.S. Mail Service.) CC: MDL Panel(All non-registered users served via U.S. Mail Service.)(lao) (jrl). (Entered: 04/15/2009) |
| 04/16/2009 | 130 | REPLY re 101 MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* MOTION to Dismiss *and to Strike First Amended Consolidated Class Action Complaint (Partial)* filed by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. (Attachments: # 1 Appendix of Unpublished Cases in Support)(Brown, Brooks) document exceeds page limit (lao). (Entered: 04/16/2009) |
| 04/20/2009 | 131 | NOTICE of withdrawal of Attorney Lili R. Sabo by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Symone Leyvas, June Harding Brown, Preston Givens, John Leyvas *of Withdrawl of Attorney* (Mansfield, Alan) Modified text on 4/21/2009 to reflect withdrawal of Attny; contacted Attny re proof of service (lao). (Entered: 04/20/2009) |
| 04/20/2009 | 132 | Joint MOTION to Dismiss by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc. (McNamara, Paul) no proof of service attached (lao). (Entered: 04/20/2009) |
| 04/20/2009 | 133 | CERTIFICATE OF SERVICE by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Countrywide Home Loans Inc re 132 Joint MOTION to Dismiss (McNamara, Paul) (lao). (Entered: 04/20/2009) |
| 04/21/2009 | 134 | CERTIFICATE OF SERVICE by Kimberly A. Jackson, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Howard Pitkin, June Taylor, Symone Leyvas, June Harding Brown, Darrell V. McGraw, Jr, Preston Givens, Paula Prezola, John Leyvas re 131 Notice (Other), Notice (Other) *Withdrawal (Sabo)* (Mansfield, Alan) (lao). (Entered: 04/21/2009) |
| 04/21/2009 | 135 | ORDER granting 132 Joint Motion to Dismiss. It is hereby Ordered that this component action captioned as State of Indiana v. Countrywide Financial Corporation, Case No. 3:09-cv-285-DMS-LSP, is dismissed as to all claims and all parties without prejudice, without the award of costs, attorneys' fees or expenses to Countrywide or Indiana, and with the parties waiving all rights to appeal. Signed by Judge Dana M. Sabraw on 4/21/09. (All non-registered users served via U.S. Mail Service.)(lao) (jrl). (Entered: 04/21/2009) |
| 04/22/2009 | 136 | ORDER vacating Status Conference and scheduling further Status Conference. The Court has reviewed the parties' status reports, and based thereon, finds that the April 23, 2009 status conference is unnecessary. Accordingly, that conference is vacated. A further status conference shall be held on June 4, 2009, at 2:30 p.m. Signed by Judge Dana M. Sabraw on 4/22/09. (All non-registered users served via U.S. Mail Service).(tkl) (jrl). |

| | | (Entered: 04/22/2009) |
|---|---|---|
| 04/27/2009 | 137 | NOTICE of Appearance by Nancy Pacharzina on behalf of Randall Buckley, June Taylor (Pacharzina, Nancy) (lao). (Entered: 04/27/2009) |
| 04/28/2009 | 138 | ORDER granting Plaintiff's Motion for partial Reconsideration (96) Motion for Reconsideration in case 3:08-md-01988-DMS-LSP; granting (42) Motion for Reconsideration in case 3:09-cv-00064-DMS-LSP. The March 4, 2009 Order is hereby amended consistent with the present Order. Signed by Judge Dana M. Sabraw on 4/28/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/28/2009) |
| 04/28/2009 | 139 | ORDER Granting Plaintiff's Motion for Remand re case 09cv289-DMS-LSP. (Office of the Attorney General, Department of Legal Affairs, State of Florida v. Countrywide Financial Corporation et al.) Plaintiff's request for fees and costs pursuant to 28 U.S.C. § 1447(c) is denied. Signed by Judge Dana M. Sabraw on 4/28/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(certified copy of Order sent to Circuit Court of the Seventeenth Judicial Circuit, BrowardCounty, Florida).(lao)(jrl). (Entered: 04/29/2009) |
| 04/29/2009 | 140 | ORDER in case 3:08-cv-01888-DMS-LSP; granting (111) Motion to Substitute Party. Because the Bankruptcy Estate, and specifically the Chapter 7 Bankruptcy Trustee, is the appropriate party with standing, Tom Orr, as Chapter 7 Bankruptcy Trustee for the Bankruptcy Estate of Edward Marini, is substituted as Plaintiff for Edward Marini. Edward Marini terminated in case 3:08-md-01988-DMS-LSP. Signed by Judge Dana M. Sabraw on 4/29/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 04/29/2009) |
| 05/04/2009 | 141 | ORDER Re: Oral Argument. Defendants' partial motion to dismiss and to strike the First Amended Consolidated Class Action Complaint is currently scheduled for hearing on May 8, 2009. The Court has reviewed the motion, opposition and reply briefs, and all supporting documents and finds the motion suitable for decision without oral argument. Accordingly, no appearances are required on May 8, 2009. If the Court determines that argument or additional briefing would be helpful, it will issue an order to that effect. Signed by Judge Dana M. Sabraw on 5/4/09. (101 in 3:08-md-01988-DMS-LSP) (35 in 3:08-cv-01957-DMS-LSP) (47 in 3:08-cv-01888-DMS-LSP) (79 in 3:08-cv-01972-DMS-LSP) Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 05/04/2009) |
| 05/14/2009 | 142 | NOTICE of Change of Address by Alan McQuarrie Mansfield (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 05/14/2009) |
| 05/18/2009 | 143 | ORDER (1) Granting in part and Denying in part Defendants' partial Motion to Dismiss and (2) Denying Defendants' Motion to Strike re (47) Motion to Dismiss in case 3:08-cv-01888-DMS-LSP; (101) Motion to Dismiss in case |

| | | |
|---|---|---|
| | | 3:08-md-01988-DMS-LSP; (35) Motion to Dismiss in case 3:08-cv-01957-DMS-LSP; (79) Motion to Dismiss in case 3:08-cv-01972-DMS-LSP. The Court grants the motion to dismiss Plaintiff Philip Menichetti's claim for lack of standing, but denies remainder of the motion. Signed by Judge Dana M. Sabraw on 5/18/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 05/18/2009) |
| 05/18/2009 | 🔒 | (Court only) ***Deadlines terminated as to Motion 101 to Dismiss and to Strike First Amended Consolidated Class Action Complaint (Partial). ORDER 143 filed on 5/18/09. Pending Reply and Response Deadlines as set on 2/27/09 by document 82 - Terminated. (mjm) (Entered: 02/18/2010) |
| 05/21/2009 | 145 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas: Status Conference held on 5/21/2009 CC: MDL Panel(jmy) (Entered: 05/26/2009) |
| 05/22/2009 | 144 | NOTICE of Withdrawal of Attorney John H. Beisner as to Bank of America Coproration; Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing, LP; Full Spectrum Lending, Inc; Countrywide Bank, FSB; Countrywide Tax Services Corporation; Countrywide KB Home Loans, LLC; LandSafe, Inc; LandSafe Appraisal Services, Inc; LandSafe Flood Determination, Inc. filed as NOTICE by Countrywide Home Loans Servicing LP, Countrywide Financial Corporation, Bank of America Corp, Countrywide Home Loans Inc, Full Spectrum Lending Inc / Notice of Change of Attorney Information Re John H. Beisner (Attachments: # 1 Proof of Service)(McNamara, Paul) Modified text on 5/26/2009 to reflect document type (lao). (Entered: 05/22/2009) |
| 05/22/2009 | 146 | MINUTE ORDER: Status Conference held on 05/21/09. Signed by Magistrate Judge Leo S. Papas on 5/22/09. (Plaintiffs Attorneys Joe Whatley; Ilze Theilmann; Steve Berman; Tom Butler; Nicholas Roth; Amanda Wick; Nancy Pacharzina; Alan Mansfield; Tom Loeser.) (Defendants Attorneys Brooks Brown; Jeffrey Fox.)Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 05/26/2009) |
| 05/27/2009 | 147 | Joint MOTION for Extension of Time to File Answer re 87 Amended Complaint,,, by Countrywide Tax Services Corp., Kimberly A. Jackson, LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Kimberly Menichetti, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington, Countrywide Financial Corporation, Symone Leyvas, June Harding Brown, Preston Givens, Paula Prezola, John Leyvas, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc, Tom Orr. (Brown, Brooks) (lao). (Entered: 05/27/2009) |
| 06/04/2009 | 148 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 6/4/2009. Court to issue order. (Court Reporter LeeAnn Pence). (Plaintiff Attorneys Tom Butler, Thomas Loeser, |

| | | Alan Mansfield, Peter Muhic, Nicholas B Roth, Donna Siegel-Moffa, Kim D Stephens, Joe R Whatley). (Defendant Attorneys Brooks R Brown, Jeffrey Fox, Thomas M Hefferon). (jak) (Entered: 06/04/2009) |
|---|---|---|
| 06/05/2009 | 149 | Joint MOTION for Protective Order by Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc. (Brown, Brooks) (lao). (Entered: 06/05/2009) |
| 06/09/2009 | 150 | ORDER Following Status Conference. A Telephonic Status Conference was held on 06/04/09. The Court grants 147 Joint Motion to extend time to file an Answer to the First Amended Consolidated Class Action Complaint to 06/17/09. (Telephonic Status Conference set for 7/29/2009 02:30 PM before Judge Dana M. Sabraw. The motion for class certification shall be filed on or before 03/26/2010. Opposition due by 5/10/2010. Reply due by 6/9/2010. Motion hearing set for 07/02/2010 1:30 PM in courtroom 10 before Judge Dana M Sabraw.) Signed by Judge Dana M. Sabraw on 6/9/09. (All non-registered users served via U.S. Mail Service).(lao) (Entered: 06/09/2009) |
| 06/09/2009 | 🔒 | (Court only) Set/Reset Deadlines: (Opposition to Motion for class certification due by 5/10/2010. Reply due by 6/9/2010.) (lao) (Entered: 06/09/2009) |
| 06/10/2009 | 151 | ORDER granting Joint Motion and entering Protective Order and Confidentiality Agreement re (149) Motion for Protective Order in case 3:08-md-01988-DMS-LSP; (59) Motion for Protective Order in case 3:09-cv-00064-DMS-LSP. Signed by Magistrate Judge Leo S. Papas on 6/10/09. (Attachments: # 1 Exhibit A) Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP(All non-registered users served via U.S. Mail Service).(lao) (Entered: 06/10/2009) |
| 06/12/2009 | 152 | Joint MOTION for Protective Order by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. (Brown, Brooks) (lao). (Entered: 06/12/2009) |
| 06/17/2009 | 153 | ANSWER to 87 Amended Complaint,,, *(Answer and Affirmative Defenses of Defendant Bank of America Corporation)* by Bank of America Corp.(Brown, Brooks) (lao). (Entered: 06/17/2009) |
| 06/17/2009 | 154 | ANSWER to 87 Amended Complaint,,, *(Answer and Affirmative Defenses)* by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Countrywide Bank FSB, Countrywide KB Home Loans LLC.(Brown, Brooks) Modified text on 6/18/2009 to reflect filers (lao). (Entered: 06/17/2009) |
| 06/17/2009 | 157 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas: Status Conference held on 6/17/2009Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(jmy) (Entered: 06/18/2009) |

| 06/17/2009 | 🔒 | (Court only) ***Deadlines terminated. Answer to Amended Complaint 87 deadline set for 6/17/09 as to Defendants Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Countrywide Bank FSB, and Countrywide KB Home Loans LLC. - Terminated. Answer to Amended Complaint 87 filed on 6/17/09. (See 154 .) (mjm) (Entered: 02/18/2010) |
| 06/18/2009 | 155 | ORDER setting Status Conference. The Court held a Status Conference on 06/17/09. (Telephonic Status Conference set for 7/7/2009 11:00 AM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 6/18/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 06/18/2009) |
| 06/18/2009 | 156 | ORDER setting Status Conference. The Court held a Status Conference on 06/17/09. (Telephonic Status Conference set for 6/24/2009 01:30 PM before Magistrate Judge Leo S. Papas.) Signed by Magistrate Judge Leo S. Papas on 6/18/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 06/18/2009) |
| 06/19/2009 | 158 | PRO HAC VICE APPOINTED: Thomas J. Butler appearing for Private Action Plaintiffs. (All non-registered users served via U.S. Mail Service).(mkz) (Entered: 06/19/2009) |
| 06/24/2009 | 160 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas: Status Conference held on 6/24/2009Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(jmy) (Entered: 06/26/2009) |
| 06/25/2009 | 159 | ORDER Following Status Conference and Setting Briefing Schedule. A Status Conference was held on 06/24/09. (Plaintiff's motion shall be filed and served by July 2, 2009; Opposition due by 7/16/2009.) Signed by Magistrate Judge Leo S. Papas on 6/24/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 06/25/2009) |
| 06/26/2009 | 161 | Amended Joint MOTION for entry of consent Protective Order by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. (Brown, Brooks) Modified text on 6/29/2009 to reflect document title (lao). (Entered: 06/26/2009) |
| 06/26/2009 | 🔒 | (Court only) (57 in 3:08-cv-01957-DMS-LSP) Amended MOTION for Protective Order, (68 in 3:08-cv-01888-DMS-LSP) Amended MOTION for Protective Order, (100 in 3:08-cv-01972-DMS-LSP) Amended MOTION for Protective Order, (161 in 3:08-md-01988-DMS-LSP) Amended MOTION for Protective Order. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP Motions set before Leo S. Papas.(lao) (Entered: 06/29/2009) |

| | | |
|---|---|---|
| 06/29/2009 | 162 | ORDER granting Joint Motion and entering consent Protective Order re (65) Motion for Protective Order; granting (68) Motion for Protective Order in case 3:08-cv-01888-DMS-LSP; granting (152) Motion for Protective Order; granting (161) Motion for Protective Order in case 3:08-md-01988-DMS-LSP; granting (54) Motion for Protective Order; granting (57) Motion for Protective Order in case 3:08-cv-01957-DMS-LSP; granting (97) Motion for Protective Order; granting (100) Motion for Protective Order in case 3:08-cv-01972-DMS-LSP. Signed by Magistrate Judge Leo S. Papas on 6/29/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP(All non-registered users served via U.S. Mail Service).(lao)(jrl). (Entered: 06/29/2009) |
| 07/01/2009 | 163 | Transfer ORDER: Magistrate Judge Ruben B. Brooks added to the case. Magistrate Judge Leo S. Papas is no longer assigned to case and Magistrate Judge Ruben B. Brooks is now assigned to the case. The new case number is 08md1988-DMS(RBB). Signed by Magistrate Judge Leo S. Papas on 7/1/09. Associated Cases: 3:08-md-01988-DMS-LSP, 3:08-cv-01888-DMS-LSP, 3:08-cv-01957-DMS-LSP, 3:08-cv-01972-DMS-LSP, 3:09-cv-00064-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao)(jrl). (Entered: 07/02/2009) |
| 07/02/2009 | 164 | MOTION to Compel *Production of Documents* by Randall Buckley. (Attachments: # 1 Memo of Points and Authorities)(Loeser, Thomas) no hearing date and time (lao). (Entered: 07/02/2009) |
| 07/02/2009 | 165 | DECLARATION of Ari Y. Brown filed as AFFIDAVIT in Support re 164 MOTION to Compel *Production of Documents* filed by Randall Buckley. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Loeser, Thomas) Modified text on 7/6/2009 to reflect document type (lao). (Entered: 07/02/2009) |
| 07/02/2009 | 🔒 | (Court only) (67 in 3:09-cv-00064-DMS-RBB) MOTION to Compel *Production of Documents*, (164 in 3:08-md-01988-DMS-RBB) MOTION to Compel *Production of Documents*. Associated Cases: 3:08-md-01988-DMS-RBB, 3:09-cv-00064-DMS-RBB Motion set before Ruben B. Brooks.(lao) (Entered: 07/06/2009) |
| 07/07/2009 | 166 | MINUTE ORDER: Status Conference held on 07/07/09. Signed by Magistrate Judge Leo S. Papas on 7/7/09.Associated Cases: 3:08-md-01988-DMS-RBB, 3:08-cv-01888-DMS-RBB, 3:08-cv-01957-DMS-RBB, 3:08-cv-01972-DMS-RBB, 3:09-cv-00064-DMS-RBB CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao)(jrl). (Entered: 07/07/2009) |
| 07/16/2009 | 167 | RESPONSE in Opposition re 164 MOTION to Compel *Production of Documents* filed by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Exhibits 1-4)(Brown, Brooks) no hearing date and time (lao). (Entered: 07/16/2009) |
| 07/16/2009 | 🔒 | (Court only) ***Deadline terminated as to MOTION 164 to Compel Production of Documents. Response deadline set for 7/16/09 - Terminated. RESPONSE in Opposition filed 7/16/09. (See 167 .) (mjm) (Entered: 02/18/2010) |

| 07/17/2009 | 168 | MINUTE ORDER: Plaintiff may file and serve a reply to Defendants' opposition brief no later than July 23, 2009. The submission shall not exceed 15 pages in length, including any declaration(s), exhibit(s) and subparts to the brief such as cover page(s), indexes, and tables of contents or authorities. Signed by Magistrate Judge Ruben B. Brooks on 7/17/09. Associated Cases: 3:08-md-01988-DMS-RBB, 3:09-cv-00064-DMS-RBB CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao)(jrl). (Entered: 07/17/2009) |
| --- | --- | --- |
| 07/23/2009 | 169 | REPLY to Response to Motion re 164 MOTION to Compel *Production of Documents* filed by Randall Buckley. (Loeser, Thomas) (vet). (Entered: 07/23/2009) |
| 07/23/2009 | 170 | *Supplemental Declaration of Ari Y. Brown* re 169 Reply to Response to Motion by Plaintiff Randall Buckley. (Loeser, Thomas) (pdc). (Entered: 07/23/2009) |
| 07/23/2009 | 🔒 | (Court only) ***Deadlines terminated as to MOTION 164 to Compel Production of Documents. Reply deadline set for 7/23/09 - Terminated. REPLY filed 7/23/09. (See 169 .) (mjm) (Entered: 02/18/2010) |
| 07/27/2009 | 171 | NOTICE by Countrywide Financial Corporation, Countrywide Home Loans Inc *(Request for Oral Argument on Plaintiff's Motion to Compel )* (Brown, Brooks) (lao). (Entered: 07/27/2009) |
| 07/27/2009 | 172 | MINUTE ORDER: Magistrate Judge Anthony J. Battaglia added to the case. Magistrate Judge Ruben B. Brooks is no longer assigned to case and Magistrate Judge Anthony J. Battaglia is now assigned to the case. The new case number is 08md1988-DMS(AJB); 08cv1888-DMS(AJB); 08cv1957-DMS(AJB); 08cv1972-DMS(AJB); 09cv0064-DMS(AJB). Signed by Magistrate Judge Ruben B. Brooks on 7/27/09. Associated Cases: 3:08-md-01988-DMS-RBB, 3:08-cv-01888-DMS-RBB, 3:08-cv-01957-DMS-RBB, 3:08-cv-01972-DMS-RBB, 3:09-cv-00064-DMS-RBB CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 07/28/2009) |
| 07/27/2009 | 🔒 | (Court only) (67 in 3:09-cv-00064-DMS-AJB) MOTION to Compel *Production of Documents*, (164 in 3:08-md-01988-DMS-AJB) MOTION to Compel *Production of Documents*. Associated Cases: 3:08-md-01988-DMS-AJB, 3:09-cv-00064-DMS-AJB Motions set before Anthony J. Battaglia.(lao) (Entered: 07/28/2009) |
| 07/29/2009 | 173 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 7/29/2009. Court to issue order. (Court Reporter LeeAnn Pence). (Plaintiff Attorney Ari Brown, Tom Cutler, Robyn Madden, Alan Mansfield, Donna Siegel-Moffa, Joseph Whatley). (Defendant Attorney Brooks Brown, Jeffrey Fox, Thomas Hefferon). Associated Cases: 3:08-md-01988-DMS-AJB, 3:08-cv-01888-DMS-AJB, 3:08-cv-01957-DMS-AJB, 3:08-cv-01972-DMS-AJB(jak) (Entered: 07/29/2009) |
| 07/29/2009 | 174 | ORDER following Status Conference. A Telephonic Status Conference was held on 07/29/09. Counsel shall submit their respective proposals regarding the appointment of Judge Papas as a special master/mediator on or before |

| | | |
|---|---|---|
| | | August 12, 2009. The motion to compel that is currently pending before the Magistrate Judge is hereby stayed pending the resolution of the Magistrate Judge/Special Master issue. (Telephonic Status Conference set for 9/16/2009 02:30 PM before Judge Dana M. Sabraw.) Status Reports to be filed by 09/14/09. Signed by Judge Dana M. Sabraw on 7/29/09. Associated Cases: 3:08-md-01988-DMS-AJB, 3:08-cv-01888-DMS-AJB, 3:08-cv-01957-DMS-AJB, 3:08-cv-01972-DMS-AJB, 3:09-cv-00064-DMS-AJB CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 07/30/2009) |
| 07/31/2009 | 175 | Minute Order. Magistrate Judge Anthony J. Battaglia recuses from this case and requests that Magistrate Judge William McCurine, Jr be assigned. Magistrate Judge William McCurine, Jr directly assigned. New case numbers 08md1988 DMS (WMC); 08cv1888 DMS (WMC); 08cv1957 DMS (WMC); 08cv1972 DMS (WMC); 09cv64 DMS (WMC). Associated Cases: 3:08-md-01988-DMS-AJB, 3:08-cv-01888-DMS-AJB, 3:08-cv-01957-DMS-AJB, 3:08-cv-01972-DMS-AJB, 3:09-cv-00064-DMS-AJB CC: MDL Panel(All non-registered users served via U.S. Mail Service).(jcj) (Entered: 07/31/2009) |
| 08/05/2009 | 176 | Joint MOTION for Extension of Time to File *Plaintiff's Motion for Class Certification and related deadlines* by Randall Buckley. (Loeser, Thomas) (lao). (Entered: 08/05/2009) |
| 08/06/2009 | 177 | ORDER granting Joint Motion to extend class certification hearing and briefing deadlines. The deadline for Plaintiff to file and serve his motion in support of his request for class certification shall be to October 9, 2009. Responses due by 11/9/2009. Replies due by 11/30/2009. Motion Hearing continued to 12/11/2009 1:30PM in courtroom 10 before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 8/6/09.(176) Motion for Extension of Time to File in case 3:08-md-01988-DMS-WMC; (78) Motion for Extension of Time to File in case 3:09-cv-00064-DMS-WMC Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 08/06/2009) |
| 08/06/2009 | 🔒 | (Court only) Set/Reset Deadlines: Responses due by 11/9/2009. Replies due by 11/30/2009. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(lao) (Entered: 08/06/2009) |
| 08/10/2009 | 178 | NOTICE of Withdrawal of Attorneys Gabrielle J. Owens and Paula J. Beller as to State of Indiana. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00285-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 08/11/2009) |
| 08/12/2009 | 179 | STATUS REPORT *(Joint Report Pursuant to July 30, 2009 Order Following Status Conference)* by Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. (Brown, Brooks) (lao). (Entered: 08/12/2009) |

| | | |
|---|---|---|
| 08/13/2009 | 180 | PRO HAC VICE APPLICATION and ORDER: Attorney Steve W. Berman appearing for Plaintiff Randall Buckley. Signed by Judge Dana M. Sabraw on 08/12/09. CC: MDL Panel(lao) (av1). (Entered: 08/13/2009) |
| 08/13/2009 | 181 | PRO HAC VICE APPLICATION and ORDER: Attorney Ari Y. Brown appearing for Plaintiff Randall Buckley. Signed by Judge Dana M. Sabraw on 08/12/09. CC: MDL Panel(lao) (av1). (Entered: 08/13/2009) |
| 08/14/2009 | 183 | NOTICE of Withdrawal of Attorneys Jeffrey C. McDermott and Libby Y. Mote by Countrywide Home Loans, Inc. and Countrywide Financial Corporation.Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00285-DMS-LSP CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 08/20/2009) |
| 08/17/2009 | 182 | ORDER setting Telephonic Status Re: Plaintiff Buckley's discovery motion. (Telephonic Status Conference set for 8/21/2009 11:00 AM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 8/17/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (jrl). (Entered: 08/17/2009) |
| 08/21/2009 | 184 | ORDER following Telephonic Status Conference. A telephonic status conference regarding Plaintiff Buckley's discovery motion was held Friday, August 21, 2009. On or before August 27, 2009, the parties shall submit simultaneous letter briefs addressing the scope of relevant discovery for their cases. The parties may file reply briefs on or before August 31, 2009. Signed by Magistrate Judge William McCurine, Jr on 8/21/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (kaj). (Entered: 08/21/2009) |
| 08/21/2009 | 185 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Status Conference held on 8/21/2009.(Tape #n/a). (Plaintiff Attorney Ari Y. Brown). (Defendant Attorney Brooks R. Brown, Jeffrey D. Fox, Thomas Hefferson). (rab) (Entered: 09/02/2009) |
| 09/03/2009 | 186 | Mail Returned as Undeliverable re (177 in 3:08-md-01988-DMS-WMC, 79 in 3:09-cv-00064-DMS-WMC). Mail sent to: George S. LeMieux, Gunster Yoakley & Stewart, 500 E Broward Boulevard, Suite 1400 PO Box 14636, Fort Lauderdale, FL 33302-4636. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(lao) (Entered: 09/03/2009) |
| 09/10/2009 | 187 | PRO HAC VICE APPLICATION and ORDER: Attorney Sallie F. Pullman appearing for Defendants Countrywide Bank, N.A., Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc., Countrywide Financial Corporation, Countrywide Home Loans Inc., Full Spectrum Lending, Countrywide Financial Corporation, Bank of America Corp, Countrywide Bank FSB, Countrywide Home Loans Inc. Signed by Judge Dana M. Sabraw on 09/10/09. CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 09/10/2009) |
| 09/16/2009 | 188 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 9/16/2009. (Further Status Conference set for 10/28/2009 02:30 PM in Courtroom 10 before Judge Dana M. Sabraw.)(Court Reporter LeeAnn Pence). (Plaintiff Attorney Ari Y Brown, |

| | | |
|---|---|---|
| | | Alan M Mansfield, Donna Siegel Moffa, Mario A Pacella, Nancy Pacharzina, Illze C Thielman, Joe R Whatley Jr,). (Defendant Attorney Brooks R Brown, Jeffrey D Fox, Thomas Hefferon). Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC, 3:09-cv-00064-DMS-WMC(jak) (Entered: 09/17/2009) |
| 09/17/2009 | 189 | ORDER following Status Conference. A Telephonic Status Conference was held on 09/16/09. (Telephonic Status Conference set for 10/28/2009 2:30 PM before Judge Dana M. Sabraw.) Status Reports to be filed by 10/26/09. Signed by Judge Dana M. Sabraw on 9/17/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC, 3:09-cv-00064-DMS-WMC CC: MDL Panel(All non-registered users served via U.S. Mail Service).(lao) (Entered: 09/17/2009) |
| 10/12/2009 | 190 | MOTION to Certify Class by Randall Buckley. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration Redacted Declaration of Ari Y. Brown, # 3 Declaration Declaration of Randall Buckley, # 4 Declaration Declaration of Bryce Ward Ph.D., # 5 Appendix Trial Plan, # 6 Appendix Appendix of Authorities)(Berman, Steve) missing notice of motion (lao). (Entered: 10/12/2009) |
| 10/12/2009 | 191 | Ex Parte MOTION for leave to file documents under seal filed as NOTICE by Randall Buckley *of Ex Parte Application to File Documents Under Seal* (Berman, Steve) Modified on 10/13/2009 to correct document type (lao). (Entered: 10/12/2009) |
| 10/12/2009 | 🔒 | (Court only) Set/Reset Deadlines as to 190 MOTION to Certify Class. Motion Hearing set for 12/11/2009 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 10/13/2009) |
| 10/15/2009 | 192 | NOTICE by Office of the Attorney General, Department of Legal Affairs, State of Florida *Case has been remanded to Broward County, Florida, where it is being litigated. It is no longer necessary to serve the mentioned Assistant Attorneys General indicated in the letter.* (Gentili, Fulvio) not in pleading format (lao). (Entered: 10/15/2009) |
| 10/19/2009 | 199 | Letter from Office of the Attorney General, Economic Crimes Division: George E. Rudd, Fulvio Joseph Gentili, Robert Ronald Julian, and Jack A. Norris removed from the list of attorneys for service in this case CC: MDL Panel(kaj) (Entered: 10/29/2009) |
| 10/26/2009 | 194 | ORDER granting (191) Ex Parte Motion for leave to file documents under seal in case 3:08-md-01988-DMS-WMC. Signed by Judge Dana M. Sabraw on 10/26/2009. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(leh) (Entered: 10/27/2009) |
| 10/26/2009 | 🔒 195 | *SEALED* Sealed Document. Declaration of Ari Y. Brown in SUpport of Plaintiff Buckley's Motion for Class Certification. CC: MDL Panel(leh) (Entered: 10/27/2009) |
| 10/27/2009 | 193 | PRO HAC VICE APPOINTED: Amanda R. Trask appearing for Plaintiffs June Harding Brown, Preston Givens, Roy V. Hursh, Kimberly A. Jackson, |

| | | |
|---|---|---|
| | | John Leyvas, Symone Leyvas, Kimberly Menichetti, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. CC: MDL Panel(leh) (Entered: 10/27/2009) |
| 10/27/2009 | 196 | ORDER scheduling Telephonic Status Conference regarding Discovery. (Telephonic Status Conference set for 11/4/2009 10:00 AM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 10/27/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (Entered: 10/27/2009) |
| 10/28/2009 | 197 | Joint MOTION to Withdraw *Without Prejudice Plaintiff's Motion To Set Aside Dismissal* by Countrywide Financial Corporation, Countrywide Home Loans Inc., Full Spectrum Lending Inc. (Brown, Brooks) (lao). (Entered: 10/28/2009) |
| 10/28/2009 | 198 | ORDER regarding Plaintiff's Rule 60(B) Motion to set aside Motion to set aside Dismissal without prejudice. It is hereby Ordered that Plaintiff's Rule 60(b) Motion to Set Aside Dismissal without prejudice (Sept. 28, 2009)(Dkt. No. 40)(Motion) is withdrawn without prejudice. The November 20, 2009 hearing on the Motion and all deadlines relating to the Motion are hereby vacated re (80) Motion to Withdraw in case 3:08-cv-01888-DMS-WMC; (197) Motion to Withdraw in case 3:08-md-01988-DMS-WMC; (69) Motion to Withdraw in case 3:08-cv-01957-DMS-WMC; (112) Motion to Withdraw in case 3:08-cv-01972-DMS-WMC. Signed by Judge Dana M. Sabraw on 10/28/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao)(jrl). (Entered: 10/28/2009) |
| 10/29/2009 | 200 | ORDER Following Status Conference. A Telephonic Status Conference was held on 10/28/09. Status Reports to be filed by 12/15/09. (Telephonic Status Conference set for 12/17/2009 02:30 PM before Judge Dana M. Sabraw.) Defendant shall file its Opposition to the Motion for class certification in the Buckley matter on or before November 12, 2009. Plaintiff shall file his Reply brief on or before December 3, 2009. The hearing date shall remain as scheduled on December 11, 2009, at 1:30 PM. Signed by Judge Dana M. Sabraw on 10/29/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 10/29/2009) |
| 11/02/2009 | 201 | NOTICE by Angelo Mozilo *to Remove Counsel from Electronic Service List* (Cohen, Loren) Modified on 11/3/2009 to correct text; text should not be capitalized (lao). (Entered: 11/02/2009) |
| 11/03/2009 | 202 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 9/16/2009, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the |

| | | |
|---|---|---|
| | | Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 11/24/2009. Redacted Transcript Deadline set for 12/4/2009. Release of Transcript Restriction set for 2/1/2010. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 11/03/2009) |
| 11/03/2009 | 203 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/28/2009, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 11/24/2009. Redacted Transcript Deadline set for 12/4/2009. Release of Transcript Restriction set for 2/1/2010. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 11/03/2009) |
| 11/04/2009 | 204 | ORDER continuing Telephonic Status Conference regarding Discovery. (Telephonic Status Conference continued to 11/05/2009 4:00 PM before Magistrate Judge William McCurine, Jr.) Signed by Magistrate Judge William McCurine, Jr on 11/4/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (Entered: 11/04/2009) |
| 11/04/2009 | | (Court only) Set/Reset Hearings: Telephonic Status Conference continued to 11/5/2009 04:00 PM before Magistrate Judge William McCurine Jr. (lao) (Entered: 11/04/2009) |
| 11/04/2009 | 205 | Joint MOTION for Extension of Time to File *Briefs* by John Leyvas, Symone Leyvas, Francis G Sizemore, Rebecca G Sizemore. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 11/04/2009) |
| 11/05/2009 | 206 | ORDER on 205 Joint Motion for Extension of Time to File briefs. It is hereby Ordered that the briefs currently due to be filed in this action on 11/11/2009 are to be filed no later than 11/16/2009. Signed by Judge Dana M. Sabraw on 11/5/09. (All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 11/05/2009) |
| 11/06/2009 | 207 | PRO HAC VICE APPOINTED: Sabrina M. Rose-Smith appearing for Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Tax Services Corp., Full Spectrum Lending, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (All non-registered users served via U.S. Mail Service)(mkz) (Entered: 11/06/2009) |
| 11/09/2009 | 208 | MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process* by Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide |

|  |  |  |
|---|---|---|
|  |  | Home Loans Inc, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Attachments: # 1 Memorandum of Points and Authorities In Support of Motion to Dismiss with Exhibit A)(Brown, Brooks) (lao). (Entered: 11/09/2009) |
| 11/09/2009 | 🔒 | (Court only) Set/Reset Deadlines as to (208 in 3:08-md-01988-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*, (83 in 3:08-cv-01888-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*, (72 in 3:08-cv-01957-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*, (115 in 3:08-cv-01972-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*. Motion Hearings set for 1/8/2010 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(lao) (Entered: 11/10/2009) |
| 11/10/2009 | 209 | ORDER setting hearing date and briefing schedule. The Corporate Defendants have filed a motion to dismiss Countrywide KB Home Loans, LLC for insufficient service of process. That motion is scheduled for hearing on January 8, 2010. (Opposition due by 12/4/2009. Reply due by 12/18/2009.) (208 in 3:08-md-01988-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*, (83 in 3:08-cv-01888-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*, (72 in 3:08-cv-01957-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*, (115 in 3:08-cv-01972-DMS-WMC) MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process*. Signed by Judge Dana M. Sabraw on 11/10/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 11/10/2009) |
| 11/12/2009 | 🖇 210 | Ex Parte MOTION for Leave to File *Documents Under Seal* by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Brown, Brooks) (lao). (Entered: 11/12/2009) |
| 11/12/2009 | 211 | RESPONSE in Opposition re 190 MOTION to Certify Class filed by Countrywide Financial Corporation, Countrywide Home Loans Inc.. (Attachments: # 1 Declaration of Jeffrey D. Fox with Exhibits A-L, # 2 Declaration of Lisa Jolliffe, # 3 Declaration of Timothy J. Riddiough, Ph.D with Exhibits 1 2 [ CONFIDENTIAL LODGED UNDER SEAL], # 4 Declaration of Mariela Garica with Exhibits A-G [CONFIDENTIAL LODGED UNDER SEAL], # 5 Declaration of Robert Garrison Harvey with Exhibit A, # 6 Declaration of Kari A. Kuipers, # 7 Declaration of William Edward Bailey, III with Exhibit A, # 8 Declaration of Ezra Geggel with Exhibit A [ CONFIDENTIAL LODGED UNDER SEAL], # 9 Appendix of Unpublished Cases with Tabs 1 - 11)(Brown, Brooks) document exceeds page limit; contacted Attny re proof of service (lao). (Entered: 11/12/2009) |

| 11/12/2009 | 212 | MOTION for Leave to File Excess Pages *(Unopposed) to File Overlength Memorandum In Opposition to Class Certification* by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Memorandum in Support)(Brown, Brooks) (lao). (Entered: 11/12/2009) |
| --- | --- | --- |
| 11/12/2009 | 213 | MOTION to Strike *Portions of Ari Y. Brown's Declaration in Support of Plaintiff Buckley's Motion for Class Certification* by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Memorandum in Support of Motion to Strike)(Brown, Brooks) (lao). (Entered: 11/12/2009) |
| 11/12/2009 | 🔒 | (Court only) Set/Reset Deadlines as to (213 in 3:08-md-01988-DMS-WMC) MOTION to Strike *Portions of Ari Y. Brown's Declaration in Support of Plaintiff Buckley's Motion for Class Certification*, (93 in 3:09-cv-00064-DMS-WMC) MOTION to Strike *Portions of Ari Y. Brown's Declaration in Support of Plaintiff Buckley's Motion for Class Certification*. Motion Hearing set for 12/11/2009 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(lao) (Entered: 11/13/2009) |
| 11/12/2009 | 🔒 | (Court only) ***Deadlines terminated as to MOTION 190 to Certify Class. Pending Reply and Response Deadlines as set for 10/9/09 and also 11/12/09 - Terminated. RESPONSE in Opposition filed 11/12/09. (See 211 .) (mjm) (Entered: 02/18/2010) |
| 11/16/2009 | 214 | SUPPLEMENTAL BRIEFING by Plaintiffs June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Kimberly D Menichetti, Philip D Menichetti, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington *in Response to Court's Order dated 10/29.09 Addressing Scope of Claims Asserted in White, Leyvas & Jackson Actions*. (Attachments: # 1 Declaration of Donna Siegel Moffa, # 2 Exhibit A to Declaration of Moffa, # 3 Exhibit B to Declaration of Moffa, # 4 Exhibit C to Declaration of Moffa, # 5 Exhibit D to Declaration of Moffa, # 6 Exhibit E to Declaration of Moffa, # 7 Exhibit F to Declaration of Moffa, # 8 Exhibit G to Declaration of Moffa, # 9 Exhibit H to Declaration of Moffa, # 10 Exhibit I to Declaration of Moffa, # 11 Proof of Service)(Mansfield, Alan) supplemental documents require leave of court (lao). (Entered: 11/16/2009) |
| 11/16/2009 | 215 | Ex Parte MOTION to Seal by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Brown, Brooks) no separately captioned memorandum of points and authorities (lao). (Entered: 11/16/2009) |
| 11/16/2009 | 216 | SUPPLEMENTAL BRIEFING Corporate Defendants' Brief regarding the proper scope of case and consolidated discovery by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Attachments: # 1 Declaration of Brooks Brown with Exhibits 1-14 (Exhibit 3-5 confidential - filed under seal), # 2 Exhibits 15-18 to Brooks |

| | | |
|---|---|---|
| | | Browns Declaration, # 3 Declaration of Steven Trentacosta, # 4 Declaration of Jeffrey Keeland, # 5 Declaration of Celia Coulter, # 6 Declaration of Davis Lee)(Brown, Brooks) Modified text on 11/17/2009 to reflect document title; supplemental documents require leave of Court (lao). (Entered: 11/16/2009) |
| 11/20/2009 | 217 | ORDER regarding scope of claims and continuing dates. The Motion for class certification shall be filed on or before June 25, 2010. The Opposition to the motion shall be filed on or before July 23, 2010. The Reply shall be filed on or before August 20, 2010. The motion shall be heard on September 17, 2010, at 1:30 PM before Judge Dana M. Sabraw. Signed by Judge Dana M. Sabraw on 11/20/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 11/20/2009) |
| 11/20/2009 | 218 | NOTICE by attorney Thomas M. Fisher for pla State of Indiana for removal from service list CC: MDL Panel(kaj) (Entered: 11/24/2009) |
| 11/20/2009 | 🔒 | (Court only) ***Deadlines terminated. Opposition to Motion for Class Certification deadline set for 5/10/10 and Reply deadline set for 6/9/10 per 150 - Terminated. Deadlines extended. (See 217 .) (mjm) (Entered: 09/02/2010) |
| 11/29/2009 | 219 | ORDER Scheduling Telephonic Status Conference. (Telephonic Status Conference set for 12/4/2009 09:30 AM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 11/30/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 11/30/2009) |
| 12/01/2009 | 220 | MOTION for Leave to File Excess Pages *re Plaintiff's Reply Memorandum in Support of Motion for Class Certification* by Randall Buckley. (Attachments: # 1 Memo of Points and Authorities)(Berman, Steve) document not timely with hearing (lao). (Entered: 12/01/2009) |
| 12/01/2009 | 221 | Summons issued re 87 First Amended Consolidated Class action Complaint. (lao) (Entered: 12/01/2009) |
| 12/02/2009 | 222 | PRO HAC VICE APPOINTED: Robyn W. Madden appearing for Plaintiffs June Harding Brown, Preston Givens, Roy V. Hursh, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Kimberly Menichetti, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington (All non-registered users served via U.S. Mail Service)(mkz) (Entered: 12/02/2009) |
| 12/03/2009 | 223 | Ex Parte MOTION to Seal *Exhibit A to Ezra Geggel's Supplemental Declaration* by Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc. (Brown, Brooks) no separately captioned memorandum of points and authorities (lao). (Entered: 12/03/2009) |
| 12/03/2009 | 224 | Supplemental DECLARATION *of Ezra Geggel with Exhibits A and B (Supplemental Declaration)* by Defendants Countrywide Financial |

| | | Corporation, Countrywide Home Loans Inc. (Brown, Brooks) Modified text on 12/3/2009 to reflect supplemental; missing s/signature (lao). (Entered: 12/03/2009) |
| --- | --- | --- |
| 12/03/2009 | 225 | RESPONSE in Opposition re 213 MOTION to Strike *Portions of Ari Y. Brown's Declaration in Support of Plaintiff Buckley's Motion for Class Certification* filed by Randall Buckley. (Berman, Steve) document not timely with hearing (lao). (Entered: 12/03/2009) |
| 12/03/2009 | 226 | Ex Parte MOTION for Leave to File *Documents Under Seal* by Randall Buckley. (Berman, Steve) (lao). (Entered: 12/03/2009) |
| 12/03/2009 | 227 | REPLY to Response to Motion re 190 MOTION to Certify Class filed by Randall Buckley. (Attachments: # 1 Declaration of Ari Y. Brown, # 2 Declaration Bryce Ward, Ph.D. [lodged under seal], # 3 Appendix of Authorities)(Berman, Steve) document exceeds page limit (lao). (Entered: 12/03/2009) |
| 12/03/2009 | 🔒 | (Court only) ***Deadlines terminated as to MOTION 190 to Certify Class. Pending Reply Deadlines as set for 10/30/09 and also 12/3/09 - Terminated. REPLY filed 12/3/09. (See 227 .) (mjm) (Entered: 02/18/2010) |
| 12/04/2009 | 228 | RESPONSE in Opposition re 208 MOTION to Dismiss *Countrywide KB Home Loans, LLC for Insufficient Service of Process* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Declaration of Alan M. Mansfield, # 2 Exhibit A to Declaration of Alan M. Mansfield, # 3 Exhibit B to Declaration of Alan M. Mansfield, # 4 Exhibit C to Declaration of Alan M. Mansfield, # 5 Exhibit D to Declaration of Alan M. Mansfield, # 6 Exhibit E-Part 1-to Declaration of Alan M. Mansfield, # 7 Exhibit E-Part 2-to Declaration of Alan M. Mansfield, # 8 Exhibit F to Declaration of Alan M. Mansfield, # 9 Proof of Service)(Mansfield, Alan) (lao). (Entered: 12/04/2009) |
| 12/04/2009 | 229 | ORDER following Telephonic Status Conference. A telephonic Status Conference regarding discovery was held December 4, 2009. The Court orders the parties to continue to comply with discovery as ordered on November 5, 2009. Signed by Magistrate Judge William McCurine, Jr on 12/4/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 12/04/2009) |
| 12/04/2009 | 230 | ORDER granting Defendants' unopposed Motion to file over-length memorandum in opposition to Plaintiff's Motion for Class Certification re (212) Motion for Leave to File Excess Pages in case 3:08-md-01988-DMS-WMC; granting (92) Motion for Leave to File Excess Pages in case 3:09-cv-00064-DMS-WMC. Signed by Judge Dana M. Sabraw on 12/4/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 12/04/2009) |

| 12/04/2009 | 231 | ORDER granting Countrywide's 223 Ex Parte Motion to Seal. Exhibit A to the Supplemental Declaration of Ezra Geggel to be filed under seal. Signed by Judge Dana M. Sabraw on 12/4/2009. (All non-registered users served via U.S. Mail Service)(jah) (jrl). (Entered: 12/07/2009) |
| 12/08/2009 | 232 | SUMMONS Returned Executed by Kimberly Menichetti, Edward Marini, Sequesta L Washington, Rebecca G Sizemore, Symone Leyvas, Paula Prezola, Francis G Sizemore, Preston Givens, June Harding Brown, Philip D Menichetti, Kimberly A. Jackson, John Leyvas. Countrywide KB Home Loans, LLC served on 12/4/2009, answer due 12/28/2009. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 12/08/2009) |
| 12/08/2009 | 233 | ORDER continuing hearing date on Plaintiff's Motion for Class Certification. (190 in 3:08-md-01988-DMS-WMC);(84 in 3:09-cv-00064-DMS-WMC) (Motion Hearing continued to 2/11/2010 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 12/8/09. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 12/09/2009) |
| 12/11/2009 | 234 | REPLY to Response to Motion re 213 MOTION to Strike *Portions of Ari Y. Brown's Declaration in Support of Plaintiff Buckley's Motion for Class Certification* filed by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Brown, Brooks) document not timely with hearing (lao). (Entered: 12/11/2009) |
| 12/17/2009 | 235 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 12/17/2009. (Court Reporter LeeAnn Pence). (Attorney appearing: Ari Brown, Brooks R Brown, Tom Butler, Jeffrey Fox, Thomas M Hefferon, Alan Mansfield, Mario Pacella, Donna Siegel-Moffa, Ilze C Thielmann, Amanda Trask, Joe Whatley). Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(jak) (Entered: 12/17/2009) |
| 12/17/2009 | 236 | ORDER following Status Conference held 12/17/09. The deadline for Defendants to file their reply to their motion to dismiss Couuntrywide KB Home Loans for insufficient service is continued to 12/23/09. The motion for class certification shall be filed on or before 08/24/10, opposition due on or before 10/08/10, reply due on or before 11/22/10. The motion shall be heard on 12/10/10 at 1:30pm. Further Telephonic Status Conference set for 1/28/2010 02:30 PM in Courtroom 10 before Judge Dana M. Sabraw. Signed by Judge Dana M. Sabraw on 12/17/09.Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(All non-registered users served via U.S. Mail Service)CC: MDL Panel(jpp) (jrl). (Entered: 12/18/2009) |
| 12/23/2009 | 237 | Joint MOTION to Dismiss *For Insufficient Service of Process* by Countrywide KB Home Loans, LLC. (Brown, Brooks) (lao). (Entered: 12/23/2009) |
| 12/27/2009 | 238 | ORDER re: Discovery Dispute. On or before January 8, 2010, the parties shall submit simultaneous letter briefs regarding the discovery issues outlined in Plaintiffs' December 16, 2009 letter. (a.) Copies of key cases shall be |

| | | |
|---|---|---|
| | | attached. Relevant language shall be highlighted. (b.) Simultaneous reply briefs may be filed on or before January 15, 2010. (c.) Opening letter briefs shall be limited to seven pages. Reply briefs shall be limited to four pages. Signed by Magistrate Judge William McCurine, Jr on 12/27/09.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao)(jrl). (Entered: 12/28/2009) |
| 12/28/2009 | 239 | ORDER granting Joint Motion re: Defendant Countrywide KB Home Loans, LLC's Motion to Dismiss for insufficient service of process. It is hereby Ordered that (1) service of the Summons and ACAC upon Countrywide KB Home Loans, LLC outside of Fed. R. Civ. P. R. 4(m)s 120-day period is approved, (2) the Joint Motion is denied as moot; and (3) the January 8, 2010 hearing on the Joint Motion and all other deadlines relating to the Motion are hereby vacated. Signed by Judge Dana M. Sabraw on 12/28/09. (83) in case 3:08-cv-01888-DMS-WMC; (237), (208) in case 3:08-md-01988-DMS-WMC; (72) in case 3:08-cv-01957-DMS-WMC; (115) in case 3:08-cv-01972-DMS-WMC Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS-WMC, 3:08-cv-01957-DMS-WMC, 3:08-cv-01972-DMS-WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 12/28/2009) |
| 01/14/2010 | 240 | Joint MOTION TO EXTEND DEADLINES AND HEARING DATE RELATING TO PLAINTIFFS FED. R. CIV. P. 60(B) MOTION by Countrywide Financial Corporation, Countrywide Home Loans Inc, Full Spectrum Lending Inc. (Attachments: # 1 Proposed Order)(Brown, Brooks) contacted Attny re proposed orders and capitalizing text (lao). Modified text on 1/15/2010 to reflect joint motion (lao). (Entered: 01/14/2010) |
| 01/15/2010 | 241 | ORDER granting Joint Motion to extend deadlines and hearing date relating to Plaintiff's Fed.R.Civ.P.60(B) Motion. (45) in case 3:08-cv-01313-DMS-LSP; (240) in case 3:08-md-01988-DMS-WMC. (Opposition due by 2/15/2010. Reply due by 3/1/2010. Motion Hearing set for 3/19/2010 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 1/15/10. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01313-DMS-LSP(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 01/15/2010) |
| 01/25/2010 | 242 | NOTICE of Change of Address by Steve W. Berman (Berman, Steve) emailed Attny re updating CM/ECF account (lao). (Entered: 01/25/2010) |
| 01/28/2010 | 243 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 1/28/2010. Order to issue. (Court Reporter LeeAnn Pence). (Plaintiff Attorneys Ari Brown, Tom Butler,Mario Pacella, Donna Siegel-Moffa, Ilze Thielmann, Amanda Trask). (Defendant Attorneys Brooks Brown, Jeffrey Fox, Thomas Hefferon). Associated Cases: 3:08-md-01988-DMS-WMC et al.(jak) (Entered: 01/28/2010) |
| 01/29/2010 | 244 | ORDER following Status Conference. A Telephonic Status Conference was held on 1/28/2010. (Telephonic Status Conference set for 3/4/2010 02:30 PM before Judge Dana M. Sabraw.) Status Reports due by 3/02/2010. Signed by Judge Dana M. Sabraw on 1/29/10.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 01/29/2010) |

| | | |
|---|---|---|
| 02/04/2010 | 245 | NOTICE of Supplemental Authority in support of Buckley Plaintiffs' Motion for Class certification by Randall Buckley re 190 MOTION to Certify Class *(Notice of Supplemental Authority)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Berman, Steve) Modified text on 2/5/2010 to reflect document title (lao). (Entered: 02/04/2010) |
| 02/05/2010 | 🔒 | (Court only) Set/Reset Hearings: Telephonic Discovery Hearing set for 2/8/2010 04:15 PM in Courtroom C before Magistrate Judge William McCurine Jr.. (rab) (Entered: 02/05/2010) |
| 02/08/2010 | 251 | Minute Entry for Magistrate Judge William McCurine, Jr: Telephonic Discovery Hearing set for 2/8/2010 - Vacated. (mjm) (Entered: 02/18/2010) |
| 02/10/2010 | 246 | Second NOTICE of Supplemental Authority by Randall Buckley re 190 MOTION to Certify Class (Attachments: # 1 Appendix A)(Berman, Steve) Modified text on 2/11/2010 to reflect document type; supplemental documents require leave of court (lao). (Entered: 02/10/2010) |
| 02/11/2010 | 247 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Motion Hearing held on 2/11/2010 re (190 in 3:08-md-01988-DMS -WMC) MOTION to Certify Class filed by Randall Buckley. Supplemental briefing due by 3/1/2010. (Court Reporter LeeAnn Pence). (Plaintiff Attorney Ari Y Brown). (Defendant Attorney Brooks R Brown, Thomas Hefferon, Jeffrey D Fox (telephonically)). Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS-WMC(jak) (Entered: 02/11/2010) |
| 02/11/2010 | 248 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Status Hearing held on 2/11/2010. Supplemental briefing, 10 pages or less, due within 2 weeks. (Court Reporter LeeAnn Pence). (Plaintiff Attorney David M. Arbogast). (Defendant Attorney Brooks R Brown). Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(jak) (Entered: 02/11/2010) |
| 02/16/2010 | 249 | ORDER granting (48) Joint Motion to Defer Briefing Re: Plaintiff's FED.R.CIV.P.60(B) Motion in favor of mediation. It is hereby Ordered that: The current February 15 and March 1, 2010 briefing deadlines relating to Plaintiff's Fed. R. Civ. P. 60(B) Motion ("Motion") are deferred pending the completion of the agreed-upon mediation. The current March 19, 2010 hearing date is hereby vacated. Within five (5) business days after the completion of the mediation, the Parties shall file a joint status report. Signed by Judge Dana M. Sabraw on 2/16/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01313-DMS-LSP(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 02/16/2010) |
| 02/17/2010 | 250 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 2/11/2010, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also |

| | | |
|---|---|---|
| | | apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 3/10/2010. Redacted Transcript Deadline set for 3/22/2010. Release of Transcript Restriction set for 5/18/2010. Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS-WMC. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 02/17/2010) |
| 02/23/2010 | 252 | NOTICE by Dorothy Peralta *of Recent Ninth Circuit Decision* (Arbogast, David) (lao). (Entered: 02/23/2010) |
| 02/24/2010 | 253 | Joint MOTION for Extension of Time to File *Supplemental Briefs* by Countrywide Bank FSB, Countrywide Home Loans Inc. (Brown, Brooks) (lao). (Entered: 02/24/2010) |
| 02/25/2010 | 254 | ORDER granting Joint Motion to Extend Time to File Supplemental Briefs; (253) in case 3:08-md-01988-DMS -WMC; (93) 3:10-cv-00257-DMS -WMC. The Parties shall file their respective Supplemental Briefs on or before March 1, 2010. Signed by Judge Dana M. Sabraw on 2/25/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 02/25/2010) |
| 02/26/2010 | 255 | PRO HAC VICE APPLICATION and ORDER: Attorney TerriAnne Benedetto appearing for Steven S. Bigverdi, James Moscoso, Dorothy Peralta. Signed by Judge Dana M. Sabraw on 02/25/10. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(lao) Modified on 3/1/2010 to add parties (lao). (Entered: 03/01/2010) |
| 02/26/2010 | 256 | PRO HAC VICE APPLICATION and ORDER: Attorney Diogenes P. Kekatos appearing for Steven S. Bigverdi, James Moscoso, Dorothy Peralta. Signed by Judge Dana M. Sabraw on 02/25/10. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(lao) (Entered: 03/01/2010) |
| 02/26/2010 | 257 | PRO HAC VICE APPLICATION and ORDER: Attorney Christopher A. Seeger appearing for Steven S. Bigverdi, James Moscoso, Dorothy Peralta. Signed by Judge Dana M. Sabraw on 02/25/10. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(lao) (Entered: 03/01/2010) |
| 03/01/2010 | 258 | SUPPLEMENTAL BRIEF filed as SUR-REPLY - re 190 MOTION to Certify Class *(Supplemental Brief per Court Order)* filed by Randall Buckley. (Attachments: # 1 Declaration of Ari Y. Brown, # 2 Declaration of W. Kwadwo Boateng)(Berman, Steve) Modified on 3/2/2010 to reflect document type; supplemental documents require leave of court (lao). (Entered: 03/01/2010) |
| 03/01/2010 | 259 | MOTION for Leave to File Excess Pages *in Supplemental Brief in Opposition to Class Certification (Unopposed)* by Countrywide Financial Corporation, Countrywide Home Loans Inc. (Attachments: # 1 Memo of Points and Authorities)(Brown, Brooks) (lao). (Entered: 03/01/2010) |
| 03/01/2010 | 260 | SUPPLEMENTAL RESPONSE in Opposition re 190 MOTION to Certify Class filed by Countrywide Financial Corporation(a Delaware corporation), |

| | | |
|---|---|---|
| | | Countrywide Home Loans Inc. (Attachments: # 1 Exhibits A-B)(Brown, Brooks) Modified on 3/2/2010 to clarify text; supplemental documents require leave of Court (lao). (Entered: 03/01/2010) |
| 03/01/2010 | 261 | SUPPLEMENTAL BRIEF filed as RESPONSE re 248 Status Hearing, *Re: Defendants Supplemental Brief in Support of Amended Motion to Dismiss* filed by Countrywide Bank FSB, Countrywide Home Loans Inc.. (Attachments: # 1 Appendix of Cases Cited in Defendants' Supplemental Brief in Support of Amended Motion to Dismiss with Tabs 1-7)(Brown, Brooks) Modified on 3/2/2010to reflect supplemental; supplemental documents require leave of court (lao). (Entered: 03/01/2010) |
| 03/03/2010 | 262 | NOTICE of Withdrawal of Attorney Thomas J. Butler by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Kimberly Menichetti, Philip D Menichetti, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington (Removal of Thomas J. Butler) (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified on 3/3/2010 to reflect document type (lao). (Entered: 03/03/2010) |
| 03/04/2010 | 263 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 3/4/2010. (Court Reporter LeeAnn Pence). (Attorneys participating: David Arbogast, Steve Berman, Ari Brown, Brooks R Brown, Jeffrey Fox, Thomas Hefferon, Mario Pacella, Richard Rouco, Donna Siegel-Moffa, Ilze Thielmann, Amanda Trask, Joe Whatley). (jak) (Entered: 03/04/2010) |
| 03/05/2010 | 264 | ORDER following Status Conference. A Telephonic Status Conference was held on 03/04/2010. In Buckley, Defendants shall submit their evidentiary objections to Plaintiffs supplemental brief and supporting documents on or before March 12, 2010. Plaintiff shall file his response on or before March 19, 2010. In Peralta, Plaintiffs shall file a motion to stay on or before March 11, 2010. Any party wishing to file a responsive brief shall do so on or before March 18, 2010. Status reports shall be filed by April 13, 2010. (Telephonic Status Conference set for 4/15/2010 02:00 PM before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 3/5/10.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(lao) (jrl). (Entered: 03/05/2010) |
| 03/09/2010 | 265 | PRO HAC VICE APPOINTED: Richard P. Rouco appearing for Plaintiffs June Harding Brown, Preston Givens, Roy V. Hursh, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Kimberly Menichetti, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (All non-registered users served via U.S. Mail Service)(mkz) (Entered: 03/09/2010) |
| 03/11/2010 | 266 | MOTION to Stay the Peralta action pending the Ninth Circuit's decision re this Court's jurisdiction by Dorothy Peralta. (Berns, Jeffrey) Modified on 3/12/2010 to reflect document title; missing hearing date and time; no separately captioned memorandum of points and authorities; emailed Attny re wrong s/signature and missing proof of service (lao). (Entered: 03/11/2010) |

| 03/11/2010 | 267 | DOCUMENT E-Filed in Error - MOTION for Order *Proposed Order on Motion to Stay* by Dorothy Peralta. (Berns, Jeffrey) Modified on 3/12/2010 to reflect error; emailed attny re proposed orders (lao). (Entered: 03/11/2010) |
| 03/12/2010 | 268 | CERTIFICATE OF SERVICE by Dorothy Peralta re 266 MOTION to Stay (Berns, Jeffrey) (lao). (Entered: 03/12/2010) |
| 03/12/2010 | 269 | OBJECTION by Countrywide Financial Corporation, Countrywide Home Loans Inc *to St. Onge Deposition and to Boateng Declaration*. (Brown, Brooks) (lao). (Entered: 03/12/2010) |
| 03/12/2010 | 271 | ORDER granting Defendants' unopposed Motion for leave to file overlength Supplemental brief in Opposition to Class certification re (259) Motion in case 3:08-md-01988-DMS -WMC; (124) Motion in case 3:09-cv-00064-DMS-WMC. Signed by Judge Dana M. Sabraw on 3/12/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS-WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 03/15/2010) |
| 03/15/2010 | 270 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 3/4/2010, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 4/5/2010. Redacted Transcript Deadline set for 4/15/2010. Release of Transcript Restriction set for 6/14/2010. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 03/15/2010) |
| 03/18/2010 | 272 | RESPONSE in Opposition re 266 MOTION to Stay *Peralta Action Pending Ninth Circuit Decision re Jurisdiction* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Kimberly Menichetti, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service) (Mansfield, Alan) no hearing date and time (lao). (Entered: 03/18/2010) |
| 03/18/2010 | 273 | RESPONSE in Opposition re 266 MOTION to Stay *The Peralta Action* filed by Countrywide Bank FSB, Countrywide Home Loans Inc. (Attachments: # 1 Exhibit A)(Brown, Brooks) (lao). (Entered: 03/18/2010) |
| 03/19/2010 | 274 | RESPONSE re 269 Objection *to St. Onge Deposition and Boateng Declaration* filed by Randall Buckley. (Berman, Steve) (lao). (Entered: 03/19/2010) |
| 03/24/2010 | 275 | ORDER granting in part and denying in part Motion to Stay Peralta action re (266) in case 3:08-md-01988-DMS -WMC. This stay shall remain in effect until the Ninth Circuit issues its decision on the appeal, Case Number 10-15413. Counsel for Plaintiff shall immediately give notice to the Court and parties of the Ninth Circuit's decision on appeal. Signed by Judge Dana |

| | | | |
|---|---|---|---|
| | | | M. Sabraw on 3/24/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 03/25/2010) |
| 04/06/2010 | | 276 | NOTICE of Withdrawal of Jeffrey D. Fox as Counsel for Certain Defendants by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Fox, Jeffrey) Modified on 4/6/2010 to reflect document title (lao). (Entered: 04/06/2010) |
| 04/15/2010 | | 277 | NOTICE of Dismissal of Plaintiffs' Ninth Circuit Appeal by Countrywide Bank FSB, Countrywide Home Loans Inc *Re: Dismissal of Plaintiffs' Ninth Circuit Appeal* (Brown, Brooks) (lao). (Entered: 04/15/2010) |
| 04/15/2010 | | 278 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 4/15/2010. (Court Reporter LeeAnn Pence). (Plaintiff Attorney Jeffrey Berns, Ari Brown, Alan M Mansfield, Mario A Pacella, Richard Rouco, Donna Siegel-Moffa). (Defendant Attorney Brooks R Brown, Maria B Green, Thomas M Hefferon). (jak) (Entered: 04/15/2010) |
| 04/15/2010 | | 279 | ORDER following Status Conference. A Telephonic Status Conference was held on 04/15/10. In Buckley, the Court grants Defendants request to vacate the upcoming expert report deadlines. The Court will set new deadlines for expert reports in the order on the motion for class certification. In White, counsel shall meet and confer about a continuance of all dates, and submit a proposed amended scheduling order to the Court by April 22, 2010. In Peralta, the Court grants Defendants' request to stay all discovery pending a decision on the pending motion to dismiss. (Telephonic Status Conference set for 5/27/2010 02:00 PM before Judge Dana M. Sabraw. Status Reports to be filed by 05/25/10.) Signed by Judge Dana M. Sabraw on 4/15/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 04/16/2010) |
| 04/20/2010 | 🔓 | 280 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 4/15/2010, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 5/11/2010. Redacted Transcript Deadline set for 5/21/2010. Release of Transcript Restriction set for 7/19/2010. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 04/21/2010) |
| 04/20/2010 | 🔓 | 281 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 4/1/2010, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be |

| | | |
|---|---|---|
| | | viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 5/11/2010. Redacted Transcript Deadline set for 5/21/2010. Release of Transcript Restriction set for 7/19/2010. Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS -WMC. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 04/21/2010) |
| 04/23/2010 | 282 | AMENDED SCHEDULING ORDER. A telephonic status conference was held on April 14, 2010. The Motion for class certification shall be filed on or before October 29, 2010. The Opposition shall be filed on or before December 13, 2010. reply papers shall be filed on or before January 31, 2011. The class certification Motion shall be heard on February 11, 2011 at 1:30 p.m. Signed by Judge Dana M. Sabraw on 4/23/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS-WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (jrl). (Entered: 04/23/2010) |
| 04/23/2010 | 283 | ORDER denying Plaintiff's Motion for Class Certification re (190) and (213) in case 3:08-md-01988-DMS -WMC; (84) and (93) in case 3:09-cv-00064-DMS -WMC. With this ruling, the Court reimposes the expert report deadlines that were vacated in the Courts April 16, 2010 Order. Signed by Judge Dana M. Sabraw on 4/23/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 04/23/2010) |
| 05/07/2010 | 🔒 | (Court only) ***Appeal Document Filed. Petition for Permission to Appeal under 23(f) filed in 09-cv-00064-DMS-WMC. USCA Case No. 10-80103. (akr) (Entered: 05/07/2010) |
| 05/07/2010 | 284 | USCA Case Number 10-80103 for Petition for Permission to Appeal under 23(f) filed in Associated Case 09-cv-00064-DMS-WMC. CC: MDL Panel. (akr) (Entered: 05/07/2010) |
| 05/14/2010 | 285 | ORDER granting in part and denying in part Defendants' motion to dismiss first amended complaint. Signed by Judge Dana M. Sabraw on 5/14/2010.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(tkl) Modified text on 5/17/2010 (tkl). (jrl). (Entered: 05/17/2010) |
| 05/27/2010 | 286 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 5/27/2010. (Court Reporter LeeAnn Pence). (Plaintiff Attorney David Arbogast, Ari Y Brown, Brooks R Brown, Alan M Mansfield, Mario A Pacella, Nicholas B Roth, Donna Siegel-Moffa, Ilze C Thielmann, Amanda Trask, Joe R Whatley). (Defendant Attorney Maria B Green, Thomas M Hefferon). (jak) (Entered: 05/27/2010) |
| 05/27/2010 | 287 | ORDER following Status Conference. Telephonic Status Conference was held on 05/27/10. In Peralta, the Court grants Defendants' request for an |

| | | |
|---|---|---|
| | | extension of time to respond to the First Amended Complaint. Defendants' Answer shall now be filed on or before June 25, 2010. Counsel shall contact Judge McCurine's chambers on or before June 3, 2010, to schedule an Early Neutral Evaluation Conference subject to Judge McCurine's availability, but preferably on or before June 28, 2010. In Buckley, the Court Stays the upcoming deadline for supplemental expert reports pending a ruling from the Ninth Circuit on Buckley's request for interlocutory appeal. Within two weeks of that ruling, the parties shall meet and confer and submit a Joint Motion to the Court on how to proceed with this case. (Telephonic Status Conference set for 7/15/2010 02:00 PM before Judge Dana M. Sabraw.) Status Reports to be filed by July 13, 2010. Signed by Judge Dana M. Sabraw on 5/27/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 05/28/2010) |
| 06/14/2010 | 288 | NOTICE AND ORDER for Early Neutral Evaluation Conference. (Early Neutral Evaluation set for 7/8/2010 02:00 PM in chambers in Courtroom C before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 6/14/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 06/14/2010) |
| 06/24/2010 | 289 | NOTICE of Appearance by Jennie Lee Anderson on behalf of Dorothy Peralta, Steven S. Bigverdi, James Moscoso (Anderson, Jennie) Modified on 6/25/2010 to add parties not selected; emailed attny re filing separate notice of appearance for Lori Andrus (lao). (Entered: 06/24/2010) |
| 06/25/2010 | 290 | NOTICE of Appearance by Lori Erin Andrus on behalf of Steven S. Bigverdi, James Moscoso, Dorothy Peralta (Andrus, Lori) (lao). (Entered: 06/25/2010) |
| 06/25/2010 | 291 | ANSWER to First Amended Class Action Complaint and Affirmative Defenses by Countrywide Home Loans Inc.(Brown, Brooks) Modified on 6/28/2010 to delete duplicate text (lao). (Entered: 06/25/2010) |
| 07/08/2010 | 🔒 | (Court only) ***Deadline terminated. Early Neutral Evaluation set for 7/8/2010 before Magistrate Judge William McCurine Jr. - Held. (See 312 .) (mjm) (Entered: 09/01/2010) |
| 07/09/2010 | 292 | PRO HAC VICE APPOINTED: Matthew G. Lindenbaum appearing for Defendants Bank Of America, Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Home Loans Inc., Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., Full Spectrum Lending, Full Spectrum Lending Inc, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(leh) (Entered: 07/09/2010) |
| 07/13/2010 | 293 | Joint MOTION to Dismiss without prejudice claims of Kimberly Menichetti filed by Kimberly Menichetti (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified on 7/16/2010 to reflect joint motion (lao). (Entered: 07/13/2010) |

| 07/13/2010 | 294 | Joint MOTION Requesting Order Governing Expert Discovery by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, June Taylor, Sequesta L Washington. (Attachments: # 1 Proposed Order, # 2 Proof of Service)(Mansfield, Alan) (lao). (Entered: 07/13/2010) |
| 07/13/2010 | 🔒 | (Court only) 294 Joint MOTION Requesting Order Governing Expert Discovery. Motion set before William McCurine, Jr.(lao) (Entered: 07/14/2010) |
| 07/14/2010 | 295 | PRO HAC VICE APPOINTED: David L. Permut appearing for Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Home Loans Inc., Countrywide Tax Services Corp., Full Spectrum Lending, Full Spectrum Lending Inc, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(leh) (Entered: 07/14/2010) |
| 07/15/2010 | 296 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 7/15/2010. (Court Reporter LeeAnn Pence). (Plaintiff Attorneys Jennie Anderson, Ari Y Brown, Alan M Mansfield, J Mark Moore, Mario A Pacello, Nicholas B Roth, Donna Siegel-Moffa, Ilze C Thielmann, Amanda Trask, Joe R Whatley). (Defendant Attorneys Brooks R Brown, Maria B Green, Thomas M Hefferon). (jak) (Entered: 07/15/2010) |
| 07/15/2010 | 297 | ORDER on Joint Motion for Order governing expert Discovery. Signed by Judge Dana M. Sabraw on 7/15/10. (Doc. entry #294 in case 3:08-md-01988-DMS -WMC) Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 07/15/2010) |
| 07/16/2010 | 298 | ORDER following Status Conference. A Telephonic Status Conference was held on 07/15/10. It is hereby Ordered: In Buckley, the Court continues the stay on expert discovery pending a ruling on the appeal. In White, counsel shall meet and confer on the adjustment to the manner and timing of the expert disclosures, and submit a joint motion and proposed second amended scheduling order on or before July 22, 2010. (Telephonic Status Conference set for 8/26/2010 02:00 PM before Judge Dana M. Sabraw.) Status Reports to be filed by 08/24/10. Signed by Judge Dana M. Sabraw on 7/16/10.(All non-registered users served via U.S. Mail Service)(lao)(jrl). (Entered: 07/16/2010) |
| 07/16/2010 | 299 | ORDER granting stipulated dismissal without prejudice of claims of Kimberly Menichetti pursuant to Fed.R.Civ.Proc. 41(A)(1)(A)(ii) re (293) in case 3:08-md-01988-DMS-WMC; (128) Motion in case 3:08-cv-01972-DMS-WMC. Signed by Judge Dana M. Sabraw on 7/16/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service) CC: MDL Panel(lao) (jrl). (Entered: 07/16/2010) |

| 07/22/2010 | 300 | ORDER regarding Plaintiff Buckley's Ex Parte Application to file documents under seal re Motion (226) in case 3:08-md-01988-DMS -WMC; Motion (105) in case 3:09-cv-00064-DMS -WMC. Signed by Judge Dana R. Sabraw on 7/22/10. Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS -WMC(All non-registered users served via U.S. Mail Service) (lao)(jrl). (Entered: 07/22/2010) |
| 07/23/2010 | 301 | Second Amended SCHEDULING ORDER. A telephonic status conference was held on July 15, 2010. Plaintiffs' motion for class certification, together with all evidence relied upon by Plaintiffs and other papers required by Local Rule 7.1 in support of their motion for class certification, shall be filed on or before December 17, 2010. Defendants' opposition to the class certification motion, together with all evidence relied upon by Defendants and other papers required by Local Rule 7.1 in opposition to the motion for class certification, shall be filed on or before February 15, 2011. The class certification reply papers responding to the arguments and evidence advanced by Defendants in their class certification opposition submissions shall be filed on or before March 31, 2011. The class certification motion shall be heard on April 22, 2011 at 1:30 p.m. Signed by Judge Dana M. Sabraw on 7/23/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 07/23/2010) |
| 07/26/2010 | 302 | ORDER of USCA in USCA Case No. 10-80103. The USCA, in its discretion, grants the petition for permission to appeal the USDC's April 23, 2010 order denying class action certification. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d). Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC. CC: MDL Panel. (akr) (Entered: 07/27/2010) |
| 07/27/2010 | 🔒 | (Court only) ***Appeal Document Filed: Notice of Appeal filed by Plaintiff Randall Buckley pursuant to FRAP 5(d) per 302 Order of USCA. Notice of Appeal need not be filed in USDC under FRAP 5(d). USCA Case No. 10-56180. Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS -WMC. (akr) (Entered: 07/27/2010) |
| 07/27/2010 | 303 | USCA Case Number 10-56180 for Notice of Appeal filed by Randall D Buckley. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC. CC: MDL Panel. (akr) (Entered: 07/27/2010) |
| 07/27/2010 | 304 | USCA Time Schedule Order for Notice of Appeal filed by Randall D Buckley. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC. (akr) (Entered: 07/27/2010) |
| 07/29/2010 | 305 | USCA Appeal Fees received ($455.00, Receipt No. CAS016362) re Notice of Appeal filed by Randall D Buckley. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC. (USCA Case No. 10-56180. Notice electronically transmitted to US Court of Appeals.) (akr) (Entered: 07/29/2010) |
| 07/29/2010 | 306 | ORDER re Letter Brief re discovery dispute. The Court issues the following briefing schedule: On or before August 6, 2010, Plaintiff may submit a letter |

| | | |
|---|---|---|
| | | brief. On or before August 13, 2010, Defendant may submit an Opposition letter brief. On or before August 17, 2010, Plaintiff may submit a Reply letter brief. If any letter brief is submitted with attached exhibits, all exhibits must be tabbed and briefs must be hand delivered to chambers not electronically submitted. Signed by Magistrate Judge William McCurine, Jr on 7/28/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 07/29/2010) |
| 08/13/2010 | 307 | ORDER re Letter Brief. On or before 08/18/2010 Defendant may submit an Opposition letter brief. On or before 08/24/2010 Plaintiff may submit a Reply letter brief. If any letter brief is submitted with attached exhibits, all exhibits must be tabbed and briefs must be hand delivered to chambers not electronically submitted. Signed by Magistrate Judge William McCurine, Jr on 8/12/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 08/13/2010) |
| 08/20/2010 | 308 | NOTICE of Appearance by Timothy Gordon Blood on behalf of Dorothy Peralta (Blood, Timothy) (lao). (Entered: 08/20/2010) |
| 08/20/2010 | 309 | NOTICE of Appearance by Thomas Joseph O'Reardon, II on behalf of Dorothy Peralta (O'Reardon, Thomas) emailed attny re wrong s/signature (lao). (Entered: 08/20/2010) |
| 08/23/2010 | 310 | NOTICE concerning transcripts of proceedings by Randall Buckley (Berman, Steve) emailed attny re capitalizing text (lao). (Entered: 08/23/2010) |
| 08/26/2010 | 311 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 8/26/2010. (Court Reporter LeeAnn Pence).(Plaintiff Attorney David Arbogast, Ari Y Brown, Alan M Mansfield, Nicholas B Roth, Donna Siegel-Moffa, Amanda Trask). (Defendant Attorney Brooks R Brown, Maria B Green, Thomas Hefferon). (jak) (Entered: 08/26/2010) |
| 08/26/2010 | 312 | ORDER Following Early Neutral Evaluation Conference, Setting Rule 26 Compliance and Notice of Case Management Conference. A telephonic Case Management Conference is set for 9/30/10 at 9:00 AM before Magistrate Judge William McCurine Jr. Signed by Magistrate Judge William McCurine, Jr on 8/26/2010. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC (srm) (cap). (Entered: 08/27/2010) |
| 08/31/2010 | 313 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 8/26/2010, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber |

| | | |
|---|---|---|
| | | 9/21/2010. Redacted Transcript Deadline set for 10/1/2010. Release of Transcript Restriction set for 11/29/2010. CC: MDL Panel. (All non-registered users served via U.S. Mail Service). (akr) (Entered: 08/31/2010) |
| 09/01/2010 | 314 | ORDER re Third Amended Briefing Schedule. Defendants may submit an Opposition letter brief by 09/1/2010. Plaintiffs may submit a Reply letter brief by 09/8/2010. If any letter is submitted with attached exhibits, all exhibits must be tabbed and briefs must be hand delivered to chambers not electronically submitted. Signed by Magistrate Judge William McCurine, Jr on 8/26/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 09/01/2010) |
| 09/02/2010 | 315 | RESPONSE re 311 Status Conference, *Letter Brief in Response to Court's Order of August 26, 2010* filed by Randall Buckley. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Berman, Steve) no certificate of service attached (lao). (Entered: 09/02/2010) |
| 09/03/2010 | 316 | ORDER following Status Conference. A Telephonic status conference was held on 08/26/10. (Telephonic Status Conference set for 9/30/2010 02:00 PM before Judge Dana M. Sabraw with status reports to be filed by September 28, 2010.) In Buckley, Plaintiff shall submit a letter brief by September 2, 2010. Defendants shall file their response on or before September 10, 2010. In White, counsel shall submit a proposed Third Amended Scheduling Order on or before September 2, 2010. Signed by Judge Dana M. Sabraw on 9/3/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 09/03/2010) |
| 09/10/2010 | 🔒 317 | RESPONSE re 315 Response, *Letter Brief with attached exhibits A-H* filed by Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc. (Brown, Brooks) emailed attny re wrong s/signature; no certificate of service attached (lao). (Additional attachment(s) added on 9/13/2010: # 1 Exhibits A and B). (akr). Modified on 9/13/2010 to note that the document has been refiled by USDC Clerk's Office. The Main Document includes the letter brief and attached exhibits C to H. Attachment 1 includes exhibits A and B. (akr). (Entered: 09/10/2010) |
| 09/13/2010 | 318 | CERTIFICATE OF SERVICE by Countrywide Financial Corporation, Countrywide Home Loans Inc re 317 Response (Brown, Brooks) (lao). (Entered: 09/13/2010) |
| 09/13/2010 | 319 | Third Amended Scheduling ORDER. A telephonic status conference was held on August 26, 2010. Plaintiffs' motion for class certification shall be filed on or before March 17, 2011. Defendants' Opposition shall be filed on or before May 4, 2011. The class certification reply papers shall be filed on or before June 10, 2011. The class certification motion shall be heard on June 24, 2011 at 1:30 p.m. Signed by Judge Dana M. Sabraw on 9/13/10. (All non-registered users served via U.S. Mail Service)Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(lao) (jrl). (Entered: 09/13/2010) |

| | | |
|---|---|---|
| 09/13/2010 | 320 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Status Conference) held on 5/27/2010, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 10/4/2010. Redacted Transcript Deadline set for 10/14/2010. Release of Transcript Restriction set for 12/13/2010. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS-WMC. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of Electronic filing only.) (akr) (Entered: 09/13/2010) |
| 09/14/2010 | 321 | ORDER Staying Case. The Court finds that Plaintiff's individual case should be Stayed pending a ruling from the Ninth Circuit on Plaintiff's appeal. Signed by Judge Dana M. Sabraw on 9/14/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:09-cv-00064-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 09/15/2010) |
| 09/14/2010 | 322 | ORDER vacating Orders 306 and 307 regarding Letter Briefing. The parties agree that there is no need for further briefing. Therefore, the Court vacates it Orders (Doc. Nos. 306 and 307). Signed by Magistrate Judge William McCurine, Jr on 9/14/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 09/15/2010) |
| 09/24/2010 | 323 | ORDER re Telephonic Case Management Conference. (Telephonic Case Management Conference continued to 9/30/2010 04:15 PM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 9/24/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 09/24/2010) |
| 09/30/2010 | 324 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 9/30/2010. Court to issue order. (Court Reporter LeeAnn Pence).(Plaintiff Attorney David Arbogast, Nicholas Roth, Donna Siegel-Moffa, Ilze Thielmann, Amanda Trask, Joe Whatley). (Defendant Attorney Maria Green, Thomas Hefferon). (jak) (Entered: 09/30/2010) |
| 09/30/2010 | 325 | ORDER following Status Conference. A Telephonic status conference was held on 09/30/10. (Telephonic Status Conference set for 12/2/2010 02:00 PM before Judge Dana M. Sabraw.) Status reports to be filed by November 30, 2010. Signed by Judge Dana M. Sabraw on 9/30/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 09/30/2010) |
| 10/03/2010 | 326 | ORDER re Status Conference. A Telephonic Status Conference was held on 09/30/10. (Telephonic Status Conference set for 12/7/2010 04:30 PM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 10/3/10.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 10/04/2010) |

| 12/02/2010 | 327 | ORDER continuing Status Conference. The Court hereby vacates the status conference scheduled for December 2, 2010. Status reports to be filed by January 28, 2011. (Telephonic Status Conference set for 1/20/2011 02:00 PM before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 12/2/10.(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 12/02/2010) |
| --- | --- | --- |
| 12/09/2010 | 328 | NOTICE of Change of Address by Brooks R. Brown (Brown, Brooks) (lao). (Entered: 12/09/2010) |
| 01/03/2011 | 329 | Fourth AMENDED SCHEDULING ORDER. Plaintiffs' motion for class certification shall be filed on or before April 14, 2011. Defendants' opposition to the class certification motion, shall be filed on or before June 1, 2011. The class certification reply papers shall be filed on or before June 30, 2011. The class certification motion shall be heard on July 15, 2011 at 1:30 p.m. Signed by Judge Dana M. Sabraw on 1/3/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 01/03/2011) |
| 01/20/2011 | 330 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 1/20/2011. (Court Reporter LeeAnn Pence).(Plaintiff Attorney Mario Anthony Pacella, Amanda R Trask, Ilze Thielman, Joe R Whatley Jr.) (Defendant Attorney Brooks R Brown, Maria B Green, Thomas Hefferon). (jak) (Entered: 01/20/2011) |
| 01/20/2011 | 331 | ORDER following Status Conference. A telephonic status conference was held on January 20, 2011. (Telephonic Status Conference set for 3/3/2011 02:00 PM before Judge Dana M. Sabraw.) Status reports to be filed by March 1, 2011. Signed by Judge Dana M. Sabraw on 1/20/11.(All non-registered users served via U.S. Mail Service)(lao) (Entered: 01/20/2011) |
| 01/24/2011 | 332 | ORDER regulating Discovery and other pretrial proceedings. Plaintiff shall file its motion for class certification on or before September 2, 2011. Defendant may file its response/opposition on or before September 23, 2011. Plaintiff may file a reply on or before October 10, 2011. The motion for class certification will be heard November 4, 2011, at 1:30 p.m. before Judge Dana M. Sabraw. Signed by Magistrate Judge William McCurine, Jr on 1/21/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (Entered: 01/25/2011) |
| 02/08/2011 | 333 | ORDER setting Telephonic Status. (Telephonic Status Conference set for 2/9/2011 04:00 PM before Magistrate Judge William McCurine Jr.) Signed by Magistrate Judge William McCurine, Jr on 2/9/11.(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 02/08/2011) |
| 02/09/2011 | 334 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Discovery Conference held on 2/9/2011. Order to issue. (CD# 2/9/2011 n/a). (Plaintiff Attorney Donna Moffa, Amanda Trask, Ilze Thielmann). (Defendant Attorney Brooks Brown, Maria Green). Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC(axk) (Entered: 02/16/2011) |

| 02/17/2011 | 335 | ORDER re Status Conference. A Telephonic status conference regarding discovery was held on 2/9/11. On or before March 1, 2011, Defendants' shall submit their letter brief. On or before March 8, 2011, Plaintiffs' shall submit their letter brief. Signed by Magistrate Judge William McCurine, Jr on 2/16/11.(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 02/18/2011) |
|---|---|---|
| 03/01/2011 | 336 | ORDER vacating briefing schedule. The Court's 335 Order of February 16, 2011, is Vacated. Signed by Magistrate Judge William McCurine, Jr on 3/1/11.(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 03/02/2011) |
| 03/03/2011 | 337 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 3/3/2011. (Court Reporter LeeAnn Pence).(Plaintiff Attorneys Donna Siegel Moffa,Ilze Thielmann, Amanda R Trask, Joe R Whatley Jr). (Defendant Attorneys Brooks R Brown, Maria B Green, Thomas Hefferon). (jak) (Entered: 03/03/2011) |
| 03/03/2011 | 338 | ORDER following Status Conference. A Telephonic Status Conference was held on 3/3/11. (Telephonic Status Conference set for 4/13/2011 02:00 PM before Judge Dana M. Sabraw.) Status reports to be filed by April 11, 2011. Signed by Judge Dana M. Sabraw on 3/3/11.(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 03/03/2011) |
| 03/11/2011 | 339 | Amended SCHEDULING ORDER. Plaintiff's motion for class certification, together with all evidence relied upon by Plaintiff and other papers required by Local Rule 7.1 in support of her motion for class certification, shall be filed on or before August 23, 2011. Defendant's opposition to the class certification motion, together with all evidence relied upon by Defendant and other papers required by Local Rule 7.1 in opposition to the motion for class certification, shall be filed on or before September 30, 2011. Plaintiff's class certification reply papers responding to the arguments and evidence advanced by Defendant in its class certification opposition submission shall be filed on or before October 25, 2011. The class certification motion shall be heard on November 4, 2011 at 1:30 p.m. Signed by Judge Dana M. Sabraw on 3/11/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 03/11/2011) |
| 03/11/2011 | 424 | NOTICE of Gunster, Yoakley and Stewart, P.A.'s Motion to withdraw as counsel and request to be removed from the CM/ECF Service list by Countrywide Financial Corporation, Countrywide Home Loans Inc. CC: MDL Panel(lao) (Entered: 07/20/2011) |
| 03/21/2011 | 340 | PRO HAC VICE APPLICATION and ORDER: Attorney Catalina E. Azuero appearing for Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Tax Services Corp., Full Spectrum Lending, Full Spectrum Lending Inc, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. Signed by Judge Dana M. Sabraw on 3/18/11. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 03/30/2011) |

| 03/21/2011 | 341 | PRO HAC VICE APPLICATION and ORDER: Attorney Matthew S. Sheldon appearing for Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Tax Services Corp., Full Spectrum Lending, Full Spectrum Lending Inc, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. Signed by Judge Dana M. Sabraw on 3/18/11. CC: MDL Panel(All non-registered users served via U.S. Mail Service)(lao)(jrd). (Entered: 03/30/2011) |
| 04/04/2011 | 342 | NOTICE of Change of Firm Affiliation and Contact Information for Attorney Richard P. Rouco by June Harding Brown, Preston Givens, Roy V. Hursh, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Kimberly Menichetti, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington (Rouco, Richard) Modified on 4/5/2011 to clarify text; emailed attny re updating cm/ecf account (lao). (Entered: 04/04/2011) |
| 04/06/2011 | 343 | Joint MOTION for Leave to File Excess Pages *Re Class Certification Briefing* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, June Taylor, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 04/06/2011) |
| 04/06/2011 | 344 | ORDER Granting 343 Joint Motion to Exceed Page Limitation on Class Certification Briefing. Signed by Judge Dana M. Sabraw on 4/6/2011. (All non-registered users served via U.S. Mail Service)(knh)(jrd) (Entered: 04/06/2011) |
| 04/13/2011 | 345 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 4/13/2011. Further Status Conference set for 5/25/11 at 2:00 PM. (Court Reporter LeeAnn Pence).(Attorneys appearing: Brooks R Brown, Maria B Green, Thomas M Hefferon, Alan Mansfield, Donna Siegel-Moffa, Amanda Trask). (jak) (Entered: 04/13/2011) |
| 04/13/2011 | 347 | ORDER following Status Conference. A telephonic status conference was held on April 13, 2011. Status Reports to be filed by May 23, 2011. (Telephonic Status Conference set for 5/25/2011 02:00 PM before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 4/13/11.(All non-registered users served via U.S. Mail Service)(lao)(jrd) (Entered: 04/14/2011) |
| 04/14/2011 | 346 | Joint MOTION for Leave to File *Documents Under Seal* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 04/14/2011) |
| 04/14/2011 | 348 | MOTION to Certify *Class* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Memo of Points and Authorities (Redacted), # 2 Declaration of Amanda R. Trask, # 3 Exhibit A-D to Trask Declaration, # 4 Exhibit E-J to Trask Declaration, # 5 Exhibit K-S to Trask Declaration, # 6 Declaration of Ilze C. |

| | | |
|---|---|---|
| | | Thielmann, # 7 Declaration of Alan M. Mansfield, # 8 Declaration of Nicholas B. Roth, # 9 Declaration of Mario A. Pacella, # 10 Declaration of Mark K. Gray, # 11 Proof of Service)(Mansfield, Alan) document exceeds page limit; wrong s/signature on memorandum of points and authorities (lao). (Entered: 04/14/2011) |
| 04/14/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 348 MOTION to Certify *Class*. Motion Hearing set for 7/15/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 04/15/2011) |
| 04/18/2011 | 349 | ORDER granting 346 Private Plaintiffs' and Defendants' Ex Parte Joint Motion to file Documents under seal. Signed by Judge Dana M. Sabraw on 4/16/11. (All non-registered users served via U.S. Mail Service)(lao)(jrd) (Entered: 04/20/2011) |
| 04/18/2011 | 🔒 350 | *SEALED* Sealed Document. Memorandum of points and authorities in support of plaintiffs' motion for class certification. (tkl) (Entered: 04/21/2011) |
| 04/18/2011 | 🔒 351 | *SEALED* Sealed Document. Declaration of Donna Siegel Moffa in support of Plaintiffs' motion for class certification containing documents designated as "confidential" (Attachments: # 1 Exhibit 1,2, # 2 Exhibit 3,4, # 3 Exhibit 5-11, # 4 Exhibit 12-14)(tkl) (Entered: 04/21/2011) |
| 04/18/2011 | 🔒 352 | *SEALED* Sealed Document.Declaration of Donna Siegel Moffa in support of Plaintiffs' motion for class certification containing documents designated as "confidential" (volume 2 of 3 with exhibits 15-31) (Attachments: # 1 Exhibit 16-20, # 2 Exhibit 21-25, # 3 Exhibit 26-31)(tkl) (Entered: 04/21/2011) |
| 04/18/2011 | 🔒 353 | *SEALED* Sealed Document.Declaration of Donna Siegel Moffa in support of Plaintiffs' motion for class certification containing documents designated as "confidential" (Volume 3 of 3 with Exhibits 32-57) (Attachments: # 1 Exhibit 46-51, # 2 Exhibit 52-53, # 3 Exhibit 54-57)(tkl) (Entered: 04/21/2011) |
| 04/26/2011 | 354 | NOTICE of Appearance by Chumahan Benjamin Bowen on behalf of Dorothy Peralta (Bowen, Chumahan) emailed attny re no certificate of service attached (lao). (Entered: 04/26/2011) |
| 04/28/2011 | 355 | CERTIFICATE OF SERVICE by Dorothy Peralta re 354 Notice of Appearance *Chumahan Bowen* (Bowen, Chumahan) missing court case number (lao). (Entered: 04/28/2011) |
| 05/25/2011 | 356 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 5/25/2011. Further Status Conference set for 6/23/2011 02:00 PM in Courtroom 10 before Judge Dana M. Sabraw. (Court Reporter LeeAnn Pence).(Attorneys appearing: David Arbogast, Alan McQuarrie Mansfield, Nicholas Roth, Donna Siegel-Moffa, Amanda Trask, Joe Whatley, Jr., Brooks Brown, Maria Green, Thomas Hefferon.) Associated Cases: 3:08-md-01988-DMS -WMC et al. CC: MDL Panel(lsf) (Entered: 05/25/2011) |

| 05/26/2011 | 357 | ORDER (1) denying request for continuance, (2) setting briefing schedule and (3) scheduling Status Conference. A telephonic status conference was held on May 25, 2011. Counsel requested a 60-day continuance of the deadlines for filing the remaining class certification briefs, as well as a continuance of the hearing on the motion for class certification. After considering the issue, the request is Denied. Opposition to the motion for class certification due June 1, 2011. Reply due June 30, 2011. The motion will be heard on July 15, 2011, at 1:30 p.m. Daubert motions and motion for summary judgment shall also be heard on July 15, 2011, at 1:30 p.m. Defendants shall file their motions to strike on or before June 1, 2011. Plaintiffs shall file their Opposition by June 30, 2011. The motion and opposition briefs shall not exceed ten (10) pages. The Court will not accept Reply briefs. The Daubert motions and the motions for summary judgment shall be filed by June 10, 2011. Opposition briefs to those motions due by June 24, 2011. Reply briefs due July 1, 2011. The motion and opposition briefs on Daubert and for summary judgment shall not exceed fifteen (15) pages, and the reply briefs shall not exceed five (5) pages. A further telephonic status conference shall be held on June 23, 2011, at 2:00 p.m., with status reports to be filed by June 21, 2011. Signed by Judge Dana M. Sabraw on 5/26/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (jrl). (Entered: 05/26/2011) |
| 05/26/2011 | 358 | ORDER (1) Denying request for Continuance, (2) adjusting dates and (3) Scheduling Status Conference. A Telephonic Status Conference was held on 5/25/11. A further telephonic status conference shall be held on June 23, 2011, at 2:00 p.m., with status reports to be filed by June 21, 2011. Signed by Judge Dana M. Sabraw on 5/26/11.Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao)(jrl). (Entered: 05/26/2011) |
| 06/01/2011 | 359 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 5/25/2011, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 6/22/2011. Redacted Transcript Deadline set for 7/5/2011. Release of Transcript Restriction set for 8/30/2011. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of Electronic filing only.) (akr) (Entered: 06/01/2011) |
| 06/01/2011 | 360 | MOTION to Strike *Certain Exhibits to the Trask Declaration* by Bank of America Corp, Countrywide Bank FSB, Countrywide Bank, N.A., Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Tax Services Corp., Full Spectrum Lending, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memo of Points and Authorities)(Brown, Brooks) emailed attny re wrong s/signature on certificate of service (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 361 | Ex Parte MOTION to Seal by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Brown, Brooks) wrong s/signature on certificate of service (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 362 | RESPONSE in Opposition re 348 MOTION to Certify *Class* filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Hefferon, Thomas) document exceeds page limit; wrong s/signature on certificate of service (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 363 | DECLARATION re 362 Response in Opposition to Motion,, *(Declaration of Brooks R. Brown in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification)* by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Brown, Brooks) wrong s/signature on certificate of service (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 364 | DECLARATION re 362 Response in Opposition to Motion,, *(Declaration of Sabrina Rose-Smith in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification)* by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibits 1-154)(Brown, Brooks) wrong s/signature on certificate of service (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 365 | DECLARATION re 362 Response in Opposition to Motion,, *(Declaration of Kathleen Gonzalez in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification)* by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brown, Brooks) (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 366 | DECLARATION re 362 Response in Opposition to Motion,, *(Declaration of Crizelda Genova in Support of Defendants' Opposition to Plaintiffs' Motion* |

| | | |
|---|---|---|
| | | *for Class Certification)* by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Brown, Brooks) wrong s/signature on certificate of service (lao). (Entered: 06/01/2011) |
| 06/01/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 360 MOTION to Strike *Certain Exhibits to the Trask Declaration.* Motion Hearing set for 7/15/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 06/02/2011) |
| 06/06/2011 | 367 | Joint MOTION for Protective Order by Countrywide Home Loans Inc. (Brown, Brooks) Modified on 6/8/2011 to delete duplicate text (lao). (Entered: 06/06/2011) |
| 06/06/2011 | 🔒 | (Court only) 367 Joint MOTION for Protective Order. Motion set before William McCurine, Jr.(lao) (Entered: 06/07/2011) |
| 06/06/2011 | 🔒 | (Court only) ***Motion and Judge Association terminated: 367 Joint MOTION for Protective Order filed by Countrywide Home Loans Inc. (lao) (Entered: 06/08/2011) |
| 06/07/2011 | 368 | Amended Joint MOTION for Protective Order by Countrywide Home Loans Inc. (Brown, Brooks) Modified on 6/8/2011 to delete duplicate text (lao). Modified on 6/8/2011 to reflect amended per attny (lao). (Entered: 06/07/2011) |
| 06/07/2011 | 🔒 | (Court only) 368 Joint MOTION for Protective Order. Motion set before William McCurine, Jr.(lao) (Entered: 06/08/2011) |
| 06/08/2011 | 369 | NOTICE of Firm Name Change by Steven S. Bigverdi, June Harding Brown, Randall Buckley, Preston Givens, Roy V. Hursh, Indiana State of, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Darrell V. McGraw, Jr, Kimberly Menichetti, Philip D Menichetti, James Moscoso, Office of the Attorney General, Department of Legal Affairs, State of Florida, Tom Orr, People of the State of California, People of the State of Illinois, The, Dorothy Peralta, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, State of Connecticut, June Taylor, Sequesta L Washington, West Virginia State of (Ciolko, Edward) Modified text on 6/9/2011 to reflect document title; emailed attny re certificate of service (lao). (Entered: 06/08/2011) |
| 06/08/2011 | 370 | ORDER granting defendants' 361 ex parte motion to file documents under seal. Signed by Judge Dana M. Sabraw on 6/7/11. (All non-registered users served via U.S. Mail Service)(kaj) (jrl). (Entered: 06/08/2011) |
| 06/08/2011 | 🔒 372 | *SEALED* Sealed Documents: Defendants' Opposition to Plaintiffs' Motion for Class Certification (Attachments: # 1 Declaration of Erin McErlane and Declaration of Kenneth Chow in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, # 2 Declaration of Sabrina Rose-Smith in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, # 3 Exhibits 1-4, # 4 Exhibits 5-7, # 5 Exhibits 8-22, # 6 |

| | | | |
|---|---|---|---|
| | | | Exhibits 23-32, # 7 Exhibit 33, # 8 Exhibits 34-40)(kaj) (Entered: 06/09/2011) |
| 06/08/2011 | 🔒 | 373 | *SEALED* Sealed Documents: Exhibits to the Declaration of Sabrina Rose-Smith in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification; Exhibits 41-66 (Attachments: # 1 Exhibits 67-95, # 2 Exhibits 96-122, # 3 Exhibits 123-149, # 4 Exhibits 150-154)(kaj) (Entered: 06/09/2011) |
| 06/09/2011 | | 371 | CERTIFICATE OF SERVICE re 369 Notice *of Firm Name Change* by Steven S. Bigverdi, June Harding Brown, Randall Buckley, Preston Givens, Roy V. Hursh, Indiana State of, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Edward Marini, Darrell V. McGraw, Jr, Kimberly Menichetti, Philip D Menichetti, James Moscoso, Office of the Attorney General, Department of Legal Affairs, State of Florida, Tom Orr, People of the State of California, People of the State of Illinois, The, Dorothy Peralta, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, State of Connecticut, June Taylor, Sequesta L Washington, West Virginia State of (Ciolko, Edward) (lao). (Entered: 06/09/2011) |
| 06/10/2011 | | 374 | Ex Parte MOTION to file documents Under Seal by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified text on 6/13/2011 (lao). (Entered: 06/10/2011) |
| 06/10/2011 | | 375 | Ex Parte MOTION for Leave to File *Documents Under Seal* by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Norris, Alison) (lao). (Entered: 06/10/2011) |
| 06/10/2011 | | 376 | MOTION to Strike *Certain Portions of the Expert Reports of Christopher Peterson* re 348 MOTION to Certify *Class* by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., Full Spectrum Lending, LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Memo of Points and Authorities)(Hefferon, Thomas) Modified on 6/13/2011 to clarify text (lao). (Entered: 06/10/2011) |
| 06/10/2011 | | 377 | MOTION to Strike *Certain Portions of Dr. Botund Koszegi's Expert Reports* re 348 MOTION to Certify *Class* by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Memo of Points and Authorities)(Brown, Brooks) Modified on 6/13/2011 to clarify text (lao). (Entered: 06/10/2011) |
| 06/10/2011 | | 378 | MOTION to Strike *Certain Portions of Dr. Charles Cowan's Expert Reports* re 348 MOTION to Certify *Class* by Bank of America Corp, Countrywide |

| | | |
|---|---|---|
| | | Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Memo of Points and Authorities)(Hefferon, Thomas) Modified on 6/13/2011 to clarify text (lao). (Entered: 06/10/2011) |
| 06/10/2011 | 379 | DECLARATION of Matthew S. Sheldon in support of Defendants' Motions to Strike re 377 MOTION to Strike 348 MOTION to Certify *Class*, 378 MOTION to Strike by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Attachments: # 1 Exhibits 1-4; 6-16, # 2 Exhibit 5)(Norris, Alison) Modified on 6/13/2011 to clarify text (lao). (Entered: 06/10/2011) |
| 06/10/2011 | 380 | MOTION for Partial Summary Judgment by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Statement of Facts, # 3 Declaration of David Jones, # 4 David Jones Declaration Exhibits A-K, # 5 Declaration of Patricia Johnson, # 6 Patricia Johnson Exhibits 1-8, # 7 Declaration of Alison M. Norris, # 8 Alison M. Norris Exhibits 1-2)(Norris, Alison)(lao). (Entered: 06/10/2011) |
| 06/10/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 380 MOTION for Partial Summary Judgment, 378 MOTION to Strike, 376 MOTION to Strike *Certain Portions of the Expert Reports of Christopher Peterson* , 377 MOTION to Strike. Motion Hearing set for 7/15/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 06/13/2011) |
| 06/13/2011 | 381 | MOTION to Exclude *Certain Testimony of Karen Godfrey (Submitted Under Seal on 6/10/11 per Dkt. 374)* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Memo of Points and Authorities (Redacted) - Submitted Under Seal on 6/10/11 per Dkt. 374, # 2 Declaration of Amanda R. Trask - submitted under seal on 6/10/11 per Dkt. 374, # 3 Exhibit A&B to Trask Declaration -, # 4 Proof of Service)(Mansfield, Alan) (lao). (Entered: 06/13/2011) |
| 06/13/2011 | 382 | MOTION to Exclude *Testimony of Defendants' Expert James A. Levinsohn, Ph.D. (Submitted Under Seal on 6/10/11 per Dkt. 374)* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Memo of Points and Authorities (Redacted) - Submitted Under Seal on 6/10/11 per Dkt. 374, # 2 Declaration of Amanda R. Trask - submitted under seal on 6/10/11 per Dkt. 374, # 3 Exhibit A-C to Trask Declaration (Confidential), # 4 Proof of Service)(Mansfield, Alan) |

| | | |
|---|---|---|
| | | (lao). (Entered: 06/13/2011) |
| 06/13/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 381 MOTION to Exclude *Certain Testimony of Karen Godfrey,* 382 MOTION to Exclude Testimony of *Defendants' Expert James A. Levinsohn, Ph.D. (Motion Hearing set for 7/15/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw.) (lao) (Entered: 06/14/2011)* |
| 06/14/2011 | 383 | ORDER granting 374 Ex Parte Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 6/14/11. (All non-registered users served via U.S. Mail Service)(kaj)(jrd) (Entered: 06/15/2011) |
| 06/14/2011 | ▬🔒 384 | *SEALED* SEALED MOTION: Plaintiffs' Notice of Motion and Motion to Exclude Certain Testimony of Karen Godfrey by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Amanda R. Trask)(kaj) (Entered: 06/15/2011) |
| 06/14/2011 | ▬🔒 385 | *SEALED* SEALED MOTION: Notice of Motion and Motion to Exclude Testimony of Defendants' Expert James A. Levinsohn, PH.D. by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Amanda R. Trask, # 3 Declaration of Amanda R. Trask (continued))(kaj) (Entered: 06/15/2011) |
| 06/14/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 384 SEALED MOTION to Exclude Certain Testimony of Karen Godfrey, 385 SEALED MOTION to Exclude Testimony of Defendants' Expert James A. Levinsohn, PH.D.; Motion Hearing set for 7/15/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (kaj) (Entered: 06/15/2011) |
| 06/15/2011 | 386 | PROTECTIVE ORDER re [Docket entry (368)] Motion in case 3:08-md-01988-DMS -WMC; [Docket entry (123)] Motion in case 3:10-cv-00257-DMS -WMC. Signed by Magistrate Judge William McCurine, Jr on 6/14/11. Associated Cases: 3:08-md-01988-DMS -WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service) (lao)(jrd) (Entered: 06/15/2011) |
| 06/23/2011 | 387 | Ex Parte MOTION to Seal *Documents (in support of Opposition to Motions to Strike and Motion for Partial Summary Judgment)* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 06/23/2011) |
| 06/23/2011 | 388 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 6/23/2011. (Court Reporter LeeAnn Pence).(Plaintiff Attorney Chumahan Bowen, J. Mark Moore, Donna Siegel-Moffa, Ilze Thielmann, Joe R Whatley). (Defendant Attorney Thomas Hefferon). (jak) Date Modified on 6/24/2011 (jak). (Entered: 06/24/2011) |

| 06/24/2011 | 389 | Ex Parte MOTION for Leave to File *Documents Under Seal* by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Hefferon, Thomas) (lao). (Entered: 06/24/2011) |
|---|---|---|
| 06/24/2011 | 390 | RESPONSE in Opposition re 381 MOTION to Exclude *Certain Testimony of Karen Godfrey (Submitted Under Seal on 6/10/11 per Dkt. 374)* MOTION to Exclude *Certain Testimony of Karen Godfrey (Submitted Under Seal on 6/10/11 per Dkt. 374)* MOTION to Exclude *Certain Testimony of Karen Godfrey (Submitted Under Seal on 6/10/11 per Dkt. 374) (Opposition Filed in Redacted Form)* filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Hefferon, Thomas) (lao). (Entered: 06/24/2011) |
| 06/24/2011 | 391 | RESPONSE in Opposition re 382 MOTION to Exclude *Testimony of Defendants' Expert James A. Levinsohn, Ph.D. (Submitted Under Seal on 6/10/11 per Dkt. 374) (Opposition Filed in Redacted Form)* filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc.. (Hefferon, Thomas) Modified on 6/27/2011 to delete duplicate text (lao). (Entered: 06/24/2011) |
| 06/24/2011 | 392 | DECLARATION *of Matthew S. Sheldon in Support of Defendants' Memoranda in Opposition to Plaintiffs' Daubert Motions to Exclude Defendants' Experts* by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibits 1-4 (Lodged Under Seal), # 2 Exhibit 5 (Declaration of James A. Levinsohn))(Hefferon, Thomas) (lao). (Entered: 06/24/2011) |
| 06/24/2011 | 393 | RESPONSE in Opposition re 380 MOTION for Partial Summary Judgment filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Statement of Facts (Response to Defendant's Separate Statement) & Plaintiffs' Counterstatement, # 2 Declaration of Donna Siegel Moffa, # 3 Declaration of Amanda R. Trask, # 4 Exhibit A - I to Trask Declaration, # 5 Proof of Service)(Mansfield, Alan) missing attny's a/signature on main document (lao). (Entered: 06/24/2011) |
| 06/24/2011 | 394 | RESPONSE in Opposition re 376 MOTION to Strike *Certain Portions of the Expert Reports of Christopher Peterson* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 06/24/2011) |

| 06/24/2011 | 395 | RESPONSE in Opposition re 378 MOTION to Strike 348 MOTION to Certify *Class (Motion and Notice of Motion to Strike Certain Portions of Dr. Charles Cowan's Expert Reports)* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore. (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified on 6/27/2011 to delete duplicate text (lao). (Entered: 06/24/2011) |
| --- | --- | --- |
| 06/24/2011 | 396 | RESPONSE in Opposition re 377 MOTION to Strike 348 MOTION to Certify *Class (Motion and Notice of Motion to Strike Certain Portions of Dr. Botund Koszegi's Expert Reports)* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore. (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified on 6/27/2011 to delete duplicate text (lao). (Entered: 06/24/2011) |
| 06/24/2011 | 397 | DECLARATION of Donna Siegel Moffa filed as AFFIDAVIT in Opposition re 377 MOTION to Certify *Class*, 378 MOTION to Strike, 376 MOTION to Strike filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore. (Attachments: # 1 Proof of Service) (Mansfield, Alan) Modified on 6/27/2011 to delete duplicate text and reflect declaration (lao). (Entered: 06/24/2011) |
| 06/24/2011 | 398 | ORDER granting defendants' 375 Ex Parte Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 6/23/11. (All non-registered users served via U.S. Mail Service)(kaj)(jrd) (Entered: 06/27/2011) |
| 06/24/2011 | 🔒 399 | *SEALED* Sealed Document: Defendants' Memorandum in Support of Motion to Strike Certain Portions of Dr. Charles Cowan's Expert Reports 378 (kaj) (Entered: 06/27/2011) |
| 06/24/2011 | 🔒 400 | *SEALED* Sealed Documents: Sealed Exhibits to the Declaration of Matthew S. Sheldon in Support of Defendants' Motion to Strike. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16)(kaj) (Entered: 06/27/2011) |
| 06/24/2011 | 🔒 401 | *SEALED* Sealed Documents: Exhibits 1-2 to the Declaration of Alison M. Norris in Support of Defendants' Motion for Partial Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(kaj) (Entered: 06/27/2011) |
| 06/24/2011 | 🔒 402 | *SEALED* Sealed Documents: Exhibits to the Declaration of David Jones in Support of Defendants' Motion for Partial Summary Judgment. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(kaj) (Entered: 06/28/2011) |
| 06/24/2011 | 🔒 403 | *SEALED* Sealed Documents: Declaration of Patricia Johnson in Support of Defendants' Motion for Partial Summary Judgment. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(kaj) (Entered: 06/28/2011) |

| | | |
|---|---|---|
| 06/28/2011 | 🔖 404 | Ex Parte MOTION to Seal *Documents (Plaintiffs' Reply in Further Support of Motion for Class Certification)* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 06/28/2011) |
| 06/30/2011 | 405 | RESPONSE in Opposition re 360 MOTION to Strike *Certain Exhibits to the Trask Declaration* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Declaration of Mario A. Pacella in Support of Opposition, # 2 Exhibit A to Pacella Declaration, # 3 Exhibit B to Pacella Declaration, # 4 Exhibit C to Pacella Declaration, # 5 Exhibit D to Pacella Declaration, # 6 Proof of Service)(Mansfield, Alan) (lao). (Entered: 06/30/2011) |
| 06/30/2011 | 406 | REPLY in Support re 348 MOTION to Certify *Class* filed by June Harding Brown, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Declaration (Redacted) of Amanda R. Trask, # 2 Exhibit 1 to Trask Declaration, # 3 Exhibit 2-38 to Trask Declaration (under seal), # 4 Exhibit 39 to Trask Declaration, # 5 Exhibit 40 to Trask Declaration, # 6 Exhibit 41 to Trask Declaration, # 7 Exhibit 42 to Trask Declaration, # 8 Exhibit 43 to Trask Declaration, # 9 Exhibit 44 toTrask Declaration, # 10 Exhibit 45 toTrask Declaratin, # 11 Proof of Service)(Mansfield, Alan) Modified text on 7/1/2011 to reflect Reply; document exceeds page limit (lao). (Entered: 06/30/2011) |
| 07/01/2011 | 🔖 407 | Ex Parte MOTION to Seal *Replies in Support of Plaintiffs' Daubert Motions* by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 408 | REPLY to Response to Motion re 381 MOTION to Exclude *Certain Testimony of Karen Godfrey (Submitted Under Seal on 6/10/11 per Dkt. 374 )* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service) (Mansfield, Alan) (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 409 | REPLY to Response to Motion re 382 MOTION to Exclude *Testimony of Defendants' Expert James A. Levinsohn, Ph.D. (Submitted Under Seal on 6/10/11 per Dkt. 374 )* filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified on 7/5/2011 to delete duplicate text (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 🔖 410 | Ex Parte MOTION to Seal by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Norris, Alison) (lao). (Entered: 07/01/2011) |

| | | |
|---|---|---|
| 07/01/2011 | 411 | REPLY to Response to Motion re 378 MOTION to Strike 348 MOTION to Certify *Class (Motion and Notice of Motion to Strike Certain Portions of Dr. Charles Cowan's Expert Reports)* filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Hefferon, Thomas) Modified on 7/5/2011 to delete duplicate text (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 412 | REPLY to Response to Motion re 377 MOTION to Strike 348 MOTION to Certify *Class (Motion and Notice of Motion to Strike Certain Portions of Dr. Botund Koszegi's Expert Reports)* filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Hefferon, Thomas) Modified on 7/5/2011 to delete duplicate text (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 413 | REPLY to Response to Motion re 376 MOTION to Strike *Certain Portions of the Expert Reports of Christopher Peterson* filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Hefferon, Thomas) (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 414 | DECLARATION *(of Matthew S. Sheldon in Support of Defendants' Reply Memoranda in Support of Motions to Strike Plaintiffs' Experts' Reports)* re 411 Reply to Response to Motion, 413 Reply to Response to Motion, 412 Reply to Response to Motion, a in Support of Motions to Strike Plaintiffs' Experts' Reports) by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibits 1-2)(Hefferon, Thomas) Modified on 7/5/11 to clarify text (lao). (Entered: 07/01/2011) |
| 07/01/2011 | 415 | REPLY to Response to Motion re 380 MOTION for Partial Summary Judgment filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Statement of Facts, # 2 Defendants' Response to Plaintiffs' Counter-Statement of Facts, # 3 Declaration of David Jones, # 4 Declaration of Cynthia Graveline-Thomas, # 5 Declaration of Kay Feller, # 6 Declaration of Alison M. Norris, # 7 Norris Declaration Exhibits 1-6, # 8 Norris Declaration Exhibit 7)(Norris, Alison) (lao). (Entered: 07/01/2011) |
| 07/08/2011 | 416 | Supplemental *(Memorandum Re Wal-Mart v. Dukes and Webb v. Carters)* re 406 Response in Support of Motion, filed by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, |

| | | |
|---|---|---|
| | | Francis G Sizemore, Rebecca G Sizemore, Sequesta L Washington. (Attachments: # 1 Proof of Service)(Mansfield, Alan) Modified on 7/11/2011 to reflect document type; supplemental documents require leave of Court (lao). (Entered: 07/08/2011) |
| 07/08/2011 | 417 | Ex Parte MOTION to Seal *Documents* by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Financial Corporation(a Delaware corporation), Countrywide Home Loans Inc, Countrywide Home Loans Inc., Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Brown, Brooks) (lao). (Entered: 07/08/2011) |
| 07/08/2011 | 418 | SUPPLEMENTAL BRIEFING in Opposition to Plaintiffs' Motion for Class Certification re: Wal-Mart and Webb by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Hefferon, Thomas) (lao). (Entered: 07/08/2011) |
| 07/08/2011 | 419 | DECLARATION *of Matthew S. Sheldon* by Defendants Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibit 1 (filed under seal))(Hefferon, Thomas) (lao). (Entered: 07/08/2011) |
| 07/12/2011 | 420 | NOTICE of Change of Address by Joe R. Whatley, Jr (Whatley, Joe) emailed attny re updating address in cm/ecf account (lao). (Entered: 07/12/2011) |
| 07/13/2011 | 421 | ORDER to allow Counsel to bring electronic equipment into courtroom. Signed by Judge Dana M. Sabraw on 7/13/11. (All non-registered users served via U.S. Mail Service)(certified copy sent to USM)(lao) (Entered: 07/13/2011) |
| 07/15/2011 | 422 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Motion Hearing held on 7/15/2011 re 348 MOTION to Certify *Class*. Court to issue order. (Court Reporter LeeAnn Pence).(Plaintiff Attorneys Joe R Whatley, Jr., Nicholas B Roth, Amanda R Trask, Donna Siegel Moffa, Alan M Mansfield). (Defendant Attorneys Thomas M Hefferon, Brooks R Brown, Matthew S Sheldon). (jak) (Entered: 07/15/2011) |
| 07/18/2011 | 423 | ORDER granting 387 Plaintiffs' Ex Parte Motion to file documents under seal. Signed by Judge Dana M. Sabraw on 7/18/11. (All non-registered users served via U.S. Mail Service)(lao) (Entered: 07/18/2011) |
| 07/25/2011 | 425 | NOTICE of Change of Address by Jonathan Shub (Shub, Jonathan) emailed attny re updating cm/ecf account; no certificate of service attached; wrong attny s/signature (lao). (Entered: 07/25/2011) |

| 08/01/2011 | 426 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/15/2011, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 8/22/2011. Redacted Transcript Deadline set for 9/1/2011. Release of Transcript Restriction set for 10/31/2011. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 08/01/2011) |
| 08/02/2011 | 427 | *SEALED* Sealed Document. Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Strike Certain Portions of Expert Reports of Christopher Peterson. (leh) (Entered: 08/03/2011) |
| 08/02/2011 | 428 | *SEALED* Sealed Document. Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Motion to Strike Certain Portions of Expert Reports of Charles D. Cowan, Ph.D (leh) (Entered: 08/03/2011) |
| 08/02/2011 | 429 | *SEALED* Sealed Document. Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Motion to Strike Certain Portions of Expert Reports of Dr. Botond Koszegi. (leh) (Entered: 08/03/2011) |
| 08/02/2011 | 430 | *SEALED* Sealed Document. Declaration of Donna Siegel Moffa In Support of Plaintiffs' Oppositions To Defendants' Motions To Strike. (leh) (Entered: 08/03/2011) |
| 08/02/2011 | 431 | *SEALED* Sealed Document. Memorandum of Points and Authorities In Opposition to Defendants' Motion for Partial Summary Judgment. (leh) (Entered: 08/03/2011) |
| 08/02/2011 | 432 | *SEALED* Sealed Document. Plaintiffs' Response to Defendants' Separate Statement of Undisputed Material Facts in Support of their Motion for Partial Summary Judgment and Plaintiffs' Counterstatement of Facts in Opposition to Defendant's Motion for Partial Summary Judgment. (leh) (Entered: 08/03/2011) |
| 08/02/2011 | 433 | *SEALED* Sealed Document. Declaration of Donna Siegel Moffa In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment. (Attachments: # 1 Part 2 of Declaration, # 2 Part 3 of Declaration)(leh) (Entered: 08/03/2011) |
| 08/03/2011 | 434 | CERTIFICATE OF SERVICE by Dorothy Peralta re 425 Notice of Change of Address (Seeger, Christopher) (lao). (Entered: 08/03/2011) |
| 08/09/2011 | 435 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 6/23/2011, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court |

| | | Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 8/30/2011. Redacted Transcript Deadline set for 9/9/2011. Release of Transcript Restriction set for 11/7/2011. CC: MDL Panel. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 08/09/2011) |
|---|---|---|
| 08/15/2011 | 436 | NOTICE of Change of Address by Diogenes P. Kekatos (Kekatos, Diogenes) emailed attny re updating cm/ecf account (lao). (Entered: 08/15/2011) |
| 08/17/2011 | 437 | NOTICE of Appearance by Steven Michael Bronson on behalf of Dorothy Peralta (Bronson, Steven) emailed attny re no certificate of service (lao). (Entered: 08/17/2011) |
| 08/22/2011 | 438 | CERTIFICATE OF SERVICE by Dorothy Peralta re 437 Notice of Appearance (Bronson, Steven) (lao). (Entered: 08/22/2011) |
| 08/23/2011 | 439 | MOTION to Certify *Class* by Dorothy Peralta. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration David M Arbogast, # 3 Declaration J Mark Moore, # 4 Request for Judicial Notice, # 5 Declaration Chumahan Bowen, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9)(Arbogast, David) Modified on 8/24/2011 to delete duplicate text (lao). (Entered: 08/23/2011) |
| 08/23/2011 | 🔒 | (Court only) Set/Reset Deadlines as to 439 MOTION to Certify *Class*. Motion Hearing set for 11/4/2011 09:00 AM in Courtroom 10 before Judge Dana M. Sabraw. (lao) (Entered: 08/24/2011) |
| 08/24/2011 | 440 | NOTICE of Hearing: Telephonic Status Conference set for 8/25/2011 02:00 PM in Courtroom 10 before Judge Dana M. Sabraw. (jak) (Entered: 08/24/2011) |
| 08/25/2011 | 441 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 8/25/2011. (Court Reporter LeeAnn Pence).(Plaintiff Attorney Donna Siegel-Moffa, Joe R Whatley Jr). (Defendant Attorney Brooks R Brown, Thomas Hefferon). (jak) (Entered: 08/25/2011) |
| 08/25/2011 | 442 | ORDER following Status Conference. A telephonic status conference was held on August 25, 2011. After consulting with counsel and being advised of the status of the case, It is hereby Ordered: No further status conference will be set at this time. If necessary, the Court will set a further status conference at the November 4, 2011 hearing, or by subsequent order. Signed by Judge Dana M. Sabraw on 8/25/11.(All non-registered users served via U.S. Mail Service)(lao)(jrd) (Entered: 08/25/2011) |
| 09/09/2011 | 443 | NOTICE of Withdrawal of Maria B. Green by Bank Of America, Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Brown, Brooks) |

| | | Modified on 9/12/2011 to reflect document title; wrong attny s/signature (lao). (Entered: 09/09/2011) |
|---|---|---|
| 09/13/2011 | 444 | MOTION to File Documents Under Seal (Brown, Brooks)(leh). (Entered: 09/13/2011) |
| 09/13/2011 | 🔒 445 | [FILED AS SEALED DOCUMENT ON 9/14/2011] SEALED LODGED Proposed Document re: 444 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Brown, Brooks) (leh). Modified on 9/14/2011 to add file date of lodgment (leh). (Entered: 09/13/2011) |
| 09/13/2011 | 446 | Joint MOTION for Leave to File *Declarations* by Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc, Countrywide KB Home Loans, LLC, LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # 1 Exhibit A- Declaration of Aimee Romero lodged under seal, # 2 Exhibit B - Supplemental Declaration of Kenneth Chow lodged under seal)(Brown, Brooks) (lao). (Entered: 09/13/2011) |
| 09/14/2011 | 447 | ORDER granting Joint Motion to File the Declarations of Aimee Romero and Kenneth Chow [Docket entry 446] in case 3:08-cv-01888-DMS -WMC. Signed by Judge Dana M. Sabraw on 9/14/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC (All non-registered users served via U.S. Mail Service)(lao)(jrd) (Entered: 09/14/2011) |
| 09/14/2011 | 448 | ORDER in case 3:08-cv-01888-DMS -WMC; granting (444) Motion to File Documents Under Seal in case 3:08-md-01988-DMS-WMC. Signed by Judge Dana M. Sabraw on 9/14/2011. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC (All non-registered users served via U.S. Mail Service)(leh)(jrd) (Entered: 09/14/2011) |
| 09/14/2011 | 🔒 449 | *SEALED* Sealed Document. Declaration of Aimee Romero and Supplemental Declaration of Kenneth Chow. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(leh) (Entered: 09/14/2011) |
| 09/20/2011 | 450 | NOTICE of Hearing on Motion 439 MOTION to Certify *Class* : Clarification of Hearing Time. Motion Hearing set for 11/4/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. (jak) (Entered: 09/20/2011) |
| 09/30/2011 | 451 | MOTION to File Documents Under Seal (Bader, Robert) (leh). (Entered: 09/30/2011) |
| 09/30/2011 | 🔒 452 | [FILED AS SEALED DOCUMENT ON 10/27/2011] - SEALED LODGED Proposed Document re: 451 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Bader, Robert) (leh).Modified on 10/27/2011 to add file date of lodgment (leh). (Entered: 09/30/2011) |
| 09/30/2011 | 453 | RESPONSE in Opposition re 439 MOTION to Certify *Class* filed by Countrywide Home Loans Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # |

| | | |
|---|---|---|
| | | 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Brown, Brooks) (lao). (Entered: 09/30/2011) |
| 09/30/2011 | 454 | DECLARATION *(of Robert B. Bader in support of Opposition to Plaintiff's Motion for Class Certification)* re 453 Response in Opposition to Motion by Defendant Countrywide Home Loans Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Bader, Robert) Modified on 10/3/2011 to clarify text (lao). (Entered: 09/30/2011) |
| 09/30/2011 | 455 | REQUEST FOR JUDICIAL NOTICE by Countrywide Home Loans Inc re 453 Response in Opposition to Motion, *for Class Certification* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bader, Robert) (lao). (Entered: 09/30/2011) |
| 10/03/2011 | 456 | NOTICE of Change of Address by Alan McQuarrie Mansfield (Mansfield, Alan) emailed attny re no certificate of service attached (lao). (Entered: 10/03/2011) |
| 10/04/2011 | 457 | CERTIFICATE OF SERVICE by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Howard Pitkin, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, June Taylor, Sequesta L Washington re 456 Notice of Change of Address *for Alan M. Mansfield* (Mansfield, Alan) (lao). (Entered: 10/04/2011) |
| 10/11/2011 | 458 | ORDER denying Plaintiffs' Motion for Class Certification re 348 , 360 , 376 , 377 , 378 , 381 , 382 , 384 , 385 . The parties each filed motions to strike and Daubert motions directed to the other parties' experts and/or evidence. The Court grants Defendants' motion to strike the Peterson reports. The Court denies the other motions as moot. Signed by Judge Dana M. Sabraw on 10/11/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (Entered: 10/11/2011) |
| 10/11/2011 | 459 | ORDER denying Defendants' Motion for Partial Summary Judgment re 380 . Signed by Judge Dana M. Sabraw on 10/11/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:08-cv-01888-DMS -WMC, 3:08-cv-01957-DMS -WMC, 3:08-cv-01972-DMS -WMC(All non-registered users served via U.S. Mail Service)(lao) (Entered: 10/11/2011) |
| 10/17/2011 | 460 | Joint MOTION for Leave to File Excess Pages *for Plaintiff's Reply Brief in Support of Plaintiff's Motion for Class Certification* by Dorothy Peralta. (Berns, Jeffrey) no certificate of service attached (lao). (Entered: 10/17/2011) |
| 10/19/2011 | 461 | ORDER Granting Joint Motion to Exceed Page Limitation on Plaintiff's Reply Brief in Support of Plaintiff's Motion for Class Certification re (460) Motion in case 3:08-md-01988-DMS-WMC; (134) Motion in case 3:10-cv-00257-DMS -WMC. Signed by Judge Dana M. Sabraw on 10/19/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS |

| | | -WMC(All non-registered users served via U.S. Mail Service)(lao)(jrd) (Entered: 10/19/2011) |
|---|---|---|
| 10/25/2011 | 462 | OBJECTION by Dorothy Peralta re 454 Declaration,, *Evidentiary Objections to Declaration of Robert B. Bader Submitted in Opposition to Class Certification*. (Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 463 | MOTION to Strike *Expert Report of David M. Skanderson, Ph.D.* re 454 Declaration by Dorothy Peralta. (Attachments: # 1 Memo of Points and Authorities)(Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 464 | MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* re 453 Response in Opposition to Motion by Dorothy Peralta. (Attachments: # 1 Memo of Points and Authorities)(Moore, J) emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 465 | DECLARATION re 464 MOTION to Strike 453 Response in Opposition to Motion, 463 MOTION to Strike 454 Declaration, by Plaintiff Dorothy Peralta. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 - Part 1 of 2, # 4 Exhibit 3 - Part 2 of 2, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Moore, J) Modified on 10/26/2011 to delete duplicate text; emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 466 | DECLARATION of Steven M. Bronson re 439 MOTION to Certify *Class* filed by Dorothy Peralta. (Arbogast, David) Modified text on 10/26/2011 to reflect document type; emailed attny re no proof of service attached (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 467 | Redacted REPLY to Response to Motion re 439 MOTION to Certify *Class* filed by Dorothy Peralta. (Arbogast, David) Modified on 10/26/2011 to correct capitalized text; document exceeds page limit; emailed attny re certificate of service (lao). (Entered: 10/25/2011) |
| 10/25/2011 | 468 | MOTION to File Documents Under Seal (Arbogast, David) (lmt). (Entered: 10/25/2011) |
| 10/25/2011 | | (Court only) Set/Reset Deadlines as to (464 in 3:08-md-01988-DMS-WMC) MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification*; (463 in 3:08-md-01988-DMS-WMC) MOTION to Strike *Expert Report of David M. Skanderson, Ph.D.* re (454) Declaration, (138 in 3:10-cv-00257-DMS -WMC) MOTION to Strike (131) Response in Opposition to Motion, (137 in 3:10-cv-00257-DMS -WMC) MOTION to Strike Expert Report of David M. Skanderson, Ph.D. re (132) Declaration. Motion Hearings set for 11/4/2011 01:30 PM in Courtroom 10 before Judge Dana M. Sabraw. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(lao) (Entered: 10/26/2011) |
| 10/26/2011 | 469 | [Filed as Sealed Document 10/26/11] - SEALED LODGED Proposed Document re: 468 MOTION to File Documents Under Seal. Document to be |

| | | |
|---|---|---|
| | | filed by Clerk if Motion to Seal is granted. (Arbogast, David) (lmt). (Main Document 469 replaced on 10/26/2011) (lmt). Modified on 10/26/2011 (lmt). (Entered: 10/26/2011) |
| 10/26/2011 | 470 | CERTIFICATE OF SERVICE by Dorothy Peralta re 468 MOTION to File Documents Under Seal, 466 Affidavit in Support of Motion, 465 Declaration, 467 Reply to Response to Motion, 462 Objection, 464 MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* re 453 Response in Opposition to Motion MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification,* 463 MOTION to Strike *Expert Report of David M. Skanderson, Ph.D.* re 454 Declaration (Arbogast, David) (lao). (Entered: 10/26/2011) |
| 10/26/2011 | 471 | ORDER Granting (451) Countrywide's Motion to File Documents Under Seal in case 3:08-md-01988-DMS-WMC. Signed by Judge Dana M. Sabraw on 10/26/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC (All non-registered users served via U.S. Mail Service)(lmt) Modified on 10/27/2011 to link to right motion.(leh)(jrd) (Entered: 10/26/2011) |
| 10/26/2011 | 🔒 472 | *SEALED* Sealed Document: Unredacted Reply Memorandum In Support of Plaintiff's Motion for Class Certification. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(lmt) (Entered: 10/26/2011) |
| 10/26/2011 | 🔒 | (Court only) ***Appeal Document Filed: Petition for Permission to Appeal under 23(f) filed by Symone Leyvas, John Leyvas, June Harding Brown, Preston Givens, Paula Prezola, Kimberly Jackson, Francis G. Sizemore, Rebecca G. Sizemore, Suquesta L. Washington. USCA Case No. 11-80272. (akr) (Entered: 10/26/2011) |
| 10/26/2011 | 473 | USCA Case Number 11-80272 for Petition for Permission to Appeal under 23(f) filed by Symone Leyvas, John Leyvas, June Harding Brown, Preston Givens, Paula Prezola, Kimberly Jackson, Francis G. Sizemore, Rebecca G. Sizemore, Suquesta L. Washington. (akr) (Entered: 10/26/2011) |
| 10/27/2011 | 🔒 474 | *SEALED* Sealed Document. Countrywide Home Loans, Inc.'s Opposition to Plaintiff's Motion for Class Certification. (Attachments: # 1 Opposition to Motion, # 2 Declaration of Kathleen Keener, # 3 Declaration of Davis Lee)Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS -WMC(All non-registered users served via U.S. Mail Service)(leh) (Entered: 10/27/2011) |
| 10/27/2011 | 475 | ORDER granting 468 Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 10/27/2011. (leh)(jrd) (Entered: 10/27/2011) |
| 10/27/2011 | 476 | NOTICE *of Recent Decision: Shramm, et al. v. JPMorgan Chase Bank, N.A.* by Dorothy Peralta re 439 MOTION to Certify *Class,* 467 Reply to Response to Motion (Attachments: # 1 Exhibit A, # 2 Proof of Service) (Moore, J) (lao). (Entered: 10/27/2011) |
| 11/01/2011 | 477 | NOTICE by Dorothy Peralta *of Firm and Address Change* (Arbogast, David) Modified on 11/2/2011 to correct capitalized text; emailed Attny re updating |

| | | |
|---|---|---|
| | | cm/ecf account for Attny Chumahan B. Bowen (lao). (Entered: 11/01/2011) |
| 11/02/2011 | 478 | NOTICE *of Change of Firm Name* by Dorothy Peralta (Berns, Jeffrey) emailed attny re missing certificate of service (lao). (Entered: 11/02/2011) |
| 11/04/2011 | 479 | CERTIFICATE OF SERVICE *of Notice of Change of Firm Name* by Dorothy Peralta re 478 Notice (Berns, Jeffrey) Modified on 11/7/2011 to clarify text (lao). (Entered: 11/04/2011) |
| 11/04/2011 | 480 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Motion Hearing held on 11/4/2011. Motions taken under submission. (Court Reporter LeeAnn Pence).(Plaintiff Attorney David Mills Arbogast, Chumahan B Bowen, Steve Bronson, J Mark Moore,). (Defendant Attorney Robert B Bader, Brooks R Brown, Thomas Hefferon). Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS-WMC(jak) (Entered: 11/04/2011) |
| 11/07/2011 | 481 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Status Conference) held on 8/25/2011, before Judge Dana M. Sabraw. Court Reporter/Transcriber: LeeAnn Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 11/28/2011. Redacted Transcript Deadline set for 12/8/2011. Release of Transcript Restriction set for 2/6/2012. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 11/07/2011) |
| 11/08/2011 | 482 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Motion Hearing) held on 11/4/2011, before Judge Dana M. Sabraw. Court Reporter/Transcriber: LeeAnn Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 11/29/2011. Redacted Transcript Deadline set for 12/9/2011. Release of Transcript Restriction set for 2/6/2012. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS-WMC. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 11/08/2011) |
| 11/14/2011 | 483 | RESPONSE in Opposition re 463 MOTION to Strike *Expert Report of David M. Skanderson, Ph.D.* re 454 Declaration filed by Countrywide Home Loans Inc. (Attachments: # 1 Declaration of Robert B. Bader in Support, # 2 Exhibit 1)(Brown, Brooks) no hearing date and time (lao). (Entered: 11/14/2011) |

| | | |
|---|---|---|
| 11/14/2011 | 484 | Second DECLARATION of Al Hensling in Support of Countrywide Home Loans, Inc.'s Opposition to Plaintiff's Motion for Class Certification re 453 Response in Opposition to Motion by Defendant Countrywide Home Loans, Inc. (Bader, Robert) Modified on 11/15/2011 to clarify text (lao). (Entered: 11/14/2011) |
| 11/14/2011 | 485 | RESPONSE in Opposition re 464 MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* re 453 Response in Opposition to Motion filed by Countrywide Home Loans, Inc. (Attachments: # 1 Declaration of Brooks Brown In Support, # 2 Exhibit 1 to Brown Declaration, # 3 Exhibit 2 to Brown Declaration, # 4 Exhibit 3 to Brown Declaration, # 5 Exhibit 4 to Brown Declaration, # 6 Exhibit 5 to Brown Declaration, # 7 Exhibit 6 to Brown Declaration, # 8 Exhibit 7 to Brown Declaration)(Brown, Brooks) no hearing date and time; Modified on 11/15/2011 to delete duplicate text (lao). (Entered: 11/14/2011) |
| 11/21/2011 | 🔒 486 | OBJECTION *to Second Declaration of Al Hensling in Support of Countrywide Home Loans, Inc.'s Opposition to Plaintiff's Motion for Class Certification* by Dorothy Peralta re 484 Declaration. (Moore, J). (Additional attachment(s) added on 11/22/2011: # 1 Exhibit A). (akr). Modified on 11/22/2011 to clarify text; emailed attny re no certificate of service (lao). Modified on 11/22/2011 to split the document into the main pleading and Exhibit A. Set restriction for Exhibit A. The full official transcript, a portion of which is included within Exhibit A, was filed at doc 482 on 11/8/2011. (akr). (Entered: 11/21/2011) |
| 11/21/2011 | 487 | REPLY to Response to 463 MOTION to Strike *Expert Report of David M. Skanderson, Ph.D.* re 454 Declaration filed by Dorothy Peralta. (Moore, J) emailed attny re certificate of service (lao). (Entered: 11/21/2011) |
| 11/21/2011 | 488 | REPLY to Response to Motion re 464 MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* re 453 Response in Opposition to Motion MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* filed by Dorothy Peralta. (Moore, J) Modified on 11/22/2011 to deleted duplicate text; emailed attny re certificate of service (lao). (Entered: 11/21/2011) |
| 11/21/2011 | 489 | Supplemental DECLARATION *of J. Mark Moore in Support of Plaintiff's Motions to Strike and Evidentiary Objections* re 488 Reply to Response to Motion, 464 MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* re 453 Response in Opposition to Motion MOTION to Strike *and Evidentiary Objections To, Defendant's Undisclosed Evidence and Testimony Offered in Opposition to Class Certification* by Plaintiff Dorothy Peralta. (Moore, J) emailed attny re certificate of service (lao). (Entered: 11/21/2011) |
| 11/22/2011 | 490 | CERTIFICATE OF SERVICE by Dorothy Peralta re 487 Reply to Response to Motion, 488 Reply to Response to Motion, 489 Declaration, 486 Objection, (Moore, J) (lao). (Entered: 11/22/2011) |

| 12/05/2011 | 491 | NOTICE *of Withdrawal of Appearance of Joseph A. Weeden* by June Harding Brown, John Leyvas, Symone Leyvas (Attachments: # 1 Proof of Service)(Ciolko, Edward) Modified on 12/6/2011 to clarify text (lao). (Entered: 12/05/2011) |
|---|---|---|
| 12/16/2011 | 492 | ORDER denying Plaintiff's Motion for Class Certification re Document (439) in case 3:08-md-01988-DMS-WMC; re Document (127) in case 3:10-cv-00257-DMS-WMC. Signed by Judge Dana M. Sabraw on 12/16/11. Associated Cases: 3:08-md-01988-DMS-WMC, 3:10-cv-00257-DMS-WMC(All non-registered users served via U.S. Mail Service)(lao) (Entered: 12/16/2011) |
| 12/23/2011 | 493 | NOTICE of Appearance by Sang Park on behalf of Dorothy Peralta (Attachments: # 1 Proof of Service)(Park, Sang) (cap). (Entered: 12/23/2011) |
| 01/11/2012 | 494 | ORDER of USCA in USCA Case Number 11-80272. The USCA, in its discretion, denies the petition for permission to appeal the USDC's October 11, 2011 order denying class action certification. (akr) (Entered: 01/11/2012) |
| 01/20/2012 | 495 | ORDER of USCA as to Notice of Appeal filed by Randall D Buckley. On the assumption that changes to the initial written disclosures were routinely made orally, we affirm without prejudice the USDC's decision denying class certification. The USDC may, however, wish to conduct further proceedings regarding the actual practice of Countrywide, including whether logs were kept of calls relating to such changes, and may permit plaintiff to conduct further discovery toward that end. Affirmed. (akr) (Entered: 01/20/2012) |
| 02/06/2012 | 496 | NOTICE of Change of Address by Timothy Gordon Blood (Blood, Timothy) emailed attny re updating cm/ecf account (lao). (Entered: 02/06/2012) |
| 02/06/2012 | 497 | NOTICE of Change of Address by Jeffrey K Berns (Attachments: # 1 Proof of Service)(Berns, Jeffrey) emailed attny re updating cm/ecf account (lao). (Entered: 02/06/2012) |
| 02/13/2012 | 🔒 | (Court only) USCA Mandate received as to Notice of Appeal filed by Randall D Buckley, forwarded to Judge Sabraw's CRD. Associated Cases: 3:08-md-01988-DMS-WMC, 3:09-cv-00064-DMS -WMC. (akr) (Entered: 02/13/2012) |
| 02/27/2012 | 498 | STATUS REPORT *Regarding Mandate* by Randall Buckley. (Berman, Steve) (lao). (Entered: 02/27/2012) |
| 02/27/2012 | 499 | STATUS REPORT *in Advance of Appeal Mandate Hearing* by Countrywide Financial Corporation, Countrywide Home Loans, Inc. (Attachments: # 1 Exhibit A)(Brown, Brooks) (lao). (Entered: 02/27/2012) |
| 03/02/2012 | 500 | MANDATE of USCA affirming the decision of the USDC as to Notice of Appeal filed by Randall D Buckley. (akr) (Entered: 03/02/2012) |
| 03/12/2012 | 501 | ORDER following Mandate hearing. This case came on for hearing on March 2, 2012, to spread the Ninth Circuit's mandate affirming this Court's order denying Plaintiff's motion for class certification. Plaintiff's request to reopen discovery is respectfully denied. Signed by Judge Dana M. Sabraw on 3/12/12.(All non-registered users served via U.S. Mail Service)(lao) (Entered: |

| | | 03/12/2012) |
|---|---|---|
| 03/12/2012 | **502** | ORDER TO SHOW CAUSE. Order to Show Cause Response due by 3/26/2012. Signed by Judge Dana M. Sabraw on 3/12/12.(All non-registered users served via U.S. Mail Service)(lao) (Entered: 03/12/2012) |
| 03/23/2012 | **503** | NOTICE of Change of firm name and Withdrawal of Sang Park as counsel for Plaintiff Dorothy Peralta by Steven S. Bigverdi, James Moscoso, Dorothy Peralta (Attachments: # **1** Certificate of Service)(Moore, J) Modified text on 3/26/2012 to reflect document title; sent email re updating cm/ecf account for Attny Ira Spiro (lao). (Entered: 03/23/2012) |
| 03/26/2012 | **504** | RESPONSE re **502** Order to Show Cause *entered on March 12, 2012* filed by Dorothy Peralta. (Arbogast, David) Modified on 3/26/2012 to delete duplicate text (lao). (Entered: 03/26/2012) |
| 03/26/2012 | **505** | RESPONSE TO ORDER TO SHOW CAUSE by June Harding Brown, Preston Givens, Kimberly A. Jackson, John Leyvas, Symone Leyvas, Paula Prezola, Francis G Sizemore, Rebecca G Sizemore, June Taylor re **502** Order to Show Cause. (Attachments: # **1** Proof of Service)(Mansfield, Alan) (lao). (Entered: 03/26/2012) |
| 03/26/2012 | **506** | RESPONSE TO ORDER TO SHOW CAUSE by Randall Buckley re **502** Order to Show Cause. (Berman, Steve) (lao). (Entered: 03/26/2012) |
| 03/26/2012 | **507** | RESPONSE re **502** Order to Show Cause filed by Bank of America Corp, Countrywide Bank FSB, Countrywide Financial Corporation, Countrywide Home Loans Inc., Countrywide KB Home Loans, LLC, Countrywide Tax Services Corp., LandSafe Appraisal Services, Inc., LandSafe Flood Determination, Inc., LandSafe, Inc. (Attachments: # **1** Exhibit A)(Brown, Brooks) proposed orders should be emailed directly to chambers (lao). (Entered: 03/26/2012) |
| 03/27/2012 | **508** | ORDER setting Telephonic Status Conference. (Telephonic Status Conference set for 4/4/2012 02:00 PM before Judge Dana M. Sabraw.) Signed by Judge Dana M. Sabraw on 3/27/12.(All non-registered users served via U.S. Mail Service)(lao) (Entered: 03/28/2012) |
| 04/04/2012 | 509 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 4/4/2012. (Court Reporter LeeAnn Pence).(Plaintiff Attorney David M Arbogast, Alan M Mansfield, Craig Spiegel, Ilze Thielman, Amanda R Trask, Joe R Whatley Jr). (Defendant Attorney Brooks R Brown, Thomas Hefferon). (jak) (Entered: 04/04/2012) |
| 04/09/2012 | 🔒 **510** | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 4/4/2012, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber |

| | | |
|---|---|---|
| | | 4/30/2012. Redacted Transcript Deadline set for 5/10/2012. Release of Transcript Restriction set for 7/9/2012. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 04/09/2012) |
| 04/20/2012 | 511 | ORDER Suggesting Remand and Termination of Coordinated Proceedings. Signed by Judge Dana M. Sabraw on 4/20/2012.Associated Cases: 3:08-md-01988-DMS-WMC et al.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(aef)(jrd) (Entered: 04/24/2012) |
| 05/11/2012 | 512 | NOTICE of MDL Filing: CONDITIONAL REMAND ORDER from the Judicial Panel on Multidistrict Litigation. The actions on this remand order are to be remanded to their respective transferor court(s): 08cv1972, 10cv00257, 08cv01888, 08cv01957, 09cv00064 (cc: MDL Panel)(kaj) (Entered: 05/14/2012) |