Brooks R. Brown (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax: 213.623.1673

Thomas Hefferon (*pro hac vice*)
thefferon@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444

Robert B. Bader (SBN 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendants
Countrywide Home Loans, Inc. f/k/a America's Wholesale Lender, Countrywide Bank, FSB, and Countrywide Home Loans, Inc.

**JS6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:09-cv-08512-AHS-FMO<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom:<br>Judge:     Hon. Alicemarie H. Stotler |

# ORDER

Pursuant to Fed. R. Civ. P. 41(a), and upon consideration of the Stipulation of Dismissal with Prejudice filed by plaintiffs Dorothy Peralta, Steven Bigverdi and James Moscoso (collectively, "Plaintiffs") and defendants named as "Countrywide Home Loans, Inc." and "Countrywide Bank, FSB" (collectively, "Countrywide"), all claims by Plaintiffs against Countrywide in this action are hereby dismissed with prejudice, without costs or attorney's fees as to any party, and with each party waiving any right to appeal.

**IT IS SO ORDERED.**

Dated: August 13, 2012

ALICEMARIE H. STOTLER
_____
HON. ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE